UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendant, York Insurance Company of Maine, respectfully represents as follows:

1. That York Insurance Company of Maine is a defendant in a civil action filed against it in the Providence County Superior Court, styled James P. Laplante v. York Insurance Company of Maine, C.A. No. PC 07-0540.

2. The aforesaid action was commenced with the filing of a Summons and Complaint (copy attached hereto). Defendant was served with copies of the Summons and Complaint on or about February 6, 2007. Certified copies of the entire State Court record will be filed pursuant to Local Rule 36 within 10 days hereof.

3. The defendant and the plaintiff are citizens of different states and there is complete diversity within the meaning of Title 28 US.C. Section 1332.

4. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

5. Venue properly lies in the District of Rhode Island because the automobile accident which gives rise to these proceedings occurred in Rhode Island, the plaintiff has asserted that he was a temporary resident of Rhode Island at the time of the automobile accident, and, the plaintiff commenced his initiating civil action in the State of Rhode

Island.

6. That the above described action, as stated in the plaintiff's Complaint, is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. Section 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. Sections 1441(a) and (b).

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

Dated: February 14, 2007

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903 on this 14 day of February, 2007