UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No.:
:
YORK INSURANCE COMPANY OF MAINE :

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, C. Russell Bengtson, attorney for the defendant, York Insurance Company of Maine, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provisions of Title 28 U.S.C. §1446(e) by hand delivering copies of said Notice to the Clerk on February 14, 2007.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to Keven A. McKenna, Esq., Kevin A. McKenna, PC, 23 Acorn Street, Providence, RI 02903 on February 14, 2007.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 14th day of February, 2007.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I, C. RUSSELL BENGTSON, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903 on this 14th day of February, 2007

Dated this 14th day of February, 2007.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Personally appeared the above-named C. RUSSELL BENGTSON, who made oath that the foregoing statements by him subscribed are true.

NOTARY PUBLIC
My Commission Expires: 7/18/09