UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
vs. : C.A. No.: 07-62 ML
YORK INSURANCE COMPANY OF MAINE :

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to Local Rule 36, attached hereto is the certified copy of the entire state court record relative to the removed action known as James P. Laplante v. York Insurance Company of Maine, C.A. No. P.C. 07-0540. The record is comprised of:

1. Docket Event Listing
2. Cover Sheet
3. Receipt
4. Complaint
5. Notice to Clerk of Filing of Notice of Removal
6. Notice of Removal

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903 on this 14th day of February, 2007

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0540 JAMES LAPLANTE V YORK INSURANCE CO

Filing Date: 01-30-2007
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 01-30-2007

Plaintiff: JAMES LAPLANTE
ID: @10886911

Attorney: KEVEN MCKENNA

Defendant: YORK INSURANCE COMPANY OF MAINE
ID: @10886912

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-30-2007 | COMPLAINT FILED | |
| 01-30-2007 | INITIAL FILING FEE | |
| 02-05-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP242293. |
| 02-14-2007 | NOTICE OF REMOVAL | NOTICE OF FILING OF NOTICE OF REMOVAL.TO: CLERK OF PROV.COUNTY SUPERIOR COURT.BY C.RUSSELL BENGTSON,ATTY. FOR YORK INSURANCE CO. OF MAINE.DISTRICT COURT NO. IS 07-62 ML.EXHIBIT A. |

rue Copy Attest
Office of Clerk of Superior Court
of Providence & Bristol
Rhode Island