RECEIVED

APR 30 2007

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
VS. : C.A. NO. 07-62ML
:
YORK INSURANCE COMPANY :
OF MAINE :

# PRE-TRIAL ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is Ordered that:

1. The stacking claims, so-called, are bifurcated and all factual discovery related to the stacking claims will be completed by June 30, 2007;

2. Motions for Summary Judgment will be filed by both parties as to whether or not the plaintiff is permitted to stack uninsured motorist and medical payments coverage on or before July 30, 2007;

3. Any and all objections to the Motions for Summary Judgment shall be filed on or before August 9, 2007 (the parties are instructed not to file any reply memoranda);

4. After the Court rules on the Cross-Motions for Summary Judgment, the Court will conduct another Rule 16 Conference;

5. If in the interim counsel wish mediation, they are instructed to contract ~~Magistrate Judge Lovegreen.~~ Chief Judge Lisi.

Entered as Order of this Court this 7th day of May, 2007.

ENTER:

Mary M. Lisi
Mary M. Lisi
United States District Judge

BY ORDER:

Barbara Barletta
Deputy Clerk

Presented by:

C. Russell Bengtson #1233
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272