UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 07-62 ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FILE MOTIONS FOR SUMMARY JUDGMENT

Defendant York Insurance Company of Maine hereby moves for a 30 day extension of time within which to complete discovery and file its Motion for Summary Judgment in accordance with this Court's order dated May 7, 2007. Motions for Summary Judgment are currently due on July 30, 2007. This is the defendant's first request for extension.

In support of this Motion, the defendant states that the additional time is needed because it has taken longer than anticipated for completion of discovery in this matter. Specifically, the defendant has been attempting to obtain the important deposition of Corinna Brown, the plaintiff's fiancée and the other named insured under the policy issued by York Insurance Company of Maine. While Ms. Brown agreed to travel to Rhode Island from her home in Vermont in order to be deposed and, in fact, dates for the deposition had been discussed by the parties, Ms. Brown has not yet appeared. This is the only discovery remaining.

In addition, counsel for the defendant was unexpectedly hospitalized on July 23, 2007, further interfering with the ability of the defendant to meet the current deadlines. For these reasons, the defendant requests an extension of the discovery and Motion for Summary Judgment deadlines to August 31, 2007.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on the 24th day of July, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert Keven A. McKenna, Esq., *kevenm@mckennalaw.cc* will receive notice through the ECF system.

/s/ C. Russell Bengtson