UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-62ML |
| | : | |
| YORK INSURANCE COMPANY | : | |
| OF MAINE | : | |

NOTICE TO TAKE DEPOSITION

DEPONENT: Corinna Brown
DATE: Tuesday, August 21, 2007
TIME: 1:30 p.m.

Please take notice that pursuant to R.C.P. 30, the defendant in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the **Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903** before a Notary Public commissioned in the State of Rhode Island.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/C. Russell Bengtson

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: (401) 331-7272
Fax: (401) 331-4404
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on July 27, 2007 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Keven A. McKenna, Esq., KevenM@McKennaLaw.cc will receive notice through the ECF system and that a true copy of the within document was mailed to Patricia M. Aloisio, Stenographer, 20 Pine Top Road, Barrington, RI 02806.

/s/ C. Russell Bengtson