**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | **C.A. No. 07-0062ML** |
| **v.** | **:** | **(Removed)** |
| | **:** | |
| **York Insurance Company** | **:** | |
| **Of Maine** | **:** | |
| **Defendant** | **:** | |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, The Plaintiff requests that the Defendant produce for inspection and copying at Plaintiff's attorney's office, 23 Acorn Street, Providence, Rhode Island within 30 days, true and complete copies of each of the following:

1. Any and all notes, witness statements, photographs, diagrams, reports (whether by the police or any other individual, or entity) correspondence, video, voice tape recording, or any other similar tangible material, or document of any kind or description in your possession, care, custody, or control (including but not limited to OneBeacon Insurance Group) that depict, describe, or otherwise make any reference to the motor vehicle accident which gives rise to this Complaint.

2. In particular, but not by way of limitation, and with respect to the above description of tangible items, all investigative reports, or similar tangible item(s) and any accident reconstruction report(s) by any motor vehicle accident reconstruction expert concerning the scene of the accident that gives rise to this Complaint.

3. To the extent not described and produced above, any and all similar tangible material of any kind or description in your possession, care, custody or control (including but not limited to OneBeacon Insurance Group) that in any way is in support of your claim that the motor vehicle accident which gives rise to this

Complaint was **not**, either in whole, or in part, caused by an uninsured motorist, and/or an unknown vehicle.

4. Any and all documents, or tangible records of any kind or description, that in any way disclose the first time that you, or your servants, agents, or assigns (including but not limited to OneBeacon Insurance Group) visited or inspected the above-described accident scene, together with any, and all, similar records showing any subsequent visits or inspections.

5. Any and all documents of any kind or description that discloses when the Defendant, or any of its servants, agents, or assigns (including but not limited to OneBeacon Insurance Group) first commenced any investigation, or made any inquiry to identify any other individual operator of a motor vehicle involved in the accident that gives rise to this Complaint.

6. Any and all documents, to include but not be limited to, all complaints, inquiries, or responses either to Defendant (including but not limited to OneBeacon Insurance Group) or from Defendant (including but not limited to OneBeacon Insurance Group) to the Rhode Island Department of Business Regulation, Insurance Division respecting business conducted by Defendant (including but not limited to OneBeacon Insurance Group) in Rhode Island from three (3) years prior to the date of the motor vehicle accident referenced in this Complaint to three (3) years subsequent to that accident.

7. With respect to the above Request Number 6, but not by way of limitation, and for the time periods referenced therein, any and all documents of any kind or description that make reference to policy stacking in Rhode Island (whether intra-policy stacking, or inter-policy stacking).

8. Complete copies of any and all Adjuster(s) reports, notes, letters, or correspondence of any kind or description (whether internal, and not delivered, or delivered) from Defendant (including but not limited to OneBeacon Insurance Group) to James Laplante or Joseph Laplante which in any way is related to the motor vehicle accident that gives rise to this Complaint.

9. Any and all records (with the name(s) and identifier(s) of individual policyholder's redacted) that serve to disclose any stacking claim(s) (whether inter-policy or intra-policy) paid to or otherwise settled by Defendant (including but not limited to OneBeacon Insurance Group) to any insured in any jurisdiction for the time period of five (5) years prior to the motor vehicle accident in question here to the present.

Respectfully Submitted,
Plaintiff'
By His Attorneys

______________________________

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

\

**CERTIFICATION**

I hereby Certify that, on May 25, 2007, I Faxed and mailed, First Class Postage Pre-paid, a copy of this First request For Production to defendant's Counsel at his usual place of business.

______________________________