**UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND**

**James P. Laplante,** :
**Plaintiff** :
: **C.A. No. 07-0062ML**
v. :
**York Insurance Company :**
**Of Maine** :
**Defendant** :

**REQUEST FOR PRODUCTION**
**TO YORK INSURANCE COMPANY OF MAINE**

Now comes Plaintiff, James P. Laplante, and requests that the Defendant or an agent engaged under a ceding agreement by the Defendant, pursuant to Rule 34 of the F.R.Civ. produce the following documents:

1. Any and all documents in your care, custody, control or possessions, which refer in any way to the Motor Vehicle Accident, involving James Laplante, that relates to any defense of the above lawsuit.

JAMES LAPLANTE
By his Attorney,

______________________
KEVEN A. McKENNA, ESQ.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200

# CERTIFICATION

I, the undersigned, verify that I Faxed, and mailed, first class postage pre-paid, a copy of the above to counsel for the Defendant, C. Russell Bengtson,, One Turks Head Place, Suite 400, Providence, R.I. 02903, Fax (401) 331-4404 on the 29th day of June 2007.

____________________________________