UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 07-62 ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

DEFENDANT'S **LIMITED** OBJECTION
TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME

Defendant, York Insurance Company of Maine ("York") hereby objects to plaintiff's Motion to Extend Date for Submitting Motions for Summary Judgment, but only insofar as the Motion appears to request an extension of time for the completion of discovery in this matter. The defendant does not object to the plaintiff's request for an extension of time for both the plaintiff and defendant to file their dispositive motions in this matter which are currently due on August 31, 2007. In support of this objection, the defendant states as follows:

1. Discovery in this matter is due to close on August 31, 2007 after having been extended once at the defendant's request for thirty days.

2. The plaintiff served Requests for Production upon the defendant on May 28, 2007 which were responded to on June 20, 2007.

3. The plaintiff did not file his motion to compel more responsive answers relative to the defendant's June 20, 2007 responses until August 18, 2007 (doc. No. 12). The defendant filed its objection to this motion on August 28, 2007. There is currently no hearing scheduled on the motion; the September 5, 2007 date referenced by the plaintiff is the due date for the defendant's response to the motion.

4. While it is not completely clear from the plaintiff's motion, it appears that he is asking that both discovery and the dispositive motion deadline be extended to a point ten days after a ruling is obtained on his motion to compel more responsive answers.

5. The defendant objects to the plaintiff's attempt to extend the discovery deadline since the plaintiff has created his own hardship on this issue by waiting almost two full months after receiving the defendant's responses and only 12 days before the discovery closure date, to determine that it was necessary for him to file a motion to compel more responsive answers.

6. It should be noted that when the defendant filed its request for extension of time in July and identified the one specific deposition that it needed to complete, the plaintiff did not identify any additional discovery that he required.

7. Further, the plaintiff's motion references certain additional discovery that he desires to provide to the defendant, but the attempt to undertake such a supplemental production is too late. Both the defendant's discovery and its dispositive motion documents are substantially complete in reliance upon the deadlines previously set by the court. It would be prejudicial to the defendant to allow the plaintiff to now alter the landscape with additional documents that he failed to timely provide to the defendant.

8. The defendant is sympathetic to the personal issues referenced by plaintiff's counsel in the Motion for Extension and for this reason does not object to the request for additional time – whatever amount of time that may be – to submit dispositive motions. However, the defendant cannot agree that any further discovery in this matter is warranted or appropriate under the circumstances.

9. The defendant finally respectfully requests that the plaintiff identify the specific amount of time that he is seeking so that it is clear to everyone when the dispositive motions will be due.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on August 28, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Keven A. McKenna, Esquire, KevenM@McKennalaw.cc will receive notice through the ECF system.

/s/ C. Russell Bengtson