OneBeacon
INSURANCE

June 15, 2004

James Laplante
PO BOX 909
QUEECHE, VT 01110-0000

| | |
|---|---|
| **Claim Number:** | **0B600908Z** BL03 |
| Claimant: | James Laplante |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Policy Number: | YMZ263796 |

Dear Mr. LaPlante:

Rhode Island General Law section 27, chapter 3, subsection 5.1 requires that we inform that a check has been issued for the limits of your medical payments coverage of $5,000.00 in this matter. The check has been issued payable to you and sent to your attorney Michael Egan and Christopher Healy.

Should you have questions or concerns, please contact your attorney.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676

OneBeacon
INSURANCE

June 15, 2004

James Laplante
PO BOX 909
QUEECHE, VT 01110-0000

| | |
|---|---|
| **Claim Number:** | **0B600908Z** BL03 |
| Claimant: | James Laplante |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Policy Number: | YMZ263796 |

Dear Mr. LaPlante:

Rhode Island General Law section 27, chapter 3, subsection 5.1 requires that we inform that a check has been issued for the limits of your medical payments coverage of $5,000.00 in this matter. The check has been issued payable to you and sent to your attorney Michael Egan and Christopher Healy.

Should you have questions or concerns, please contact your attorney.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676