OneBeacon
INSURANCE

July 13, 2004

F. R. Boulay, Senior Insurance Rate Analyst
State of Rhode Island & Providence Plantations
Department of Business Regulations
INSURANCE DIVISION
233 Richmond Street, Suite 233
Providence, RI 02903-4233

| | |
|---|---|
| Complainant: | Joseph LaPlante |
| RI File No. | 04B-07-04 |
| Claim Number: | 0B6- 00908Z |
| Date of Loss: | 2/23/03 |
| Insured: | Corrina Brown |
| Underwriting Company: | York Insurance Company of Maine |
| Policy Number: | YMZ263796 |
| NAIC No. | 31267 |

Dear Mr. Boulay,

I am writing in response to your letter, regarding the above captioned matter, dated July 2, 2004 and received July 12, 2004.

York Insurance Company of Maine (hereinafter referred to as OneBeacon Insurance) writes a personal auto policy for Corrina Brown and issued in the state of Vermont. A 1978 F378 Ford pick up truck is listed as vehicle number 18 on the policy and Mr. James LaPlante is listed driver number 14. The policy contains Bodily Injury coverage with a Single Limit of $300,000 and Uninsured/Underinsured coverage with a Single Limit of $300,000.

On 2/24/03 OneBeacon Insurance received notice that the insured vehicle being operated by James LaPlante (hereinafter referred to as the LaPlante vehicle) had been involved in an accident in the state of Rhode Island and, at the time, Joseph LaPlante was a passenger in the vehicle. The facts of the accident were reported as the LaPlante vehicle being cut of by an unidentified vehicle which caused the LaPlante vehicle to swerve off the road and strike a pole. Both Joseph and James LaPlante were injured as a result of the accident. Based on the fact the accident was said to have been cause by an unidentified vehicle, OneBeacon set up the loss as an Uninsured claim.

OneBeacon Insurance Group P.O. Box 712 Foxborough, MA 02035-0712
t 866.370.2315 f 888.416.1165 www.onebeacon.com

OneBeacon's investigation of the claim showed that the police report indicated that there was no indication of a "phantom" vehicle that may have caused the accident and a witness of the loss stated that she saw no other vehicle involved and only saw the LaPlante vehicle go off the road and hit the pole. In an effort to clarify the details of the loss and determine whether different coverages would be involved, Examinations Under Oath were taken of Joseph and James LaPlante. James stated he could not remember the facts of the accident and Joseph stated that the accident was the result of the LaPlante vehicle being cut off by an unidentified vehicle. Based on this information OneBeacon Insurance continued to handle the matter as an Uninsured loss.

Joseph LaPlante has expressed a desire to make an Uninsured claim and a claim under the Bodily Injury portion of the policy. OneBeacon Insurance discussed that option with Joseph and advised him we would review the policy and make a determination if that option was available. Joseph was advised that this is a claim presented to OneBeacon Insurance on a policy written in the State of Vermont, and the laws governing the contract in the State where the contract is signed and the policy is written would apply.

Based on the statements made by Joseph in his Examination Under Oath, OneBeacon's coverage position is that this is an Uninsured Motorist Claim; there is a single limit of $300,000 available. The policy does not allow for duplicate payments to be made under Bodily Injury Coverage and Uninsured Motorist Coverage. Correspondence outlining the coverage along with the exclusionary language has been sent to Joseph, with a copy to James, and is attached for your review.

OneBeacon Insurance has offered the $300,000 Single Limit Uninsured coverage to James and Joseph and we have requested they let us know how they want to disburse the settlement funds. We have also notified them of pending liens against these settlements.

Very truly yours,

Edward P Facchetti

Edward P Facchetti
Casualty Claim Supervisor
OneBeacon Insurance
508-549-8810
866-370-2315 x 8810