ATEN CLAYTON & EATON PLLC
*Attorneys at Law*

106 Main Street · Post Office Box 349
Littleton, New Hampshire 03561-0349

Keith T. Aten
Gregory S. Clayton
Gregory M. Eaton

Telephone: 603•444•4008
Fax: 603•444•6040
www.acetrial.com

December 8, 2004

Mr. Joseph Laplante
PO Box 5678
Marlboro, MA 01752

Re: James Laplante
CU York Insurance Company Policy No. YM-Z263796F

Dear Mr. Laplante:

As you know, OneBeacon Insurance Group is in the process of settling James Laplante's uninsured motorist claim arising from the February 23, 2003 accident. The attorney representing OneBeacon on that claim, Attorney Russell Bengtson, asks whether you will sign a release confirming that you are not asserting an uninsured/underinsured motorist claim as a result of the accident. I understand that you are willing to sign such a release, and enclose a Release of Uninsured Motorist/Underinsured Motorist Claims ("Release") for your signature.

This letter confirms, that you are filing a claim against the liability coverage of the above-captioned policy, and that OneBeacon is in the process of adjusting that claim, and will continue to adjust that claim whether or not you sign this Release. Your signing the Release will assist OneBeacon in settling the uninsured motorist claim with James Laplante, and confirms that you are not and will not assert a claim against the uninsured/underinsured motorist coverage, but has no effect on your claim against the liability coverage of the CU York Insurance Company Policy. You should review this release with an attorney before you sign it. If you or your attorney have any questions about this issue, please call me.

Sincerely,

Keith Aten

Keith Aten

Enclosure

cc (w/o enc.): Donna Cotter, OneBeacon Insurance Group

cc (w/o enc.): C. Russell Bengtson, Esq.