# MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS

OneBeacon INSURANCE

**POLICY NUMBER** YM-Z263796F

**COMPANY** YORK INSURANCE COMPANY OF MAINE

**POLICY PERIOD**

From 08-29-2002 to 08-29-2003
AT 12:01 AM STANDARD TIME

**NAMED INSURED**

CORRINA BROWN
JAMES S LAPLANTE
PO BOX 909
QUECHEE VT 05059

**YOUR AGENT IS**

4412004-00
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK VT 05091
(802) 457-1811

**TRANSACTION**

CHANGE ENDORSEMENT: EFFECTIVE 12-20-2002

**PAYMENT PLAN**

DIRECT BILLED

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988-2003

MD018

Dear Policyholder:

Please review this endorsement to your automobile policy and keep it with your YORK INSURANCE COMPANY OF MAINE papers.

A bill for premium adjustment, if any, is being sent to you separately.

Thank you for letting us be of service and if you have any questions, please contact FORD INSURANCE COMPANY at (802) 457-1811.

PLLTR

## CHANGE ENDORSEMENT

1878

Policy has been amended as follows:

**PREMIUM ADJUSTMENTS:** ADDITIONAL PREMIUM NONE

INFORMATION/COVERAGE CHANGE - GARAGE TERRITORY
SUBSTITUTION OF VEHICLE 18 FOR 16

MDDE

OneBeacon INSURANCE

## BASIC POLICY COVERAGES

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BI LIABILITY - INCLUDES PROPERTY DAMAGE | $300,000 EACH ACCIDENT |
| MEDICAL PAYMENTS | $5,000 EACH PERSON |
| UNINSURED MOTORIST BODILY INJURY LIABILITY | $300,000 EACH ACCIDENT |
| UNINSURED MOTORIST PROPERTY DAMAGE | INCLUDED IN UNINSURED MOTORIST LIABILITY |
| UNDERINSURED MOTORIST LIABILITY | INCLUDED IN UNINSURED MOTORIST LIABILITY |

*Please refer to the following sections for detailed information on vehicles, operators, and deductibles.*

MDD2

## ATTACHMENTS

The following Forms, Endorsements and Exceptions to Conditions are part of this policy at the time of issuance. **Please read them carefully.**

| FORM NO. | TITLE | VEHICLE FILE NO. | CREDIT | PREMIUM |
|---|---|---|---|---|
| G130070995 | PERSONAL AUTO POLICY AND ENDORSEMENTS | | | |
| G112440302 | VERMONT PERSONAL AUTO COMPOSITE ENDORSEMENT | | | |
| G135770101 | VERMONT CHANGES: PROPERTY/CASUALTY - CIVIL UNION | | | |

MDD3

## YOUR COVERED AUTO 1: 1994 JEEP CHEROKEE - FILE NO. 12

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | MILES ONE WAY | TIMES PER WEEK | CAR POOL |
|---|---|---|---|---|---|
| 1J4FJ68S0RL167786 | 811220 | COMMUTE | 5 | 5 | N |

**MFG**

| SYMBOL | COST NEW | PRINCIPAL OPERATOR NO | NAME |
|---|---|---|---|
| 13 | | 13 | CORRINA |

**ALTERNATE GARAGE LOCATION**

HARTLAND VT 05048

**EST. ANN'L MILEAGE** 10,000
**PERFORMANCE** STD

| COVERAGES | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | A.C.V. |
| DEDUCTIBLE | $100 |
| COLLISION | A.C.V. |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

**LOSS PAYEE**

CHASE MANHATTEN BANK
PO BOX 5210
NEW HYDE PARK NY 11042

(ACV Means Actual Cash Value)

MDD4

G208020699

OneBeacon INSURANCE

## YOUR COVERED TRAILER 2: 1988 WILDERNESS CAMP - FILE NO. 13

**IDENTIFICATION NO.** 1ED1R2925J5325862
**CLASSIFICATION** 941000
**USAGE** PLEASURE
**MFG**
**SYMBOL** 08 **COST NEW** $5,000
**PRINCIPAL OPERATOR NO / NAME**
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048
**EST. ANN'L MILEAGE**
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | $5,000 |
| DEDUCTIBLE | NONE |
| COLLISION | $5,000 |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## YOUR COVERED TRUCK 3: 1978 FORD F378 - FILE NO. 18

**IDENTIFICATION NO.** F37SECA1115
**CLASSIFICATION** 81112W
**USAGE** PLEASURE
**MFG** 05
**SYMBOL** **COST NEW**
**PRINCIPAL OPERATOR NO** 14 **NAME** JAMES
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048
**EST. ANN'L MILEAGE**
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | NONE |
| DEDUCTIBLE | |
| COLLISION | NONE |
| DEDUCTIBLE | |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## YOUR COVERED AUTO 4: 1985 SUBARU STANDARD - FILE NO. 17

**IDENTIFICATION NO.** JF1AF21B7FA113032
**CLASSIFICATION** 811820
**USAGE** BUSINESS
**MFG**
**SYMBOL** **COST NEW**
**PRINCIPAL OPERATOR NO** 14 **NAME** JAMES
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048
**EST. ANN'L MILEAGE** 10,000
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | NONE |
| DEDUCTIBLE | |
| COLLISION | NONE |
| DEDUCTIBLE | |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

1879

OneBeacon INSURANCE

## OPERATORS AND NON-OPERATORS

| FILE NO. | NAME | OPER (Y/N) | DATE OF BIRTH | SEX (M/F) | MARRIED | LICENSE INFORMATION STATE | NUMBER | FIRST LIC. | CREDITS AND DISCOUNTS GOOD STU. | STU AWAY | DRV. TRN. | DEF. DRIVER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CORRINA BROWN | Y | 07-10-66 | F | S | VT | 71176720 | 07-1982 | N | N | N | |
| 14 | JAMES LAPLAN | Y | 09-04-71 | M | S | VT | 21873870 | 09-1987 | N | N | N | |

MDD5

## PREMIUM INFORMATION

| FILE NO. | LIAB. | P.D. | P.I.P. | ADD'L P.I.P. | MEDICAL PAYMENTS | U.M. | UND. INS. | OTHER THAN COLLISION | COLLISION | CUSTOM. | TOWING | VEHICLE PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $181 | | | | $12 | $60 | INCLD | $139 | $319 | | | $711.00 |
| 13 | | | | | | | | $50 | $32 | | | $82.00 |
| 18 | $171 | | | | $12 | $60 | INCLD | | | | | $243.00 |
| 17 | $238 | | | | $17 | $60 | INCLD | | | | | $315.00 |

***PREMIUM / CREDIT SUMMARY:*** (Included in the Total Automobile Premium) TOTAL POLICY PREMIUM $1,351.00

ADDITIONAL PREMIUM IS NONE
* * * SAFE DRIVING PAYS. THIS POLICY INCLUDES A $174.00 CLAIM FREE DISCOUNT * * *

MDD7

## RATING DATA

| RATE PLAN | RISK STATE | TERRITORY | TAX TERRITORY | ALT. GARAGE TERRITORY | ALT. GARAGE TAX TERRITORY |
|---|---|---|---|---|---|
| 02 PRF | VERMONT | 024 | | 024 | |

RATING DATE
07-09-2002

***ACCIDENTS AND CONVICTIONS***

| OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | MORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1 | 1 | 01-23-01 | | | | | | | | | | | | | N |

MDD8

G208020699

POLICY NUMBER: YM-Z263796F PO
AGENT NUMBER: 4412004-00 EN

***INSURED'S COPY***

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 01-02-2003