UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 07-62 ML |
| YORK INSURANCE COMPANY OF MAINE | : | |

## AFFIDAVIT OF KRISTIN M. O'DONNELL

Kristin M. O'Donnell, being duly sworn, upon oath deposes and says as follows:

1. I am employed by OneBeacon Insurance Company, which handles the adjustment of claims for York Insurance Company of Maine. I am the Claims Examiner assigned to handle this matter. I am personally familiar with the facts asserted herein.

2. Attached hereto as Exhibit A is a true copy of pertinent pages (Declarations and Personal Auto Composite Endorsement – Vermont) of the automobile insurance policy renewal in effect at the time of this loss on February 23, 2003 issued by York Insurance Company of Maine, formerly known as CU York Insurance Company to Corrina Brown and James S. Laplante, No. YM-Z263796F ("the Policy").

3. The Policy was issued through the Ford Insurance Agency in Woodstock, Vermont to James Laplante and Corinna Brown at their stated address at P.O. Box 909, Quechee, Vermont. An "alternate garage location" was required to be listed for each of the vehicles covered by the Policy because the address provided was a post office box and the identification of the location where the vehicles are principally garaged is required for determination of the rating information and the ultimate issuance of the Policy. The alternate garage location for each vehicle covered under the policy is stated in the Policy to be Hartland, Vermont.

4. According to the declarations pages of the Policy, the operators of the vehicles covered by the Policy were James Laplante and Corrina Brown who both had licenses to operate motor vehicles in the state of Vermont. Under the "Rating Data" section, the "Risk State" is stated to be Vermont.

5. Attached hereto as Exhibit B is a true copy of a change endorsement issued to the Policy on January 2, 2003 (effective December 20, 2002) which added the vehicle involved in this loss, the 1978 Ford F378 ("Vehicle 18")and deleted a previously covered vehicle. The endorsement's reference to "information/coverage

change – garage territory" refers strictly to the fact that there has been a change of vehicles covered within the specified garage territory. It does not mean that the place of garaging of any of the covered vehicles has changed. In fact, the endorsement states that the garage location for the 1978 Ford F378 being added was Hartland, Vermont, as it was for all other vehicles covered by the Policy, and that James Laplante would be using it for "pleasure". The endorsement also issued the Vermont Automobile Insurance Card for the 1978 Ford F378 which states in capital letters across the top: "VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD".

6. York Insurance Company of Maine is a Maine corporation with its principal place of business in Maine. It is authorized to write policies in the states of Maine, Vermont and New Hampshire. It does not have a place of business in Rhode Island, does not do business in Rhode Island and is not authorized to do business in Rhode Island.

OneBeacon Insurance Company
By,

Kristin M. O'Donnell
KRISTIN M O'DONNELL
Claims Examiner

State of Massachusetts
County of Bristol

Subscribed and sworn to before me this 30th day of August, 2007.

Notary Public
Comm. Exp. 6/22/12

LISA M. ALVES
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 22, 2012

CERTIFICATION

I hereby certify that on September 28, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Keven A. McKenna, Esquire, KevenM@McKennalaw.cc will receive notice through the ECF system.

/s/ C. Russell Bengtson