PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

**VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD**
**VALID IN THE U.S. AND CANADA**

COMPANY NUMBER

COMPANY
YORK INSURANCE COMPANY OF MAINE

POLICY NUMBER
YMZ263796 F

EFFECTIVE DATE
08-29-2002

EXPIRATION DATE
08-29-2003

YEAR
1978

MAKE/MODEL
FORD F37

VEHICLE INDENTIFICATION NUMBER
F37SECA1115

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLANTE
PO BOX 909
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COMPANY NUMBER
XXXXX

COMPANY
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

POLICY NUMBER
XXXXXXXXX X

EFFECTIVE DATE
XXXXXXXXXX

EXPIRATION DATE
XXXXXXXXXX

YEAR
XXXX

MAKE/MODEL
XXXXXXXX

VEHICLE INDENTIFICATION NUMBER
XXXXXXXXXXXXXXXXXXXX

AGENCY/COMPANY ISSUING CARD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

INSURED
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COMPANY NUMBER
XXXXX

COMPANY
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

POLICY NUMBER
XXXXXXXXX X

EFFECTIVE DATE
XXXXXXXXXX

EXPIRATION DATE
XXXXXXXXXX

YEAR
XXXX

MAKE/MODEL
XXXXXXXX

VEHICLE INDENTIFICATION NUMBER
XXXXXXXXXXXXXXXXXXXX

AGENCY/COMPANY ISSUING CARD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

INSURED
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

EXHIBIT
tabbies
B

THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent / Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.
2. Name of Insurance Company and policy number for each vehicle involved

TO REPORT A SERIOUS ACCIDENT INVOLVING INJURIES – AFTER HOURS, ON A HOLIDAY, OR ON A WEEKEND, PLEASE CALL TOLL FREE FROM ANYWHERE IN THE CONTINENTAL UNITED STATES, 877-248-4968

G20185 10 95 nc

THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent / Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.
2. Name of Insurance Company and policy number for each vehicle involved

TO REPORT A SERIOUS ACCIDENT INVOLVING INJURIES – AFTER HOURS, ON A HOLIDAY, OR ON A WEEKEND, PLEASE CALL TOLL FREE FROM ANYWHERE IN THE CONTINENTAL UNITED STATES, 877-248-4968

G20185 10 95 nc

THIS CARD MUST BE KEPT IN THE INSURED VEHICLE AND PRESENTED UPON DEMAND

IN CASE OF ACCIDENT: Report all accidents to your Agent / Company as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness.
2. Name of Insurance Company and policy number for each vehicle involved

TO REPORT A SERIOUS ACCIDENT INVOLVING INJURIES – AFTER HOURS, ON A HOLIDAY, OR ON A WEEKEND, PLEASE CALL TOLL FREE FROM ANYWHERE IN THE CONTINENTAL UNITED STATES, 877-248-4968

G20185 10 95 nc

Local Copy

# MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS

OneBeacon INSURANCE

**POLICY NUMBER** YM-Z263796F

**COMPANY** YORK INSURANCE COMPANY OF MAINE

**NAMED INSURED**

CORRINA BROWN
JAMES S LAPLANTE
PO BOX 909
QUECHEE VT 05059

**TRANSACTION**

CHANGE ENDORSEMENT: EFFECTIVE 12-20-2002

**POLICY PERIOD**

From 08-29-2002 to 08-29-2003
AT 12:01 AM STANDARD TIME

**YOUR AGENT IS**

4412004-00
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK VT 05091
(802) 457-1811

**PAYMENT PLAN**

DIRECT BILLED

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988-2003

MDD1B

Dear Policyholder:

Please review this endorsement to your automobile policy and keep it with your YORK INSURANCE COMPANY OF MAINE papers.

A bill for premium adjustment, if any, is being sent to you separately.

Thank you for letting us be of service and if you have any questions, please contact FORD INSURANCE COMPANY at (802) 457-1811.

PLLTR

## CHANGE ENDORSEMENT

Policy has been amended as follows:

**PREMIUM ADJUSTMENTS:** ADDITIONAL PREMIUM NONE

INFORMATION/COVERAGE CHANGE - GARAGE TERRITORY
SUBSTITUTION OF VEHICLE 18 FOR 16

Copy

MDDE

G208020699

OneBeacon INSURANCE

## BASIC POLICY COVERAGES

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BI LIABILITY - INCLUDES PROPERTY DAMAGE | $300,000 EACH ACCIDENT |
| MEDICAL PAYMENTS | $5,000 EACH PERSON |
| UNINSURED MOTORIST BODILY INJURY LIABILITY | $300,000 EACH ACCIDENT |
| UNINSURED MOTORIST PROPERTY DAMAGE | INCLUDED IN UNINSURED MOTORIST LIABILITY |
| UNDERINSURED MOTORIST LIABILITY | INCLUDED IN UNINSURED MOTORIST LIABILITY |

*Please refer to the following sections for detailed information on vehicles, operators, and deductibles.*

MOD2

## ATTACHMENTS

The following Forms, Endorsements and Exceptions to Conditions are part of this policy at the time of issuance. **Please read them carefully.**

| FORM NO. | TITLE | VEHICLE FILE NO. | CREDIT | PREMIUM |
|---|---|---|---|---|
| G130070995 | PERSONAL AUTO POLICY AND ENDORSEMENTS | | | |
| G112440302 | VERMONT PERSONAL AUTO COMPOSITE ENDORSEMENT | | | |
| G135770101 | VERMONT CHANGES: PROPERTY/CASUALTY - CIVIL UNION | | | |

