**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| James P. Laplante, | : | |
| **Plaintiff** | : | |
| v. | : | **07-0062ML** |
| York Insurance Company of Maine | : | |
| **Defendant** | : | |

**Plaintiff's Motion for a Partial Summary Judgment Determining the Limits of Liability of the Defendant's Insurance Contract**

Now comes the Plaintiff, pursuant to Rules 56 ( c ) on Summary Judgment and Rule 57 on Declaratory Judgments of the Federal Rules of Civil Procedure, in the above entitled matter, and moves for the entry of a Partial Summary Judgment on Counts I and II of his Complaint, as removed to this Court, declaring the extent of liability provided by the automobile insurance contract policy issued by the Defendant to the Plaintiff, under its provisions as required by the appropriate state statutory overrides, under Rhode Island or Vermont law, as this Honorable Court so determines.

The issue is a matter of law. There are no material disputed facts. Plaintiff relies upon the undisputed facts, the affidavits of the Plaintiff, his Father, and the Exhibits, and, upon the memorandum of law filed in support of this motion.

Plaintiff prays that this Court declare that, under Rhode Island law, the limits of liability of the Defendant to the Plaintiff as to uninsured coverage, as to under insured coverage, as to medical payments, and as to property damage coverage..

**Plaintiff**
James P. Laplante
By His Attorney

____________________________
Keven A. McKenna, Esq.

Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**Certification of Notice**

I, the undersigned, hereby certify that on the 28day of October 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengston, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system and by direct email, rbengstson@CKMlaw.com.

(s)Keven A.McKenna____________________