Ford Insurance Company
[illegible]
Woodstock, Vermont [illegible]
Telephone [illegible]
E-mail: [illegible]@fordinsur.com

July 1, 2002

Ms. Corrina Brown
James S. Laplan
PO Box 909
Quechee, VT 05059

Dear Corrina:

OneBeacon has requested some more information from you regarding your 1995 Subaru Impreza. Please either phone in or mail back responses to the following:

- Is this vehicle titled and registered to both Corrina and James?
- As this vehicle is used to travel to and from different job sites, is there any lettering or signs on the vehicle?
- Are there any employees who drive the vehicle?
- It has also been noted that James has 2 trucks on a separate policy. If you could please forward a copy of this policy to us for your file that would be greatly appreciated.

Thank you and please do not hesitate to contact me with any questions or concerns.

Sincerely,
FORD INSURANCE COMPANY

Heather Redington

Heather Redington
Customer Service Representative