GETTY
1188 CUMBERLAND HILL ROAD
WOONSOCKET, RI 02895
401-765-8816

FEBRUARY 25, 2001 03:39P

Merchant No. : 3300 655600655001 001

| | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 14 REGULAR | 1.459 | 17.477 | 25.50 |

Account # : 4152980921007756
Expiration # : 10/02 VISA
Batch # : 056001
Reference # : 017 Approval : 14700A
PS=00 011056745415929 JQSJ

**Total SALE $ 25.50**

X________________________
JAMES P LAFIANTE

GETTY - THE VALUE LEADER!