AutoZone 5086
305 ARMISTICE BLVD
PAWTUCKET, RI
(401) 723-0300

5 @ 1/0.99
#086314 98224 WHEEL BOLT 1/2 4.95 P
#469577 C5101 CHROME SPRAY E 3.99 P
#718304 8790C 832 BRAKE DRUM 44.99 P
CORE EXCHGE 1- @ 1/30.00-
*#099788 CORE TRADE-IN 30.00-P
#099788 C518 DISC BRAKE CALI 35.99 P
#099788 CORE CHARGE 30.00 P
VDP PARTS PO # 005057
VDP PART 1 @ 1/22.62
# 1 C519 BRAKE CALIPER 22.62 P
#282505 CORE CHARGE 21.00 P
VDP PARTS PO # 005061
VDP PART 1 @ 1/17.99
# 1 CA-523 BRAKE CABLE 17.99 P
VDP PARTS PO # 005060
VDP PART 1 @ 1/17.99
# 1 CA-523 BRAKE CABLE 17.99 P
SUBTOTAL 169.52
TOTAL TAX @ 7.00% - 13.97
TOTAL 183.49
XXXXXXXXXXXX1052 VISA 183.49
APPROVAL # 030255
PERSONAL WARRANTY INFORMATION
JAMES P LAPLANTE

05059
( 508 ) 361 - 3669

1978 FORD TRUCK F350 1 TON P/U 4WD
For Item: 282505 C519 BRAKE CALIPER
LIMITED LIFETIME WARRANTY ON ABOVE ITEM
1978 FORD TRUCK F350 1 TON P/U 4WD
For Item: 099788 C518 DISC BRAKE CALI
LIMITED LIFETIME WARRANTY ON ABOVE ITEM

**KEEP THIS RECEIPT**

Our Best Price Every Day
T #394256 05/23/2002 10:31 CSR #60
REG #01 STORE #5086 STR. TRANS #369640

AutoZone 3208
781 WARWICK AVE
WARWICK, RI
(401) 467-7283

4 @ 1/0.99
#086314 98224 WHEEL BOLT 1/2
#718304 8790C 832 BRAKE DRUM
SUBTOTAL
TOTAL TAX @ 7.00% - 3.43
TOTAL 52.38
XXXXXXXXXXXX1052 VISA 52.38
APPROVAL # 019070
PERSONAL WARRANTY INFORMATION
JAMES P LAPLANTE

05059
( 508 ) 361 - 3669

For Item: 718304 8790C 832 BRAKE DRUM

AutoZone Limited Warranty

We will replace, or refund your money for, at our option, any part we sell

**KEEP THIS RECEIPT**

Our Best Price Every Day
T #052787 05/23/2002 11:37 CSR #77
REG #02 STORE #3208 STR. TRANS #260243

AutoZone 5086
305 ARMISTICE BLVD
PAWTUCKET, RI
(401) 723-0300

RTRN ITEM 1- @ 1/199.99
*#015581 31-650 IMPORT DISTRI 199.99-P
*#015581 CORE TRADE-IN 120.00-P
CORE EXCHGE 1- @ 1/120.00-
*#015548 CORE TRADE-IN 120.00-P
#015548 31-812 IMPORT DISTRI 229.99 P
#015548 CORE CHARGE 120.00 P
SUBTOTAL 90.00-
TOTAL TAX @ 7.00% - 2.10
TOTAL 87.90-
VISA 87.90-
4159810000421052
BANK CARD # 4159810000421052 EXP 10/2005
APPR# APPRVD MERCH# 198528968 001
05 87.90- TOT 87.90-
PERSONAL WARRANTY INFORMATION
JAMES P LAPLANTE

05059
( 508 ) 361 - 3669

1985 SUBARU GL

For Item: 015548 31-812 IMPORT DISTRI
LIMITED LIFETIME WARRANTY ON ABOVE ITEM

T #377276 03/21/2002 11:43 CSR #60
REG #01 STORE #5086 STR. TRANS #297274