THE HARTFORD

THE HARTFORD MEDICAL ONLY CLAIM UNIT
P. O. BOX 4747
SYRACUSE NY 13221
Phone: 888-353-2304
Fax: 315-385-5121

August 15, 2001

LAPLANTE, JAMES
217 DOUGLAS PIKE

NORTH SMITHVILL RI

RE:

Claim Number: 977 /C / 37574
Injured Worker Name: LAPLANTE, JAMES
Insured Name: WPC PORTABLE CRUSHING INC
Date of Injury: 06-15-2001

Please be advised that we are the workers' compensation carrier for WPC PORTABLE CRUSHING INC This office has been advised of your accident. I have been assigned to handle your workers' compensation claim.

Should this claim be deemed compensable, we will pay benefits according to the state workers' compensation Act. Our records reflect that your injury has not disabled you from returning to employment. If this is not correct or if there has been a change in your ability to work, please contact me immediately at the number above.

If you receive medical bills related to this incident, note the claim number (shown above) and send to:

THE HARTFORD MEDICAL MANAGEMENT CENTER
P. O,. BOX 4793
SYRACUSE NY 13221

Should you have any questions or I may be of additional assistance, please feel free to contact me.

Sincerely,

CHRIS FRENCH EXT 5347
CLAIM TECHNICIAN

cc: WPC PORTABLE CRUSHING INC

MOACKN – Medical Only Acknowledgment

BROOKS 401-762-9200

Pharmacy 0343 200 SOCIAL ST. WOONSOCKET RI 02895

Rx 362335 - 00 Dr. FREITAS,WILLIAM P.
JAMES LAPLANTE (508) 361-3669
217 DOUGLAS PIKE N SMITHFIELD, RI 02896
5ml **OCUFLOX SOL 0.3%** ALLERGAN
*(Ofloxacin)* NDC: 11980-0779-05
Filled: 11/25/2002
**No refills remaining** Written: 11/25/2002
PI: Y-11/25/2002
**Payment Type:** CSH EMZ **Total:** $49.99
THANK YOU! HAVE A GOOD DAY
THIS IS YOUR RECEIPT PLEASE RETAIN FOR YOUR TAX OR INSURANCE.

## PATIENT INFORMATION

**INSTRUCTIONS:**
Instill 1 drop RIGHT EYE
every 2 hours

**ALLERGIES:**

**HEALTH STATES:**

pharmacist. IF YOUR SYMPTOMS DO NOT IMPROVE within a few days or if they become worse, check with your doctor. DO NOT USE THIS MEDICINE for future eye problems unless directed by your doctor. IF YOU WEAR CONTACT LENSES: do not wear your regular contact lenses while you are using this medicine. Sterilize lenses according to manufacturer's directions and begin wearing them again only as directed by your doctor. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include eye discomfort or mild burning when you use this medicine. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience a rash, redness, itching, or unusual sensitivity to light. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

***Continued...***

**The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.**

*Copyright 2002 First DataBank, Inc. Information Expires Jan 2003 All rights reserved.*

BEFORE USING THIS MEDICINE: INFORM YOUR DOCTOR OR

BROOKS 401-762-9200

Pharmacy 0343 200 SOCIAL ST. WOONSOCKET RI 02895

Rx 362335 - 00 Dr. FREITAS,WILLIAM P.
JAMES LAPLANTE (508) 361-3
217 DOUGLAS PIKE N SMITHFIELD, RI 02896
5ml **OCUFLOX SOL 0.3%** ALLERGAN
*(Ofloxacin)* NDC: 11980-07
Filled: 11/25/20
**No refills remaining** Written: 11/25/20
PI: Y-11/25/2002
**Payment Type:** CSH EMZ **Total:** $49.
*THANK YOU! HAVE A GOOD DAY
THIS IS YOUR RECEIPT PLEASE RETAIN FOR YOUR TAX OR INSU

