OneBeacon
INSURANCE

June 15, 2004

James Laplante
PO BOX 909
QUEECHE, VT 01110-0000

| | |
|---|---|
| **Claim Number:** | **0B600908Z** BL03 |
| Claimant: | James Laplante |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Policy Number: | YMZ263796 |

Dear Mr. LaPlante:

Rhode Island General Law section 27, chapter 3, subsection 5.1 requires that we inform that a check has been issued for the limits of your medical payments coverage of $5,000.00 in this matter. The check has been issued payable to you and sent to your attorney Michael Egan and Christopher Healy.

Should you have questions or concerns, please contact your attorney.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676

OneBeacon
INSURANCE

June 15, 2004

James Laplante
PO BOX 909
QUEECHE, VT 01110-0000

| | |
|---|---|
| **Claim Number:** | **0B600908Z** BL03 |
| Claimant: | James Laplante |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Policy Number: | YMZ263796 |

Dear Mr. LaPlante:

Rhode Island General Law section 27, chapter 3, subsection 5.1 requires that we inform that a check has been issued for the limits of your medical payments coverage of $5,000.00 in this matter. The check has been issued payable to you and sent to your attorney Michael Egan and Christopher Healy.

Should you have questions or concerns, please contact your attorney.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676



**OneBeacon Insurance Group** Claims Department P.O. Box 712, Foxboro, MA, 02035
Phone: (508) 549-8676 Fax: (877) 268-7237 www.onebeacon.com