YORK INSURANCE COMPANY OF MAINE
P.O. BOX 527
PORTLAND ME 04112-0527

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

CORRINA BROWN
JAMES S LAPLANTE
PO BOX 909
QUECHEE VT 05059

Producer: 4412004

FORD INSURANCE COMPANY

SUNSET FARM
WOODSTOCK VT 05091

Policy No.: YMZ263796F
Type of Policy: AUTO LIABILITY AND PHYSICAL DAMAGE
Date of Expiration: 08/29/2003 ; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires. Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is DUE TO THE FOLLOWING ACTIVITY THIS POLICY NO LONGER QUALIFIES FOR ANY PROGRAMS THAT WE PRESENTLY OFFER. SINCE 2001 WE HAVE SUSTAINED THE FOLLOWING ACTIVITY:

01/23/01 - AT FAULT ACCIDENT IN RHODE ISLAND FOR JAMES. $2514.58 PAID.
08/02/01 - COMPREHENSIVE LOSS ROCK. $459.91 PAID.
07/25/02 - COMPREHENSIVE LOSS ROCK. $431.40 PAID.
02/23/03 - NOT AT FAULT ACCIDENT IN RHODE ISLAND FOR JAMES.

PLEASE CONTACT YOUR AGENT TO INQUIRE ON REPLACEMENT COVERAGE.

This policy provides auto liability coverage. You should contact your agent or any agent concerning your possible eligibility for replacement coverage through another insurer or the Vermont Automobile Insurance Plan.

Named Insured

YMZ263796F
CORRINA BROWN
JAMES S LAPLANTE
PO BOX 909
QUECHEE VT 05059

Date Mailed:
5th day of June,2003

JOHN NORTON

ODEN3.0.03.03a
FORM# PN969701VT51995

Copy for Named Insured

VTPN51NONE APP
06052003CYN