Exhibit A

OneBeacon
INSURANCE

June 28, 2004

Mr. Joseph LaPlante
Boston Post Road
PO Box 5678
Marlboro, MA 01752

Mr. Christopher Healy, Esquire
1865 Post Road
Warwick, Rhode Island 02886

RE:
0B6-09087
James LaPlante
Joseph LaPlante
2/23/2003

Gentlemen:

OneBeacon Insurance Company has completed evaluation of your cases and is tendering the combined single policy limit of insurance of $300,000.00 in settlement of your individual cases. Please advise as to each party's share so that releases my be drawn up. Should you have any questions or concerns please feel free to contact me at (508)549 8676.

Very truly yours,

Kathleen Ahearn