Exhibit A

OneBeacon
INSURANCE

June 28, 2004

Mr. Joseph LaPlante
Boston Post Road
PO Box 5678
Marlboro, MA 01752

Mr. Christopher Healy, Esquire
1865 Post Road
Warwick, Rhode Island 02886

RE:
0B6-0908Z
James LaPlante
Joseph LaPlante
2/23/2003

Gentlemen:

OneBeacon Insurance Company has completed evaluation of your cases and is tendering the combined single policy limit of insurance of $300,000.00 in settlement of your individual cases. Please advise as to each party's share so that releases my be drawn up. Should you have any questions or concerns please feel free to contact me at (508)549 8676.

Very truly yours,

Kathleen Ahearn

Exhibit 8

OneBeacon
INSURANCE

SEPTEMBER 10, 2004

MR. JOSEPH LAPLANTE
PO BOX 5678
MARLBORO, MA 01752

**RE:** Claim No.: **0B6 00908Z**
Insured: Corrina Brown
Claimant: Joseph Laplante
Location: Rhode Island
Date of Loss: 2/23/2003
Date of Notice: 2/26/2003
Policy No.: **YMZ263796**
Policy Dates: 08/29/2002 – 08/29/2003
Insuring Co: York Insurance Company of Maine

Dear Mr. Laplante:

This letter will acknowledge our receipt on August 20, 2004 of your letter dated August 13, 2004, which alleges York Insurance Company of Maine (hereinafter called OneBeacon) has violated Massachusetts General Laws, Chapter 93A. Without waiving OneBeacon's right to contest the adequacy of your demand letter under the above referenced statutes, should this matter be litigated, we will take this opportunity to respond.

OneBeacon is in the process of reviewing your request for coverage under the Bodily Injury portion of the policy of insurance. As requested, we require a complete copy of all medical bills, medical reports, and records for the treatment you received as a result of the injuries sustained in the accident of February 23, 2003.

We refer you to the letter from Keith Aten, Esq. (copy attached) which states that OneBeacon became aware of your assertion of the Bodily Injury claim and immediately set forth to review coverage to determine the applicability of same. We continue to review coverage. We understand that it is your position that James LaPlante, your son, may be at fault for this accident. Please forward all remaining medical documentation as soon as possible so we can continue our efforts to reach a fair and equitable settlement of this claim.
If you need any assistance in securing this medical information, please contact Attorney Aten who can assist you.
OneBeacon denies any violation of Massachusetts General Laws, Chapter 93A, as you allege.

Yours very truly,

Kathleen Ahearn

Cc: Keith Aten, Esquire

CERTIFIED MAIL RETURN RECEIPT REQUESTED: 70020860000101392647