**York Ins Co of ME**
**NAIC#:** 31267 **Home Office:** Maine
**Business Type:** Property/Casualty

*Other Reports:* Complaints Financial Information

Company Search Help

**YORK INS CO OF ME**
**LICENSED STATE REPORT**
**2006**

Below are the states in which York Ins Co of ME was licensed in the year 2006. For more information, please refer to the Help.

| State | Licensed |
|---|---|
| Alabama | No |
| Alaska | No |
| American Samoa | No |
| Arizona | No |
| Arkansas | No |
| California | No |
| Colorado | No |
| Connecticut | **Y - Surplus Lines Only** |
| Delaware | No |
| District Of Columbia | No |
| Florida | No |
| Georgia | No |
| Guam | No |
| Hawaii | No |
| Idaho | No |
| Illinois | No |
| Indiana | No |
| Iowa | No |
| Kansas | No |
| Kentucky | No |
| Louisiana | No |
| Maine | **Yes** |
| Maryland | No |
| Massachusetts | **Yes** |
| Michigan | No |
| Minnesota | No |
| Mississippi | No |
| Missouri | No |
| Montana | No |
| Nebraska | No |
| Nevada | No |

**Company Search for Complaint and Financial Information**

**Company Name:** *

**State:** *

[Select State]

**Business Type:**

I don't know

Find Company

| | |
|---|---|
| New Hampshire | **Yes** |
| New Jersey | No |
| New Mexico | No |
| New York | **No** |
| North Carolina | No |
| North Dakota | No |
| Northern Mariana Islands | null |
| Ohio | No |
| Oklahoma | No |
| Oregon | No |
| Pennsylvania | No |
| Puerto Rico | No |
| Rhode Island | No |
| South Carolina | No |
| South Dakota | No |
| Tennessee | No |
| Texas | No |
| U.S. Virgin Islands | No |
| Utah | No |
| Vermont | **Yes** |
| Virginia | No |
| Washington | No |
| West Virginia | No |
| Wisconsin | No |
| Wyoming | No |

NAIC Database: DSSPROD Report Date: 9/24/2007



© 1990 - 2007 National Association of Insurance Commissioners. All rights reserved.