**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**James P. Laplante**, :
Plaintiff :
v. : C.A. 07-0062ML
**York Insurance Company of Maine**:
Defendant :

Motion To File Memorandum Out of Time Nunc Pro Tunc

Now comes the Plaintiff and moves for good cause to file his Memorandum in Support of His Summary Judgment Motion *Nunc Pro Tunc.*

As grounds for his motion, Counsel for Plaintiff avers as follows:

1. On Friday evening, September 28, 2007 Plaintiff successfully filed electronically his Motion for a Summary Judgment, His Statement of Undisputed Facts, the Affidavit of the Plaintiff, James Laplante with attached Exhibits, and the Affidavit of Joseph Laplante.
2. The Electronic Filing System refused to accept his Memorandum in Support of Summary Judgment, apparently due to embedding of hyperlinks in one of the many citations. He then mailed by post an edited copy with several paragraphs and citations deleted. On Saturday, September 29, 2007 and Sunday, September 30, 2007. Plaintiff the attempted to correct offending citations with hyperlinks and edit again the Summary Judgment memorandum.
3. The basic argument and Citations in the Summary Judgment Memorandum was similar and shorter version of the Memorandum that he had filed in the Kent County Superior Court in December of 2004 prior to the case being removed to the U.S. District Court. Defendant suffers no

harm by this technical delay in filing, given that Defendant has been quite familiar with Plaintiff's legal arguments and factual averments for some time.

4. The Court computers were shut down on Saturday morning and Plaintiff's complete electronic filings would not have been otherwise available until October 1, 2007.

Plaintiff
James P. Laplante
By His Attorney
(S)____________________
Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**Certification of Notice**

I, the undersigned, hereby certify that on the 30th[h] day of September 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system and by direct email, rbengstson@CKMlaw.com.
(s) Keven A.McKenna____________________