THIS DOCUMENT WAS FILED IN VIOLATION OF THE PRIVACY POLICY OF THE U.S. COURTS AND HAS BEEN REMOVED PER ORDER OF THE COURT.