

Insured Jeep, Subaru, Ford Truck in RI in 2002