

Front of Ford Truck Being Rebuilt at 217 Do