

Ford Truck Dismantled in 2002 at 217 Douglas