Ford F378 in Fall of 2001 Being Dismantled.

