GETTY
1188 CUMBERLAND HILL ROAD
WOONSOCKET, RI 02895
401-765-8816

FEBRUARY 25, 2001 03:38P

Merchant No. : 3300 655600655001 001

| | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 14 REGULAR | 1.459 | 17.477 | 25.50 |

Account # : 4152980092100/756
Expiration # : 10/02 VISA
Batch # : 056001
Reference # : 017 Approval : 14700A
PS=00 011056745415929 J0SJ

Total SALE $ 25.50

X______________________
JAMES P LAPLANTE

GETTY - THE VALUE LEADER!