Report Number
Lincoln Police Department
I0301662

State of Rhode Island
Supplement to

UNIFORM ACCIDENT REPORT

for
Additional Diagrams, Data or any
Necessary Statements Taken

OFFICERS INVESTIGATION - AT THE TIME OF THIS REPORT IT IS UNKNOWN THE CIRCUMSTANCES OF THE ACCIDENT. THE WITNESS STATED SHE ONLY OBSERVED THE VEHICLE AS IT STRUCK THE POLE AND DID NOT OBSERVE THE EVENTS THAT CAUSED IT.

THE VEHICLE WAS OPERATED BY LAPLANTE AND THERE WAS AN UNKNOWN MALE PASSENGER IN THE VEHICLE, BOTH WERE TRANSPORTED TO RI HOSPITAL AFTER BEING REMOVED FROM THE VEHICLE BY THE JAWS OF LIFE. DUE TO THE AMOUNT OF DAMAGE, SPEED APPEARS TO HAVE BEEN EXCESSIVE AND THE VEHICLE APPEARS TO HAVE BEEN EASTBOUND ON RT. 116 APPROACHING LINCOLN. THE DRIVERS SIDE OF THE VEHICLE STRUCK THE UTILITY POLE AT THE CORNER OF ALBION RD. AND RT. 116 IN THE FLEET BANK PARKING LOT AS IT MOUNTED THE CURB. LAPLANTE'S BELONGINGS WERE REMOVED FROM THE VEHICLE AND WERE PLACED IN EVIDENCE LOCKER #2, THERE WAS A TOTAL OF $377.00 IN CASH THAT WAS LOCATED IN LAPLANTE'S WALLET.

***ON 03-04-03 AT 1100 HRS. JOSEPH LAPLANTE INTO HDQ. REGARDING THE ABOVE ACCIDENT. JOSEPH STATED THAT HIS SON JAMES, WAS OPERATING THE VEHICLE NORTH ON RT.116 FROM THE TOWN OF SMITHFIELD. JOSEPH STATED THAT AS THEY APPROACHED THE INTERSECTION OF RT.116 AND RT. 123, A BURGUNDY COLORED VEHICLE ENTERED RT. 116 FROM ALBION RD. AND CUT THEM OFF. JOSEPH REPORTED THAT JAMES STATED TO HIM "WE ARE NOT GOING TO MAKE IT" JUST BEFORE THE VEHICLE STRUCK THE UTILITY POLE. JOSEPH REPORTED THAT AT THE TIME OF THE ACCIDENT JAMES WAS OPERATING AT A SPEED OF 20 TO 30 MPH.