**OneBeacon Ins Co**
**NAIC#:** 21970 **Home Office:** Pennsylvania
**Business Type:** Property/Casualty

*Other Reports:* Complaints Financial Information

Company Search Help

**ONEBEACON INS CO**
**LICENSED STATE REPORT**
**2006**

Below are the states in which OneBeacon Ins Co was licensed in the year 2006. For more information, please refer to the Help.

| State | Licensed |
|---|---|
| Alabama | Yes |
| Alaska | Yes |
| American Samoa | No |
| Arizona | Yes |
| Arkansas | Yes |
| California | Yes |
| Colorado | Yes |
| Connecticut | Yes |
| Delaware | Yes |
| District Of Columbia | Yes |
| Florida | Yes |
| Georgia | Yes |
| Guam | No |
| Hawaii | Yes |
| Idaho | Yes |
| Illinois | Yes |
| Indiana | Yes |
| Iowa | Yes |
| Kansas | Yes |
| Kentucky | Yes |
| Louisiana | Yes |
| Maine | Yes |
| Maryland | Yes |
| Massachusetts | Yes |
| Michigan | Yes |
| Minnesota | Yes |
| Mississippi | Yes |
| Missouri | Yes |
| Montana | Yes |
| Nebraska | Yes |
| Nevada | Yes |

**Company Search for Complaint and Financial Information**

**Company Name:** *

**State:** *

[Select State]

**Business Type:**

I don't know

Find Company

NAIC
making progress . . . together
HOME ABOUT THE NAIC CONTACT US HELP
Committees & Activities
Government Relations Office
Securities Valuation Office
The NAIC Search Tool
Search NAIC and member department sites
Members & Regulators
Consumer Information Source
COMPANY SEARCH HOW TO FILE A COMPLAINT HELP

**OneBeacon Ins Co**
**NAIC#:** 21970 **Home Office:** Pennsylvania
**Business Type:** Property/Casualty

*Other Reports:* Complaints Financial Information

Company Search Help

## ONEBEACON INS CO
## LICENSED STATE REPORT
### 2006

Below are the states in which OneBeacon Ins Co was licensed in the year 2006. For more information, please refer to the Help.

| State | Licensed |
|---|---|
| Alabama | Yes |
| Alaska | Yes |
| American Samoa | No |
| Arizona | Yes |
| Arkansas | Yes |
| California | Yes |
| Colorado | Yes |
| Connecticut | Yes |
| Delaware | Yes |
| District Of Columbia | Yes |
| Florida | Yes |
| Georgia | Yes |
| Guam | No |
| Hawaii | Yes |
| Idaho | Yes |
| Illinois | Yes |
| Indiana | Yes |
| Iowa | Yes |
| Kansas | Yes |
| Kentucky | Yes |
| Louisiana | Yes |
| Maine | Yes |
| Maryland | Yes |
| Massachusetts | Yes |
| Michigan | Yes |
| Minnesota | Yes |
| Mississippi | Yes |
| Missouri | Yes |
| Montana | Yes |
| Nebraska | Yes |
| Nevada | Yes |

**Company Search for Complaint and Financial Information**

**Company Name:** *

**State:** *

[Select State]

**Business Type:**

I don't know

Find Company