UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**James P. Laplante**, Plaintiff

v.

07-0062ML

**York Insurance Company of Maine**
Defendant :

**Affidavit Of Joseph Laplante**

Now comes **Joseph Laplante**, being duly sworn, and hereby sayeth, and deposes as follows:

**1.** My name is Joseph Laplante.

**2.** I grew up in the Woonsocket, Rhode Island and Bellingham, Massachusetts area, and I have owned property in Woonsocket, Rhode Island.

**3.** From the summer of 2001 through the fall of 2003 I lived at 217 Douglas Pike, North Smithfield with my wife Susan, and my son, James P. Laplante and his finance' and companion, Corrina Brown.

**4.** I presently live with my wife, Susan, in Westborough, Massachusetts, and I am partially disabled from my automobile accident with my son, James Laplante, in Rhode Island on February 23, 2003.

**5.** My son, James, and I worked together frequently during construction and remodeling business during that time.

**6.** My son James Laplante worked frequently during that time period out of state in Delaware, New Jersey, and Massachusetts.

**7.** During that time, his finance' maintained her employment with Pizza Chef in Vermont and would either commute or stay during the week in Vermont.

8. Corrina owned the house at 217 Douglas Pike, North Smithfield, having purchased it with my son James.

9. My wife and I and James and Corrina lived together and shared the payment of expenses with her during that time; and James and I worked together to improve the house.

10. I observe him rebuild his 1978 Ford F378 Truck in the back yard of 217 Douglas Pike, North Smithfield, R.I.

11. I observed the motor vehicles owned by James Laplante and Corrina Brown being parked on the property of 217 Douglas Pike, North Smithfield, R.I. during the time I lived there.

12. On February 23, 2003, I was with James Laplante in his 1978 Ford F378 as it approached the intersection of Albion Road and Route 116 near the Lincoln Mall, when near that intersection by AT Cross, a maroon vehicle came whizzing down Albion Road turning right without stopping on Route 116 toward the east. James tried to swerve to his right to avoid that hit and run vehicle cutting in front of us when his truck hit the curbing and wrapped itself around the metal traffic light.

13. Thanks to the Lincoln Police and Fire and the Jaws of Life, James and I were torn out of the truck and rushed to Rhode Island Hospital for life saving treatment.

14. James was severely harmed and crippled and remained in the hospital for several weeks. I was in R.I. Hospital for several days with fractured hips and several internal injuries. I have yet to fully recover from my injuries.

15. I handled my own negations with OneBeacon Insurance Company and York Insurance Company of Maine and their adjusters.

**16.** Initially, their adjusters tried to force me to share $300,000 with my son, James.


**17.** Eventually, in 2005 after much effort and complaints with the Massachusetts Attorney General, the Defendant eventually paid me $300,000 toward my damages.

**18.** On May 13, 2004, my former Massachusetts insurance company refused to pay any money because it complained I was a Rhode Island resident.

Joseph Laplante

**State of Rhode Island and Providence Plantations**
**County of Providence**

On the 28th day of September, 2007 in Providence, Rhode Island, before me, did personally appear Joseph Laplante, known to me to be the party executing the above affidavit, being duly sworn, did swear that each of the above averments were true to the best of his personal knowledge and observations, and he acknowledged that such was his free act and deed.

Notary Public; Keven A.McKenna
My Term expires on 8/9/09

**Certification of Notice**

I, the undersigned, hereby certify that on the 28th day of September, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengston, Carroll, Kelly & Murphy,

Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system and by direct email, rbengstson@CKMlaw.com

(s)Keven A.McKenna____________________