UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES LAPLANTE, Plaintiff, | : | |
| v. | : | CA 07-62 ML |
| YORK INSURANCE COMPANY OF MAINE, Defendant. | : | |

**ORDER**

Plaintiff's Memorandum in Support of Motion for a Partial Summary Judgment to Determine the Limits of Liability of the Defendant's Insurance Contract (Document ("Doc.") #26) and the attachments to the Affidavit of Plaintiff, James P. Laplante (Doc. #28), electronically filed on October 3, 2007, contain information that violates the Judicial Conference Privacy Policy.[1] It is hereby ordered that:

1. The Clerk is ordered to remove these documents from the record and;

2. Counsel for Plaintiff James LaPlante shall re-file these documents in accordance with the Judicial Conference Privacy Policy.

[1] The Judicial Conference Policy on Privacy and this court's May 27, 2005, Notice of CM/ECF and Privacy Policy are available on the Court's website under Rules and Procedures. Among other personal data identifiers which must be partially redacted from documents filed traditionally or electronically (unless filed under seal) are: social security numbers to the last four digits, financial account numbers to the last four digits, names of minor children to the initials, dates of birth to the year, and home addresses to the city and state.

ENTER:

/s/ David L. Martin
David L. Martin
United States Magistrate Judge
October 4, 2007