# MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS

OneBeacon INSURANCE

**POLICY NUMBER** [redacted]

**COMPANY** YORK INSURANCE COMPANY OF MAINE

**NAMED INSURED**

CORRINA BROWN
JAMES S LAPLANTE
[redacted]
QUECHEE VT 05059

**POLICY PERIOD**

From 08-29-2002 to 08-29-2003
AT 12:01 AM STANDARD TIME

**YOUR AGENT IS**

4412004-00
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK VT 05091
(802) 457-1811

**TRANSACTION**

CHANGE ENDORSEMENT: EFFECTIVE 12-20-2002

**PAYMENT PLAN**

DIRECT BILLED

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988-2003

MD01B

Dear Policyholder:

Please review this endorsement to your automobile policy and keep it with your YORK INSURANCE COMPANY OF MAINE papers.

A bill for premium adjustment, if any, is being sent to you separately.

Thank you for letting us be of service and if you have any questions, please contact FORD INSURANCE COMPANY at (802) 457-1811.

PLLTR

## CHANGE ENDORSEMENT

1878

Policy has been amended as follows:

**PREMIUM ADJUSTMENTS:** ADDITIONAL PREMIUM NONE

INFORMATION/COVERAGE CHANGE - GARAGE TERRITORY
SUBSTITUTION OF VEHICLE 18 FOR 16

MDDE

OneBeacon INSURANCE

## BASIC POLICY COVERAGES

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BI LIABILITY - INCLUDES PROPERTY DAMAGE | $300,000 EACH ACCIDENT |
| MEDICAL PAYMENTS | $5,000 EACH PERSON |
| UNINSURED MOTORIST BODILY INJURY LIABILITY | $300,000 EACH ACCIDENT |
| UNINSURED MOTORIST PROPERTY DAMAGE | INCLUDED IN UNINSURED MOTORIST LIABILITY |
| UNDERINSURED MOTORIST LIABILITY | INCLUDED IN UNINSURED MOTORIST LIABILITY |

*Please refer to the following sections for detailed information on vehicles, operators, and deductibles.*

MD02

## ATTACHMENTS

The following Forms, Endorsements and Exceptions to Conditions are part of this policy at the time of issuance. **Please read them carefully.**

| FORM NO. | TITLE | VEHICLE FILE NO. | CREDIT | PREMIUM |
|---|---|---|---|---|
| G130070995 | PERSONAL AUTO POLICY AND ENDORSEMENTS | | | |
| G112440302 | VERMONT PERSONAL AUTO COMPOSITE ENDORSEMENT | | | |
| G135770101 | VERMONT CHANGES: PROPERTY/CASUALTY - CIVIL UNION | | | |

MD03

## YOUR COVERED AUTO 1: 1994 JEEP CHEROKEE - FILE NO. 12

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | MILES ONE WAY | TIMES PER WEEK | CAR POOL |
|---|---|---|---|---|---|
| [redacted] | 811220 | COMMUTE | 5 | 5 | N |

MFG

| SYMBOL | COST NEW | PRINCIPAL OPERATOR NO | NAME |
|---|---|---|---|
| 13 | | 13 | CORRINA |

ALTERNATE GARAGE LOCATION

HARTLAND VT 05048

EST. ANN'L MILEAGE 10,000

PERFORMANCE STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | A.C.V. |
| DEDUCTIBLE | $100 |
| COLLISION | A.C.V. |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

LOSS PAYEE

CHASE MANHATTEN BANK
PO BOX 5210
NEW HYDE PARK NY 11042

(ACV Means Actual Cash Value)

