# QUICK REFERENCE

"**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY CAREFULLY."


| | Page |
|---|---|
| ***AGREEMENT*** | 1 |
| ***DEFINITIONS*** | 1 |
| ***PART A — LIABILITY COVERAGE*** | 2 |
| Insuring Agreement | |
| Supplementary Payments | |
| Exclusions | |
| Single Limit of Liability | |
| Split Limit of Liability | |
| Out of State Coverage | |
| Financial Responsibility | |
| Other Insurance | |
| ***PART B — MEDICAL PAYMENTS COVERAGE*** | 4 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| ***PART C — UNINSURED MOTORISTS COVERAGE*** | 5 |
| Insuring Agreement | |
| Exclusions | |
| Single Limit of Liability | |
| Split Limit of Liability | |
| Other Insurance | |
| Arbitration | |
| ***PART D — COVERAGE FOR DAMAGE TO YOUR AUTO*** | 6 |
| Insuring Agreement | |
| Transportation Expenses | |
| Exclusions | |
| Limit of Liability | |
| Payment of Loss | |
| No Benefit to Bailee | |
| Other Sources of Recovery | |
| Appraisal | |
| ***PART E — DUTIES AFTER AN ACCIDENT OR LOSS*** | 9 |
| General Duties | |
| Additional Duties for Uninsured Motorists Coverage | |
| Additional Duties for Coverage for Damage to Your Auto | |
| ***PART F — GENERAL PROVISIONS*** | 9 |
| Bankruptcy | |
| Changes | |
| Fraud | |
| Legal Action Against Us | |
| Our Right to Recover Payment | |
| Policy Period and Territory | |
| Termination | |
| Transfer of Your Interest in this Policy | |
| Two or More Auto Policies | |
| Premium | |
| ***ENDORSEMENTS*** | 10 |
| Underinsured Motorists Coverage | |
| Split Underinsured Motorist Limits | |
| Federal Employees Using Autos in Government Business | |
| Increased Limits Transportation Expenses Coverage | |
| Towing and Labor Costs Coverage | |
| Loss Payable Clause | |
| Extended Non-Owned Coverage for Named Individual | |
| Coverage for Damage to Your Auto (Maximum Limit of Liability) | |
| Coverage for Audio, Visual and Data Electronic Equipment and Tapes, Records, Discs and Other Media | |
| Customizing Equipment Coverage | |
| Additional Insured — Lessor | |
| Mexico Coverage | |
| Joint Ownership Coverage | |
| Auto Loan/Lease Coverage | |
| Auto Security Plus Endorsement | |


## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

B. "We", "us" and "our" refer to the Company providing this insurance.

C. For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks or bolded when used.

D. **"Bodily injury"** means bodily harm, sickness or disease, including death that results.

E. **"Business"** includes trade, profession or occupation.

F. **"Family member"** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

G. **"Occupying"** means in, upon, getting in, on, out or off.

H. **"Property damage"** means physical injury to, destruction of or loss of use of tangible property.

I. **"Trailer"** means a vehicle designed to be pulled by a:
   1. Private passenger auto; or
   2. Pickup or van.

   It also means a farm wagon or farm implement while towed by a vehicle listed in **1.** or **2.** above.

J. **"Your covered auto"** means:
   1. Any vehicle shown in the Declarations.
   2. Any of the following types of vehicles on the date you become the owner:
      a. A private passenger auto; or
      b. A pickup or van that:
         **(1)** Has a Gross Vehicle Weight of less than 10,000 lbs.; and
         **(2)** Is not used for the delivery or transportation of goods and materials unless such use is:
            **(a)** Incidental to your **"business"** of installing, maintaining or repairing furnishings or equipment; or
            **(b)** For farming or ranching.

      This provision **(J.2.)** applies only if:
      a. You acquire the vehicle during the policy period;
      b. You ask us to insure it within 30 days after you become the owner; and
      c. With respect to a pickup or van, no other insurance policy provides coverage for that vehicle.