MOD3

## YOUR COVERED AUTO 1: 1994 JEEP CHEROKEE - FILE NO. 12

**IDENTIFICATION NO.**
1J4FJ68S0RL167786

**MFG**

**ALTERNATE GARAGE LOCATION**
HARTLAND VT 05048

**LOSS PAYEE**
CHASE MANHATTEN BANK
PO BOX 5210
NEW HYDE PARK NY 11042

| CLASSIFICATION | USAGE | MILES ONE WAY | TIMES PER WEEK | CAR POOL |
|---|---|---|---|---|
| 811220 | COMMUTE | 5 | 5 | N |

| SYMBOL | COST NEW | PRINCIPAL OPERATOR NO | NAME |
|---|---|---|---|
| 13 | | 13 | CORRINA |

**EST. ANN'L MILEAGE** 10,000
**PERFORMANCE** STD

| COVERAGES | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | A.C.V. |
| DEDUCTIBLE | $100 |
| COLLISION | A.C.V. |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MOD4

G208020699



Copy

OneBeacon INSURANCE

YOUR COVERED TRAILER 2: 1988 WILDERNESS CAMP - FILE NO. 13

**IDENTIFICATION NO.** 1ED1R2925J5325862
**MFG**
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048

**CLASSIFICATION** 941000 **USAGE** PLEASURE

**SYM-BOL** 08 **COST NEW** $5,000 **PRINCIPAL OPERATOR NO** **NAME**
**EST. ANN'L MILEAGE**
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | $5,000 |
| DEDUCTIBLE | NONE |
| COLLISION | $5,000 |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

YOUR COVERED TRUCK 3: 1978 FORD F378 - FILE NO. 18

**IDENTIFICATION NO.** F37SECA1115
**MFG** 05
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048

**CLASSIFICATION** 81112W **USAGE** PLEASURE

**SYM-BOL** **COST NEW** **PRINCIPAL OPERATOR NO** 14 **NAME** JAMES
**EST. ANN'L MILEAGE**
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | NONE |
| DEDUCTIBLE | |
| COLLISION | NONE |
| DEDUCTIBLE | |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

YOUR COVERED AUTO 4: 1985 SUBARU STANDARD - FILE NO. 17

**IDENTIFICATION NO.** JF1AF21B7FA113032
**MFG**
**ALTERNATE GARAGE LOCATION** HARTLAND VT 05048

**CLASSIFICATION** 811820 **USAGE** BUSINESS

**SYM-BOL** **COST NEW** **PRINCIPAL OPERATOR NO** 14 **NAME** JAMES
**EST. ANN'L MILEAGE** 10,000
**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | NONE |
| DEDUCTIBLE | |
| COLLISION | NONE |
| DEDUCTIBLE | |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

Copy

G208020699

POLICY NUMBER: YM-Z263796F PO
AGENT NUMBER: 4412004-00 EN

**ARCHIVE COPY**

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 01-02-2003

OneBeacon INSURANCE

Local Copy

## OPERATORS AND NON-OPERATORS

| FILE NO. | NAME | OPER (Y/N) | DATE OF BIRTH | SEX (M/F) | MAR-RIED | STATE | NUMBER | FIRST LIC. | GOOD STU. | STU AWAY | DRV. TRN. | DEF. DRIVER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CORRINA BROWN | Y | 07-10-66 | F | S | VT | 71176720 | 07-1982 | N | N | N | |
| 14 | JAMES LAPLAN | Y | 09-04-71 | M | S | VT | 21873870 | 09-1987 | N | N | N | |

MDD5

## PREMIUM INFORMATION

| FILE NO. | LIAB. | P.D. | P.I.P. | ADD'L P.I.P. | MEDICAL PAYMENTS | U.M. | UND. INS. | OTHER THAN COLLISION | COLLISION | CUSTOM. | TOWING | VEHICLE PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $181 | | | | $12 | $60 | INCLD | $139 | $319 | | | $711.00 |
| 13 | | | | | | | | $50 | $32 | | | $82.00 |
| 18 | $171 | | | | $12 | $60 | INCLD | | | | | $243.00 |
| 17 | $238 | | | | $17 | $60 | INCLD | | | | | $315.00 |

***PREMIUM / CREDIT SUMMARY:*** (Included in the Total Automobile Premium) TOTAL POLICY PREMIUM $1,351.00

ADDITIONAL PREMIUM IS NONE
* * * SAFE DRIVING PAYS. THIS POLICY INCLUDES A $174.00 CLAIM FREE DISCOUNT * * *

MDD7

## RATING DATA

| RATE PLAN | RISK STATE | TERRITORY | TAX TERRITORY | ALT. GARAGE TERRITORY | ALT. GARAGE TAX TERRITORY |
|---|---|---|---|---|---|
| 02 PRF | VERMONT | 024 | | 024 | |

RATING DATE
07-09-2002

***ACCIDENTS AND CONVICTIONS***

| OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | MORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1 | 1 | 01-23-01 | | | | | | | | | | | | | N |

MDD8

G208020699