BROOKS 401-762-9200
Pharmacy 200 SOCIAL ST. WOONSOCKET RI 02895
JAMES LAPLANTE (508) 361-36
**DOB:** 01/31/1969 **Age:** 33 **Gender:** Male
**Rx** 362335 **Filled:** 11/25/2002 **Written:** 11/25/200
5ml **OCUFLOX SOL 0.3%**
**No refills remaining**
Dr. FREITAS,WILLIAM P. EMZ

GENERIC NAME: OFLOXACIN (oh-FLOKS-a-sin)

COMMON USES: This medicine is an antibiotic used in the eye to treat eye infections.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. TO USE THIS MEDICINE: first, wash your hands. Tilt your head back and with your index finger, pul the lower eyelid away from the eye to form a pouch. Drop the medicine into the pouch and gently close your eyes. Do not blink anc keep your eyes closed for 1 or 2 minutes. Remove excess medicine around your eye with a clean tissue, being careful not to touch your eye. Wash your hands to remove any medicine that may be on them TO PREVENT GERMS from entering your medicine, do not touch th applicator tip to any surface including your eye. Keep the container tightly closed. STORE THIS MEDICINE at room temperature, away from heat and light. TO CLEAR UP YOUR INFECTION COMPLETELY, continue using this medicine for the full course of treatment even if you feel better in a few days. Do not miss any dose IF YOU MISS A DOSE OF THIS MEDICINE, use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not use 2 doses at once.

CAUTIONS: DO NOT USE THIS MEDICINE IF YOUR HAVE HAD A SEVERE ALLERGIC REACTION to this medicine or another fluoroquinolone antibiotic (such as Cipro, Floxin). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine c if a certain medicine is a fluoroquinolone, contact your doctor or

CHIPS MOTORCYCLE CLINIC, INC.
22 BEANES LANE
NORTHBRIDGE, MA 01534
(508)234-0200 Fax 508)234-4387

JAMES LAPLANTE (508)361-3669 Acnt #: 7565
217 DOUGLAS PIKE
NORTH SMITHFIELD, RI 02896

# INVOICE

80887 PAGE 1

October 20, 2001 Sold By: FRED

| Product Code | Description | Qty | Price | Price Ext |
|---|---|---|---|---|
| M | LABOR MAKE NEW BRAKE CABLE | 1.0 | 25.00 | 25.00 |
| S | STICKERS | 2.0 | 0.50 | 1.00 |

| | |
|---|---|
| Parts Subtotal | 1.00 |
| Labor Subtotal | 25.00 |
| Sales Tax @ 5.00% | 0.05 |
| Total | 26.05 |
| Less Credit Applied | 0.00 |
| Less Payment Received | 26.05 CASH |
| Less Total Payment | 26.05 |
| INVOICE BALANCE | 0.00 |
| Amount Tendered | 40.00 |
| Change | 13.95 |
| Account Balance | 0.00 |

* * * * * * * * * * * STORE HOURS * * * * * * * * * *
MON-TUES-THURS-FRI 9:00-6:00 WED 9:00-7:00 SAT 9-4
25% RESTOCKING FEE ON ALL RETURNABLE SPECIAL ORDERS, MUST HAVE SALES SLIP !!
ALL SPECIAL ORDERS NOT PICKED UP IN 10 DAYS WILL BE RETURNED & DEPOSIT
WILL BE FORFEITED. NO RETURNS ON ELECTRICAL PARTS.
OEM PARTS FOR SKI-DOO,YAMAHA,POLARIS,ARTIC CAT AVAILABLE HERE
ALL ITEMS RETURNED WILL BE FOR CREDIT ONLY NO CASH REFUNDS OR CARD CREDIT
OEM PARTS AVAILABLE * YAMAHA*HONDA*SUZUKI*KAWASAKI*
THANK-YOU FOR YOUR BUSINESS
DRIVE SAFELY AND PLEASE COME AGAIN !!!