MD04

G208020699

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 EN

INSURED'S COPY

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 01-02-2003

OneBeacon INSURANCE

## YOUR COVERED TRAILER 2: 1988 WILDERNESS CAMP - FILE NO. 13

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | COVERAGES | |
|---|---|---|---|---|
| [redacted] | 941000 | PLEASURE | DAMAGE TO YOUR AUTO | |
| MFG | SYM-BOL 08 / COST NEW $5,000 / PRINCIPAL OPERATOR NO NAME | | OTHER THAN COLLISION | $5,000 |
| | | | DEDUCTIBLE | NONE |
| ALTERNATE GARAGE LOCATION | EST. ANN'L MILEAGE | | COLLISION | $5,000 |
| HARTLAND VT 05048 | PERFORMANCE STD | | DEDUCTIBLE | $250 |
| | | | TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## YOUR COVERED TRUCK 3: 1978 FORD F378 - FILE NO. 18

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | COVERAGES | |
|---|---|---|---|---|
| [redacted] | 81112W | PLEASURE | DAMAGE TO YOUR AUTO | |
| MFG 05 | SYM-BOL / COST NEW / PRINCIPAL OPERATOR NO 14 NAME JAMES | | OTHER THAN COLLISION | NONE |
| | | | DEDUCTIBLE | |
| ALTERNATE GARAGE LOCATION | EST. ANN'L MILEAGE | | COLLISION | NONE |
| HARTLAND VT 05048 | PERFORMANCE STD | | DEDUCTIBLE | |
| | | | TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## YOUR COVERED AUTO 4: 1985 SUBARU STANDARD - FILE NO. 17

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | COVERAGES | |
|---|---|---|---|---|
| [redacted]2 | 811820 | BUSINESS | DAMAGE TO YOUR AUTO | |
| MFG | SYM-BOL / COST NEW / PRINCIPAL OPERATOR NO 14 NAME JAMES | | OTHER THAN COLLISION | NONE |
| | | | DEDUCTIBLE | |
| ALTERNATE GARAGE LOCATION | EST. ANN'L MILEAGE 10,000 | | COLLISION | NONE |
| HARTLAND VT 05048 | PERFORMANCE STD | | DEDUCTIBLE | |
| | | | TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

1879

G208020699

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 EN

INSURED'S COPY

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 01-02-2003

OneBeacon INSURANCE

## OPERATORS AND NON-OPERATORS

| FILE NO. | NAME | OPER (Y/N) | DATE OF BIRTH | SEX (M/F) | MAR-RIED | LICENSE INFORMATION STATE | NUMBER | FIRST LIC. | CREDITS AND DISCOUNTS GOOD STU. | STU AWAY | DRV. TRN. | DEF. DRIVER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CORRINA BROWN | Y | [redacted] | | | VT | [redacted]20 | 07-1982 | N | N | N | |
| 14 | JAMES LAPLAN | Y | [redacted] | | | VT | [redacted] | 09-1987 | N | N | N | |

MD05

## PREMIUM INFORMATION

| FILE NO. | LIAB. | P.D. | P.I.P. | ADD'L P.I.P. | MEDICAL PAYMENTS | U.M. | UND. INS. | OTHER THAN COLLISION | COLLISION | CUSTOM. | TOWING | VEHICLE PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $181 | | | | $12 | $60 | INCLD | $139 | $319 | | | $711.00 |
| 13 | | | | | | | | $50 | $32 | | | $82.00 |
| 18 | $171 | | | | $12 | $60 | INCLD | | | | | $243.00 |
| 17 | $238 | | | | $17 | $60 | INCLD | | | | | $315.00 |

***PREMIUM / CREDIT SUMMARY:*** (Included in the Total Automobile Premium) TOTAL POLICY PREMIUM $1,351.00

ADDITIONAL PREMIUM IS NONE
* * * SAFE DRIVING PAYS. THIS POLICY INCLUDES A $174.00 CLAIM FREE DISCOUNT * * *

MD07

## RATING DATA

| RATE PLAN | RISK STATE | TERRITORY | TAX TERRITORY | ALT. GARAGE TERRITORY | ALT. GARAGE TAX TERRITORY |
|---|---|---|---|---|---|
| 02 PRF | VERMONT | 024 | | 024 | |