      If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto.

      If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.
   3. Any **"trailer"** you own.
   4. Any auto or **"trailer"** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
      a. Breakdown; b. Repair;
      c. Servicing; d. Loss; or
      e. Destruction.

This provision **(J.4.)** does not apply to Coverage for Damage to Your Auto.

## *PART A — LIABILITY COVERAGE*

### *INSURING AGREEMENT*

A. We will pay damages for **"bodily injury"** or **"property damage"** for which any **"insured"** becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the **"insured"**. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for **"bodily injury"** or **"property damage"** not covered under this policy.

B. **"Insured"** as used in this Part means:
   1. You or any **"family member"** for the ownership, maintenance or use of any auto or **"trailer"**.
   2. Any person using **"your covered auto"**.
   3. For **"your covered auto"**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.
   4. For any auto or **"trailer"**, other than **"your covered auto"**, any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **"family member"** for whom coverage is afforded under this Part. This provision **(B.4.)** applies only if the person or organization does not own or hire the auto or **"trailer"**.

### *SUPPLEMENTARY PAYMENTS*

In addition to our limit of liability, we will pay on behalf of an **"insured"**:
1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **"bodily injury"** or **"property damage"** covered under this policy.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.
4. Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

### *EXCLUSIONS*

A. We do not provide Liability Coverage for any **"insured"**:
   1. Who intentionally causes **"bodily injury"** or **"property damage"**.
   2. For **"property damage"** to property owned or being transported by that **"insured"**.
   3. For **"property damage"** to property:
      **a.** Rented to; **b.** Used by; or
      **c.** In the care of;
      that **"insured"**.
      This exclusion **(A.3.)** does not apply to **"property damage"** to a residence or private garage.
   4. For **"bodily injury"** to an employee of that **"insured"** during the course of employment. This exclusion **(A.4.)** does not apply to **"bodily injury"** to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
   5. For that **"insured's"** liability arising out of the ownership or operation of a vehicle while it is being used as

a public or livery conveyance. This exclusion (**A.5.**) does not apply to a share the expense car pool.

6. While employed or otherwise engaged in the **"business"** of:
   **a.** Selling; **b.** Repairing;
   **c.** Servicing; **d.** Storing; or
   **e.** Parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion (**A.6.**) does not apply to the ownership, maintenance or use of **"your covered auto"** by:
   a. You;
   b. Any **"family member"**; or
   c. Any partner, agent or employee of you or any **"family member"**.
7. Maintaining or using any vehicle while that **"insured"** is employed or otherwise engaged in any **"business"** (other than farming or ranching) not described in exclusion **A.6.**

   This exclusion (**A.7.**) does not apply to the maintenance or use of a:
   a. Private passenger auto; b. Pickup or van that:
   (1) You own; or
   (2) You do not own while used as a temporary substitute for **"your covered auto"** which is out of normal use because of its:
   **a.** Breakdown; **b.** Repair;
   **c.** Servicing; **d.** Loss; or
   **e.** Destruction; or

   c. **"Trailer"** used with a vehicle described in **a.** or **b.** above.
8. Using a vehicle without a reasonable belief that that **"insured"** is entitled to do so.
9. For **"bodily injury"** or **"property damage"** for which that **"insured"**:
   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   A nuclear energy liability policy is a policy issued by any of the following or their successors:
   a. American Nuclear Insurers;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverage for the ownership, maintenance or use of:
1. Any vehicle which:
   a. Has fewer than four wheels; or
   b. Is designed mainly for use off public roads.

   This exclusion (**B.1.**) does not apply:
   a. While such vehicle is being used by an **"insured"** in a medical emergency; or
   b. To any **"trailer"**.
2. Any vehicle, other than **"your covered auto"**, which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
3. Any vehicle, other than **"your covered auto"**, which is:
   a. Owned by any **"family member"**; or
   b. Furnished or available for the regular use of any **"family member"**.