CHIPS MOTORCYCLE CLINIC, INC.
22 DEANES LANE
NORTHBRIDGE, MA 01534
(508)234-0200 Fax 508)234-4387

JAMES LAPLANTE (508)361-3669 Acnt #: 7565
217 DOUGLAS PIKE
NORTH SMITHFIELD, RI 02896

# INVOICE

81567 PAGE 1

November 9, 2001 Sold By: FRED

| Product Code | Description | Qty | Price | Price Ext |
|---|---|---|---|---|
| X14119 | FOX WINDSHIELD STICK SILVER | 1.0 | 11.95 | 11.95 |

Subtotal 11.95
Sales Tax @ 5.00% 0.60

Total 12.55
Less Credit Applied 0.00
Less Payment Received 12.55 CASH
Less Total Payment 12.55

INVOICE BALANCE 0.00

Amount Tendered 12.75
Change 0.20
Account Balance 0.00

* * * * * * * * * * STORE HOURS * * * * * * * * * *
MON-TUES-THURS-FRI 9:00-6:00 WED 9:00-7:00 SAT 9-4
5% RESTOCKING FEE ON ALL RETURNABLE SPECIAL ORDERS, MUST HAVE SALES SLIP !!
ALL SPECIAL ORDERS NOT PICKED UP IN 10 DAYS WILL BE RETURNED & DEPOSIT
ILL BE FORFEITED. NO RETURNS ON ELECTRICAL PARTS.
OEM PARTS FOR SKI-DOO,YAMAHA,POLARIS,ARTIC CAT AVAILABLE HERE
LL ITEMS RETURNED WILL BE FOR CREDIT ONLY NO CASH REFUNDS OR CARD CREDIT
OEM PARTS AVAILABLE * YAMAHA*HONDA*SUZUKI*KAWASAKI*
THANK-YOU FOR YOUR BUSINESS
DRIVE SAFELY AND PLEASE COME AGAIN !!!

United Rentals
275 GEORGE WASHINGTON HWY
SMITHFIELD, RI 02917
401-233-1300

Formerly Rentals Unlimited

Remit To:
UNITED RENTALS
PO BOX 19394A
NEWARK, NJ 07195-0394

# RENTAL RETURN INVOICE

Job Site:
LAPLANTE JAMES
217 DOUGLAS PIKE
SMITHFIELD, RI 02917

C#: 508-361-3669 J#: 508-361-3669

Customer: MA 5083613669
LAPLANTE JAMES
217 DOUGLAS PIKE
SMITHFIELD, RI 02917

Invoice #... 19762737-002
Invoice date 7/28/01
Date out.... 7/27/01 2:25 PM
Date in..... 7/28/01 10:59 AM
Job Loc..... N/A
Job No.....
P.O. #.....
Ordered By..
Written by.. UR106GP
Terms....... Due Upon Receipt

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER ELEC 62# | 77.00 | 77.00 | 232.00 | 541.00 | 77.00 |
| | 24-40-103 Make: AC KANGO Model: 2500V Ser #: KGB280775 | | | | | |
| 1 | CHISEL 1-1/8 IN X 6 IN | 7.00 | 7.00 | 21.00 | 31.00 | 7.00 |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 7.00 | 7.00 | 21.00 | 31.00 | 7.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | Amount |
|---|---|---|---|---|
| 2 | 14315<br>EARPLUGS, 1206 FOAM | EA | .200 | .40 |

PAYMENT HISTORY

| DATE | TYPE | AMOUNT |
|---|---|---|
| 7/27/01 | PAY ON RETURN | |
| 7/28/01 | VISA CARD | 110.54 |

Sub-total: 91.40
Waiver protection: 12.74
Tax: 6.40
Total: 110.54
Balance paid: 110.54

PAID VISA CARD

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.

OPTIONAL WAIVER PLAN: Upon accepting the Optional Waiver Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Waiver Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. *THE WAIVER PLAN IS NOT INSURANCE!* Customer remains liable for all damages and loss due to theft listed under The Waiver and Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.