RATING DATE
07-09-2002

***ACCIDENTS AND CONVICTIONS***

| OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | MORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1 | 1 | 01-23-01 | | | | | | | | | | | | | N |

MD08

# MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS

OneBeacon INSURANCE

**POLICY NUMBER** [redacted]

**COMPANY** CU YORK INSURANCE COMPANY

**NAMED INSURED**

CORRINA BROWN
JAMES S LAPLANTE
[redacted]
QUECHEE VT 05059

**POLICY PERIOD**

From 08-29-2002 to 08-29-2003
AT 12:01 AM STANDARD TIME

**YOUR AGENT IS**

4412004-00
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK VT 05091
(802) 457-1811

**TRANSACTION**

CHANGE ENDORSEMENT: EFFECTIVE 07-25-2002

**PAYMENT PLAN**

DIRECT BILLED

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988-2003

MD01B

Dear Policyholder:

Please review this endorsement to your automobile policy and keep it with your CU YORK INSURANCE COMPANY papers.

A bill for premium adjustment, if any, is being sent to you separately.

Thank you for letting us be of service and if you have any questions, please contact FORD INSURANCE COMPANY at (802) 457-1811.

PLLTR

## CHANGE ENDORSEMENT

2737

Policy has been amended as follows:

**PREMIUM ADJUSTMENTS:** RETURN PREMIUM $326.00

INFORMATION/COVERAGE CHANGE - OPERATOR 13
INFORMATION/COVERAGE CHANGE - OPERATOR 14
DELETION OF VEHICLE 15

MDCE

OneBeacon INSURANCE

## BASIC POLICY COVERAGES

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BI LIABILITY - INCLUDES PROPERTY DAMAGE | $300,000 EACH ACCIDENT |
| MEDICAL PAYMENTS | $5,000 EACH PERSON |
| UNINSURED MOTORIST BODILY INJURY LIABILITY | $300,000 EACH ACCIDENT |
| UNINSURED MOTORIST PROPERTY DAMAGE | INCLUDED IN UNINSURED MOTORIST LIABILITY |
| UNDERINSURED MOTORIST LIABILITY | INCLUDED IN UNINSURED MOTORIST LIABILITY |

*Please refer to the following sections for detailed information on vehicles, operators, and deductibles.*

MDD2

## ATTACHMENTS

The following Forms, Endorsements and Exceptions to Conditions are part of this policy at the time of issuance. **Please read them carefully.**

| FORM NO. | TITLE | VEHICLE FILE NO. | CREDIT | PREMIUM |
|---|---|---|---|---|
| G130070995 | PERSONAL AUTO POLICY AND ENDORSEMENTS | | | |
| G112440302 | VERMONT PERSONAL AUTO COMPOSITE ENDORSEMENT | | | |
| G135770101 | VERMONT CHANGES: PROPERTY/CASUALTY - CIVIL UNION | | | |

MDD3

## YOUR COVERED AUTO 1: 1994 JEEP CHEROKEE - FILE NO. 12

| IDENTIFICATION NO. | CLASSIFICATION | USAGE | MILES ONE WAY | TIMES PER WEEK | CAR POOL |
|---|---|---|---|---|---|
| [redacted] | 811220 | COMMUTE | 5 | 5 | N |

**MFG**

| SYMBOL | COST NEW | PRINCIPAL OPERATOR NO | NAME |
|---|---|---|---|
| 13 | | 13 | CORRINA |

**ALTERNATE GARAGE LOCATION**

HARTLAND VT 05059

**EST. ANN'L MILEAGE** 10,000
**PERFORMANCE** STD

**LOSS PAYEE**

CHASE MANHATTEN BANK
PO BOX 5210
NEW HYDE PARK NY 11042

| COVERAGES | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | A.C.V. |
| DEDUCTIBLE | $100 |
| COLLISION | A.C.V. |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