   However, this exclusion (**B.3.**) does not apply to you while you are maintaining or **"occupying"** any vehicle which is:
   a. Owned by a **"family member"**; or
   b. Furnished or available for the regular use of a **"family member"**.
4. Any vehicle, located inside a facility designed for racing, for the purpose of:
   **a.** Competing in; or **b.** Practicing or preparing for;

   any prearranged or organized racing or speed contest.

If the limit of liability shown in the Declarations for this coverage is for combined bodily injury and property damage liability, the following Single Limit of Liability provision applies.

***SINGLE LIMIT OF LIABILITY***

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:
   1. **"Insureds"**;
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the auto accident.

B. We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damage liability. However, this provision (**B.**) will not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:
   1. Part **B** or Part **C** of this policy; or
   2. Any Underinsured Motorists Coverage provided by this policy.

***SPLIT LIABILITY LIMITS***

PP 03 09 04 86

If separate limits of liability for bodily injury liability and property damage liability are shown in the Declarations for this coverage, paragraph **A.** of the Single Limit of Liability provision above is replaced by the following:

***SPLIT LIMIT OF LIABILITY***

The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **"bodily injury"** sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for **"bodily injury"** resulting from any one auto accident. The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all damages to all

**"property damage"** resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. **"Insureds"**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which **"your covered auto"** is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:
   1. A financial responsibility or similar law specifying limits of liability for **"bodily injury"** or **"property damage"** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.
   2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

**PART B — MEDICAL PAYMENTS COVERAGE**

**INSURING AGREEMENT**

A. We will pay reasonable expenses incurred for necessary medical and funeral services because of **"bodily injury"**:
   1. Caused by accident; and
   2. Sustained by an **"insured"**.

   We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B. **"Insured"** as used in this Part means:
   1. You or any **"family member"**:
      a. While **"occupying"**; or
      b. As a pedestrian when struck by;

      a motor vehicle designed for use mainly on public roads or a trailer of any type.
   2. Any other person while **"occupying" "your covered auto"**.

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any **"insured"** for **"bodily injury"**:

1. Sustained while **"occupying"** any motorized vehicle having fewer than four wheels.
2. Sustained while **"occupying" "your covered auto"** when it is being used as a public or livery conveyance. This exclusion (**2.**) does not apply to a share-the-expense car pool.
3. Sustained while **"occupying"** any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the **"bodily injury"**.
5. Sustained while **"occupying"**, or when struck by, any vehicle (other than **"your covered auto"**) which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while **"occupying"**, or when struck by, any vehicle (other than **"your covered auto"**) which is:
   a. Owned by any **"family member"**; or
   b. Furnished or available for the regular use of any **"family member"**.

   However, this exclusion (**6.**) does not apply to you.
7. Sustained while **"occupying"** a vehicle without a reasonable belief that that **"insured"** is entitled to do so.
8. Sustained while **"occupying"** a vehicle when it is being used in the **"business"** of an **"insured"**. This exclusion (**8.**) does not apply to **"bodily injury"** sustained while **"occupying"** a:
   a. Private passenger auto;
   b. Pickup or van that you own; or
   c. **"Trailer"** used with a vehicle described in **a.** or **b.** above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. Nuclear reaction; b. Radiation; or
    c. Radioactive contamination.
11. Sustained while **"occupying"** any vehicle located inside a facility designed for racing, for the purpose of:
    a. Competing in; or b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
   1. **"Insureds"**;
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:
   1. Part **A** or Part **C** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

***OTHER INSURANCE***

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

***PART C — UNINSURED MOTORISTS COVERAGE***

***INSURING AGREEMENT***

A. We will pay compensatory damages which an **"insured"** is legally entitled to recover from the owner or operator of an **"uninsured motor vehicle"** because of **"bodily injury"**:
   1. Sustained by an **"insured"**; and
   2. Caused by an accident.

   The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **"uninsured motor vehicle"**.

   Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

B. **"Insured"** as used in this Part means:
   1. You or any **"family member"**.
   2. Any other person **"occupying"** **"your covered auto"**.
   3. Any person for damages that person is entitled to recover because of **"bodily injury"** to which this coverage applies sustained by a person described in **1.** or **2.** above.

C. **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:
   1. To which no bodily injury liability bond or policy applies at the time of the accident.
   2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **"your covered auto"** is principally garaged.
   3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:
      a. You or any **"family member"**;
      b. A vehicle which you or any **"family member"** are **"occupying"**; or
      c. **"Your covered auto"**.
   4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
      **a.** Denies coverage; or **b.** Is or becomes insolvent.

   However, **"uninsured motor vehicle"** does not include any vehicle or equipment:
   1. Owned by or furnished or available for the regular use of you or any **"family member"**.
   2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
   3. Owned by any governmental unit or agency.
   4. Operated on rails or crawler treads.
   5. Designed mainly for use off public roads while not on public roads.
   6. While located for use as a residence or premises.

***EXCLUSIONS***

A. We do not provide Uninsured Motorists Coverage for **"bodily injury"** sustained:
   1. By an **"insured"** while **"occupying"**, or when struck by, any motor vehicle owned by that **"insured"** which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.
   2. By any **"family member"** while **"occupying"**, or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Uninsured Motorists Coverage for **"bodily injury"** sustained by any **"insured"**:
   1. If that **"insured"** or the legal representative settles the **"bodily injury"** claim without our consent.
   2. While **"occupying"** **"your covered auto"** when it is being used as a public or livery conveyance. This exclusion (**B.2.**) does not apply to a share-the-expense car pool.
   3. Using a vehicle without a reasonable belief that that **"insured"** is entitled to do so.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:
   1. Workers' compensation law; or
   2. Disability benefits law.

D. We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

If the limit of liability shown in the Declarations for this coverage is a single limit applicable for each accident, the following Single Limit of Liability provision applies.

***SINGLE LIMIT OF LIABILITY***

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:
   1. **"Insureds"**;
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:
   1. Part **A** or Part **B** of this policy; or
   2. Any Underinsured Motorists Coverage provided by this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:
1. Workers' compensation law; or
2. Disability benefits law.

***SPLIT UNINSURED MOTORISTS LIMITS***

PP 04 01 04 86

If separate limits of liability for each person and each accident are shown in the Declarations for this coverage, paragraph **A** of the Single Limit of Liability Provision above is replaced by the following:

***SPLIT LIMIT OF LIABILITY***

The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **"bodily injury"** sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **"bodily injury"** resulting from any one accident. This is the most we will pay regardless of the number of:
1. **"Insureds"**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

***OTHER INSURANCE***

If there is other applicable insurance available under one or more policies or provisions of coverage:
1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing coverage on a primary basis.
3. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

***ARBITRATION***

A. If we and an **"insured"** do not agree:
1. Whether that **"insured"** is legally entitled to recover damages; or
2. As to the amount of damages which are recoverable by that **"insured"**;

from the owner or operator of an **"uninsured motor vehicle"**, then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:
1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the **"insured"** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:
1. Whether the **"insured"** is legally entitled to recover damages; and
2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **"your covered auto"** is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

***PART D — COVERAGE FOR DAMAGE TO YOUR AUTO***

***INSURING AGREEMENT***

A. We will pay for direct and accidental loss to **"your covered auto"** or any **"non-owned auto"**, including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one **"your covered auto"** or **"non-owned auto"** results from the same **"collision"**, only the highest applicable deductible will apply. We will pay for loss to **"your covered auto"** caused by:
1. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
2. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a **"non-owned auto"**, we will provide the broadest coverage applicable to any **"your covered auto"** shown in the Declarations.

B. **"Collision"** means the upset of **"your covered auto"** or a **"non-owned auto"** or their impact with another vehicle or object.

Loss caused by the following is considered other than **"collision"**:

1. Missiles or falling objects;
2. Fire;
3. Theft or larceny;
4. Explosion or earthquake;
5. Windstorm;
6. Hail, water or flood;