*Customer Accepts ( )*
*Customer Declines ( )*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Damage Waiver charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.** (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X

CUSTOMER SIGNATURE — DATE — NAME PRINTED — DELIVERED BY — DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

United Rentals
275 GEORGE WASHINGTON HWY
SMITHFIELD, RI 02917
401-233-1300

Formerly Rentals Unlimited

Remit To:
UNITED RENTALS
PO BOX 19394A
NEWARK, NJ 07195-0394

# RENTAL OUT CONTRACT

Job Site:
LAPLANTE JAMES
217 DOUGLAS PIKE
SMITHFIELD, RI 02917

C#: 508-361-3669 J#: 508-361-3669

Customer: MA 5083613669
LAPLANTE JAMES
217 DOUGLAS PIKE
SMITHFIELD, RI 02917

Contract #.. 19762737
Contract dt. 7/27/01
Date out.... 7/27/01 2:25 PM
Date Due In. 7/28/01 11:30 AM
Job Loc..... N/A
Job No.....
P.O. #.....
Ordered By..
Written by.. UR106EB
Terms....... Due Upon Receipt

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | DEMO HAMMER ELEC 62# | 77.00 | 77.00 | 232.00 | 541.00 | 77.00 |
| | 134334 Make: AC KANGO Model: 2500 Ser #: 2599G0054 | | | | | |
| 1 | CHISEL 1-1/8 IN X 6 IN | 7.00 | 7.00 | 21.00 | 31.00 | 7.00 |
| 1 | MOIL POINT 1-1/8 IN X 6 IN | 7.00 | 7.00 | 21.00 | 31.00 | 7.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price |
|---|---|---|---|
| 1 | ENV | EA | |
| | ENVIRONMENTAL CHARGE * | | |

PAYMENT HISTORY

| DATE | TYPE | AMOUNT |
|---|---|---|
| 7/27/01 | PAY ON RETURN | |

Sub-total: 91.00
Waiver protection: 12.74
Tax: 6.37
Total: 110.11
PAY ON RETURN

** ATTENTION ** Amount uncollected: 110.11

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
* A cleaning charge will be added if excessive cleaning is needed *
* Customer must call for a termination number before equipment will *
* taken off rent telephone is 401-233-1300 *
* Customer is responsible for flat tires *

CONTINUED

***ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.

**OPTIONAL WAIVER PLAN:** *Customer Accepts ( )* *Customer Declines ( )* Upon accepting the Optional Waiver Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Waiver Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. ***THE WAIVER PLAN IS NOT INSURANCE!*** Customer remains liable for all damages and loss due to theft listed under The Waiver and Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.

***READ BEFORE SIGNING:*** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. *REMINDERS:* (1) Rates do not include fuel or delivery; (2) Optional Damage Waiver charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.** (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of *Customer's agreements or forms;* (5) *Customer assumes all risk and is responsible for all damages and other* costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

AUG 3, 2001 12:21:21

DOUGLAS LUMBER
P.O. BOX 17098
ESMOND, RI 02917-0402

ORDER #: 5814 REG #: 39 - 228

MERCHANT #:

TYPE ACCOUNT# EXP
VISA XXXXXXXXXXXX7754 03/03

AUTH CODE: 171344

PURCHASE $100.70

I AGREE TO PAY THE ABOVE PURCHASE AM
ACCORDING TO THE CARD ISSUER AGREEM

PHONE:( )

THANK YOU

---

**LOWE'S**

WOONSOCKET, RI
(401)769-0471
-SALE-
SALES #: S1208AH2 608111 01-18-03

34090 3/8 X 4 EYEBOLT 3.94
2 @ 1.97
62772 REPAIR LINKS BLU 2.83
139294 U-CLAMPS FOR CABL 0.72
199034 TOGGLE BOLT 3/8" 2.47