G208020699

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 EN

**INSURED'S COPY**

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 08-22-2002

## YOUR COVERED TRAILER 2: 1988 WILDERNESS CAMP - FILE NO. 13

**IDENTIFICATION NO.** [redacted]

**MFG**

**ALTERNATE GARAGE LOCATION**

HARTLAND VT 05059

**CLASSIFICATION** 941000 **USAGE** PLEASURE

**SYMBOL** 08 **COST NEW** $5,000 **PRINCIPAL OPERATOR NO** **NAME**

**EST. ANN'L MILEAGE**

**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | $5,000 |
| DEDUCTIBLE | NONE |
| COLLISION | $5,000 |
| DEDUCTIBLE | $250 |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## YOUR COVERED TRUCK 3: 1985 FORD ECONOLIN - FILE NO. 16

**IDENTIFICATION NO.** [redacted]

**MFG** 01

**ALTERNATE GARAGE LOCATION**

HARTLAND VT 05059

**CLASSIFICATION** 81112W **USAGE** PLEASURE

**SYMBOL** **COST NEW** **PRINCIPAL OPERATOR NO** 14 **NAME** JAMES

**EST. ANN'L MILEAGE**

**PERFORMANCE** STD

**COVERAGES**

| | |
|---|---|
| DAMAGE TO YOUR AUTO | |
| OTHER THAN COLLISION | NONE |
| DEDUCTIBLE | |
| COLLISION | NONE |
| DEDUCTIBLE | |
| TOWING | NONE |

(ACV Means Actual Cash Value)

MDD4

## OPERATORS AND NON-OPERATORS

| FILE NO. | NAME | OPER (Y/N) | DATE OF BIRTH | SEX (M/F) | MAR-RIED | LICENSE INFORMATION STATE | NUMBER | FIRST LIC. | CREDITS AND DISCOUNTS GOOD STU. | STU AWAY | DRV. TRN. | DEF. DRIVER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CORRINA BROWN | Y | [redacted] | | | VT | 71176720 | 07-1982 | N | N | N | |
| 14 | JAMES LAPLAN | Y | [redacted] | | | VT | 21873870 | 09-1987 | N | N | N | |

2738

MDD5

G208020699

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 EN

***INSURED'S COPY***

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 08-22-2002

OneBeacon INSURANCE

## PREMIUM INFORMATION

| FILE NO. | LIAB. | P.D. | P.I.P. | ADD'L P.I.P. | MEDICAL PAYMENTS | U.M. | UND. INS. | OTHER THAN COLLISION | COLLISION | CUSTOM. | TOWING | VEHICLE PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | $181 | | | | $12 | $60 | INCLD | $139 | $319 | | | $711.00 |
| 13 | | | | | | | | $50 | $32 | | | $82.00 |
| 16 | $171 | | | | $12 | $60 | INCLD | | | | | $243.00 |

***PREMIUM / CREDIT SUMMARY:*** (Included in the Total Automobile Premium) **TOTAL POLICY PREMIUM** $1,036.00

RETURN PREMIUM IS $326.00
* * * SAFE DRIVING PAYS. THIS POLICY INCLUDES A $131.00 CLAIM FREE DISCOUNT * * *

MD07

## RATING DATA

| RATE PLAN | RISK STATE | TERRITORY | TAX TERRITORY | ALT. GARAGE TERRITORY | ALT. GARAGE TAX TERRITORY |
|---|---|---|---|---|---|
| 02 PRF | VERMONT | 024 | | 024 | |

RATING DATE
07-09-2002

***ACCIDENTS AND CONVICTIONS***

| OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | OPER NO. | CODE | PTS. | DATE | MORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1 | 1 | 01-23-01 | | | | | | | | | | | | | N |

MD08

G208020699

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 EN

***INSURED'S COPY***

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 08-22-2002