SUBTOTAL: 9.96
TAX 32639 : 0.70
INVOICE 04760 TOTAL: 10.66

BALANCE DUE: 10.66

VISA : 10.66

VISA XXXXXXXXXXXX1052 471276
AMOUNT: 10.66

1208 TERMINAL: 04 01/18/03 20:01:17

THANK YOU LAPLANTE
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: GERRY REILLY

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL
BEAT IT BY 10%. SEE STORE FOR DETAILS

---

THE HOME
100
SO. ATTLEBORO, M

2659
SALE

079000310037 TEL W
046677109936 LIGHT
046677109936 LIGHT
[redacted]
SU
58.25 TA
TO

XXXXXXXXXXXX7754 VI
AUTH CODE 132611/51

2659 13 36643

THANK YOU FOR SHOPPI
RECEIPT REQUIR
SHOP ONLINE! AT W

LOWE'S
(401)769-0471

-SALE-
SALES #: S1208AH1 7523 08-27-02

41119 3.7Z AUTO GOOP EC 3.96

SUBTOTAL: 3.96
TAX 32639 : 0.28
INVOICE 04217 TOTAL: 4.24

BALANCE DUE: 4.24

DEBIT VISA : 24.24
CHANGE : 20.00

DEBIT VISA: 1052 AUTHCODE 430301

| PURCHASE | CASH BACK | TOTAL DEBIT |
|---|---|---|
| 4.24 | 20.00 | 24.24 |

-----------------------------------

1208 TERMINAL: 04 08/27/02 10:01:21

THANK YOU JAMES P LAPLANTE
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: BRIAN BLOMFIELD

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL
BEAT IT BY 10%. SEE STORE FOR DETAILS

---

UNITED RENTALS 186
275 GEO WASHINGTON HWY
SMITHFIELD, RI 02917-
(401) 233-1300
4301322135981060

07/23/03 10:54:47 [illegible]

VS 4152980216 77754 EXP [illegible]

AUTH# 158059 REF# [illegible]
AVS: NO AVS REQTED

SALE $ [illegible]

TOTAL $ [illegible]

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X ____________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

---

THE HOM
11
SO. ATTLEBORO

2(

SALE

031949320256
721404314127
038753338545
038753338545
039800058928
742366999757
036241046255
070042194005
047087201067

49.47

2659 1

# INVOICE

Jack-it
1812 W. 3500 S. #1
West Valley City, Ut 84119
T. 801/974-7960
F. 801/975-6459

INVOICE NUMBER: 23474
INVOICE DATE: 8/20/02
PAGE:

| SOLD TO: | SHIP TO: |
|---|---|
| JAMES LAPLANTE<br>217 DOUGLAS PIKE<br>NORTH SMITHFIELD, RI 02896 | |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| E816 | | Prepaid |

| SALES REP | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| JARED | Customer Pickup | | 8/20/02 |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|
| 1.00 | SKJ FBL93 | 76-79' FORD F250/350 FRONT STAINLESS STEEL BRAKELINE | 77.99 | 77.99 |
| 1.00 | SKJ RBL93 | 76-79' FORD F250/350 REAR STAINLESS STEEL BRAKELINE | 39.99 | 39.99 |
| 1.00 | SKJ SDL250 | SKYJACKER OFFSET/ADJUSTABLE DRAG LINK 77-79 FORD F-250/F-350 | 119.99 | 119.99 |
| 1.00 | SHIPPING | SHIPPING & HANDLING | 24.50 | 24.50 |

**RETURNED MERCHANDISE SUBJECT TO A 15% RESTOCKING FEE. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.**

Jack-it, Inc. is not liable for legality of modifications done to vehicles. It is the customers sole responsibility to make sure the vehicle is in compliance with state, local and federal laws and regulations.

All merchandise on this invoice is owned by Jack-it, Inc. until such time as invoice is paid in full. Merchandise not paid for can be repossessed by Jack-it, Inc. including merchandise installed on vehicle. Invoices with a balance due beyond 30 days from date of invoice are subject to a 1.5% monthly finance charge. In the event customer defaults payment of invoice (Jack-it shall determine definition of default), customer is responsible for all attorney's, collection, court and arbitration fees.

| | |
|---|---|
| SUBTOTAL | 262.47 |
| SALES TAX | Pst: |
| TOTAL INVOICE AMOUNT | $262.47 |
| PAYMENT RECEIVED | 262.47 |
| **TOTAL DUE** | 0.00 |

Check No: 050098

Signature:______________________

| DATE | FAMILY MEMBER | PROFESSIONAL SERVICE | CHARGE | CREDITS PAYMENTS | CREDITS ADJ. | NEW BALANCE | PREVIOUS BALANCE | NAME |
|---|---|---|---|---|---|---|---|---|
| 11/26/02 | | Exam medical | 65 00 | 65 00 | | 0 | 0 | James Laplante |

YOU PAID THIS AMOUNT

THIS IS A STATEMENT OF YOUR ACCOUNT TO DATE

ATLANTIC FAMILY EYE CARE, INC.
WILLIAM P. FREITAS, O.D. • BRIAN P. KILEY, O.D.
2345 MENDON ROAD
WOONSOCKET, RI 02895

TELEPHONE (401) 765-5430

92004 NEW/EST COMP EXAM
92002 NEW/EST INT EXAM
99201 NEW OFFICE VISIT
99211 EST OFFICE VISIT

92301 CONTACT LENS FITTING
92081 VISUAL FIELD SCREENING
92083 VISUAL FIELD THRESHOLD

FRAME
LENSES
OTHER

NEXT APPOINTMENT ____ AT ____

NO. 4208

PLEASE PRESENT THIS SLIP TO RECEPTIONIST BEFORE LEAVING OFFICE

SERVICES RENDERED
COMPREHENSIVE ....
INTERMEDIATE EXAM ....
OFFICE VISIT ....
CONTACT LENS FITTING ....
CONTACT LENSES ....
FRAME ....
LENSES ....
VISUAL FIELD ....

pd

TOTAL .... $ 65.00

NO. 4208

NEXT APPOINTMENT ____

| DATE | FAMILY MEMBER | PROFESSIONAL SERVICE | CHARGE | CREDITS PAYMENTS | CREDITS ADJ. | NEW BALANCE | PREVIOUS BALANCE | NAME |
|---|---|---|---|---|---|---|---|---|
| ?/25/0? | | Medical exam | 125 00 | 125 00 | | 0 | 0 | James Laplante |

YOU PAID THIS AMOUNT

THIS IS A STATEMENT OF YOUR ACCOUNT TO DATE

ATLANTIC FAMILY EYE CARE, INC.
WILLIAM P. FREITAS, O.D. • BRIAN P. KILEY, O.D.
2345 MENDON ROAD
WOONSOCKET, RI 02895

TELEPHONE (401) 765-5430

92004 NEW/EST COMP EXAM
92002 NEW/EST INT EXAM
99201 NEW OFFICE VISIT
99211 EST OFFICE VISIT

92301 CONTACT LENS FITTING
92081 VISUAL FIELD SCREENING
92083 VISUAL FIELD THRESHOLD

FRAME
LENSES
OTHER

NEXT APPOINTMENT ____ AT ____

NO. 4193

PLEASE PRESENT THIS SLIP TO RECEPTIONIST BEFORE LEAVING OFFICE

SERVICES RENDERED
COMPREHENSIVE ....
INTERMEDIATE EXAM ....
OFFICE VISIT ....
CONTACT LENS FITTING ....
CONTACT LENSES ....
FRAME ....
LENSES ....
VISUAL FIELD ....

pd

TOTAL .... $ 125.00

NO. 4193

NEXT APPOINTMENT ____

| DATE | FAMILY MEMBER | PROFESSIONAL SERVICE | CHARGE | CREDITS PAYMENTS | CREDITS ADJ. | NEW BALANCE | PREVIOUS BALANCE | NAME |
|---|---|---|---|---|---|---|---|---|
| 2/2/? | | Medical visit | 65 00 | 65 00 | | 0 | 0 | James Laplante |

YOU PAID THIS AMOUNT

THIS IS A STATEMENT OF YOUR ACCOUNT TO DATE

ATLANTIC FAMILY EYE CARE, INC.
WILLIAM P. FREITAS, O.D. • BRIAN P. KILEY, O.D.
2345 MENDON ROAD
WOONSOCKET, RI 02895

TELEPHONE (401) 765-5430

92004 NEW/EST COMP EXAM

PLEASE PRESENT THIS SLIP TO RECEPTIONIST BEFORE LEAVING OFFICE

SERVICES RENDERED
COMPREHENSIVE ....
INTERMEDIATE EXAM ....
OFFICE VISIT ....
CONTACT LENS FITTING ....
CONTACT LENSES ....

CUSTOMER COPY

SUN-41689-K (11/99)

Customer's Signature X

Sold By | Cr. Auth. No. | License Plate No. | State | Number | Kind of I.D.

# ATLANTIC FAMILY EYE CARE

Telephone: (401) 765-5430
FAX: (401) 765-8175

DR. BRIAN P. KILEY #481
DR. WILLIAM P. FREITAS #479

2345 Mendon Road
Woonsocket, RI 02895

Name James Laplante Date 11/24/02

Address

℞ Muro 128 5%

☐ Label

i gtt qhs

Refill - 0 - 1 - 2 - 3 - 4 - PRN

DISPENSE AS WRITTEN
"BRAND NAME NECESSARY"

______________, O.D.

CUMBERLAND FARMS
STORE #1274
302 N MAIN SLATERSVILLE, RI

Customer Signature

GIVE SECOND COPY OF RECEIPT TO CUSTOMER
THANK YOU FOR SHOPPING CUMBERLAND FARMS

ROOKS PHARMACY
OONSOCKET, RI (401)762-9200

SALE 1932 00343 021

CRIPTION 1N 49.99
TOTAL 49.99

CREDIT CARD AMT. 49.99
VISA
ACCT#: XXXXXXXXXXXX1052
EXPIRATION DATE: 10/05
AUTHORIZATION# : 471191

CHANGE .00

YOU FOR SHOPPING AT BROOKS
TORE MANAGER - CHRIS T.
MBER 25, 2002 12:34 PM

AutoZone 5038
1434 PARK AVE
WOONSOCKET, RI
(401) 765-4435

4 @ 1/0.99
#003380 7507 BOSCH SUPER PLU 3.96 N
#112078 C841 IGNITION COIL 19.99 P
#184974 155066 CONRAD CAP & 13.99 P
#002891 9731 DOUBLE SILICONE 15.99 P
SUBTOTAL 53.93
TOTAL TAX @ 7.00% - 3.78
TOTAL 57.71
DEBIT 57.71
XXXXXXXXXXXX1052
PERSONAL WARRANTY INFORMATION
JAMES P LAPLANTE

05059
( 508 ) 361 - 3669

1985 SUBARU STANDARD

For Item: 002891 9731 DOUBLE SILICONE
LIMITED LIFETIME WARRANTY ON ABOVE ITEM

AutoZone Limited Warranty

We will replace, or refund your money for, at our option, any part we sell that wears out or breaks under warranty. Your warranty starts on the day you

Auto
305 A
PAW
(40

#015581 31-850 1
#015581 CORE CHAR
#174714 05563 LA

TOTAL TA

XXXXXXXXXXXX1052
APPROVAL #
PERSONAL WARRANTY
JAMES P LAPL

05059
( 508 ) 361 - 3669

1985 SUBARU

For Item: 015581 3
LIMITED LIFETIME W

AutoZone