7. Malicious mischief or vandalism;
8. Riot or civil commotion;
9. Contact with bird or animal; or
10. Breakage of glass.

If breakage of glass is caused by a **"collision"**, you may elect to have it considered a loss caused by **"collision"**.

C. **"Non-owned auto"** means:

1. Any private passenger auto, pickup, van or **"trailer"** not owned by or furnished or available for the regular use of you or any **"family member"** while in the custody of or being operated by you or any **"family member"**; or
2. Any auto or **"trailer"** you do not own while used as a temporary substitute for **"your covered auto"** which is out of normal use because of it:
   a. Breakdown;
   b. Repair;
   c. Servicing;
   d. Loss; or
   e. Destruction.

***TRANSPORTATION EXPENSES***

In addition, we will pay, without application of a deductible, up to $15 per day, to a maximum of $450, for:

1. Temporary transportation expenses incurred by you in the event of a loss to **"your covered auto"**. We will pay for such expenses if the loss is caused by:
   a. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   b. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for that auto.
2. Loss of use expenses for which you become legally responsible in the event of loss to a **"non-owned auto"**. We will pay for loss of use expenses if the loss is caused by:
   a. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for any **"your covered auto"**.
   b. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for any **"your covered auto"**.

If the loss is caused by a total theft of **"your covered auto"** or a **"non-owned auto"**, we will pay only expenses incurred during the period:

1. Beginning 48 hours after the theft; and
2. Ending when **"your covered auto"** or the **"non-owned auto"** is returned to use or we pay for its loss.

If the loss is caused by other than theft of a **"your covered auto"** or a **"non-owned auto"**, we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

Our payment will be limited to that period of time reasonably required to repair or replace the **"your covered auto"** or the **"non-owned auto"**.

***EXCLUSIONS***

We you will not pay for:

1. Loss to **"your covered auto"** or any **"non-owned auto"** which occurs while it is being used as a public or livery conveyance. This exclusion (1.) does not apply to a share-the-expense car pool.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.

   This exclusion (2.) does not apply if the damage results from the total theft of **"your covered auto"** or any **"non-owned auto"**.
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to:
   a. Any electronic equipment designed for the reproduction of sound, including, but not limited to:
      (1) Radios and stereos;
      (2) Tape decks; or
      (3) Compact disc players;
   b. Any other electronic equipment that receives or transmits audio, visual or data signals, including, but not limited to:
      (1) Citizens band radios;
      (2) Telephones;
      (3) Two-way mobile radios;
      (4) Scanning monitor receivers;
      (5) Television monitor receivers;
      (6) Video cassette recorders;
      (7) Audio cassette recorders; or
      (8) Personal computers;
   c. Tapes, records, discs, or other media used with equipment described in **a.** or **b.**; or
   d. Any other accessories used with equipment described in **a.** or **b.**

   This exclusion (4.) does not apply to:
   a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:
      (1) The equipment is permanently installed in **"your covered auto"** or any **"non-owned auto"**; or
      (2) The equipment is:
         (a) Removable from a housing unit which is permanently installed in the auto;
         (b) Designed to be solely operated by use of the power from the auto's electrical system; and
         (c) In or upon **"your covered auto"** or any **"non-owned auto"**,

      at the time of the loss.
   b. Any other electronic equipment that is:

(1) Necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

(2) An integral part of the same unit housing any sound reproducing equipment described in **a.** and permanently installed in the opening of the dash or console of **"your covered auto"** or any **"non-owned auto"** normally used by the manufacturer for installation of a radio.

5. A total loss to **"your covered auto"** or any **"non-owned auto"** due to destruction or confiscation by governmental or civil authorities.

   This exclusion (**5.**) does not apply to the interests of Loss Payees in **"your covered auto"**.

6. Loss to a camper body or **"trailer"** you own which is not shown in the Declarations. This exclusion (**6.**) does not apply to a camper body or **"trailer"** you:

   a. Acquire during the policy period; and

   b. Ask us to insure within 30 days after you become the owner.

7. Loss to any **"non-owned auto"** when used by you or any **"family member"** without a reasonable belief that you or that **"family member"** are entitled to do so.

8. Loss to:

   a. Awnings or cabanas; or

   b. Equipment designed to create additional living facilities.

9. Loss to equipment designed or used for the detection or location of radar or laser.

10. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

    a. Special carpeting and insulation, furniture or bars;

    b. Facilities for cooking and sleeping;

    c. Height-extending roofs; or

    d. Custom murals, paintings or other decals or graphics.

11. Loss to any **"non-owned auto"** being maintained or used by any person while employed or otherwise engaged in the **"business"** of:

    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;

    vehicles designed for use on public highways. This includes road testing and delivery.

12. Loss to any **"non-owned auto"** being maintained or used by any person while employed or otherwise engaged in any **"business"** not described in exclusion **11.** This exclusion (**12.**) does not apply to the maintenance or use by you or any **"family member"** of a **"non-owned auto"** which is a private passenger auto or **"trailer"**.

13. Loss to **"your covered auto"** or any **"non-owned auto"**, located inside a facility designed for racing, for the purpose of:

    a. Competing in; or
    b. Practicing or preparing for;

    any prearranged or organized racing or speed contest.

14. Loss to, or loss of use of, a **"non-owned auto"** rented by:

    a. You; or
    b. Any **"family member"**;

    if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **"family member"**, pursuant to the provisions of any applicable rental agreement or state law.

***LIMIT OF LIABILITY***

A. Our limit of liability for loss will be the lesser of the:

   1. Actual cash value of the stolen or damaged property;

   2. Amount necessary to repair or replace the property with other property of like kind and quality.

   However, the most we will pay for loss to any **"non-owned auto"** which is a trailer is $500.

B. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

C. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

***PAYMENT OF LOSS***

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or
2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

***NO BENEFIT TO BAILEE***

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

***OTHER SOURCES OF RECOVERY***

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a **"non-owned auto"** shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the **"non-owned auto"**;
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

***APPRAISAL***

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and
   2. Bear the expenses of the appraisal and umpire equally.

**B.** We do not waive any of our rights under this policy by agreeing to an appraisal.

***PART E — DUTIES AFTER AN ACCIDENT OR LOSS***

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
3. Submit, as often as we reasonably require:
   a. To physical exams by physicians we select. We will pay for these exams.
   b. To examination under oath and subscribe the same.
4. Authorize us to obtain:
   a. Medical reports; and b.Other pertinent records.
5. Submit a proof of loss when required by us.

**C.** A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.
2. Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Coverage for Damage to Your Auto must also:

1. Take reasonable steps after loss to protect **"your covered auto"** or any **"non-owned auto"** and their equipment from further loss. We will pay reasonable expenses incurred to do this.
2. Promptly notify the police if **"your covered auto"** or any **"non-owned auto"** is stolen.
3. Permit us to inspect and appraise the damaged property before its repair or disposal.

***PART F — GENERAL PROVISIONS***

***BANKRUPTCY***

Bankruptcy or insolvency of the **"insured"** shall not relieve us of any obligations under this policy.

***CHANGES***

**A.** This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of insured vehicles;
2. Operators using insured vehicles;
3. The place of principal garaging of insured vehicles;
4. Coverage, deductible or limits.

If a change resulting from **A.** or **B.** requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**C.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (**C.**) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of your policy; or
2. An Amendatory Endorsement.

***FRAUD***

We do not provide coverage for any **"insured"** who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

***LEGAL ACTION AGAINST US***

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part **A**, no legal action may be brought against us until:

1. We agree in writing that the **"insured"** has an obligation to pay; or
2. The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an **"insured"**.

***OUR RIGHT TO RECOVER PAYMENT***

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.

However, our rights in this paragraph (**A.**) do not apply under Part **D**, against any person using **"your covered auto"** with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

***POLICY PERIOD AND TERRITORY***

**A.** This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and
2. Within the policy territory.

**B.** The policy territory is:

1. The United States of America, its territories or possessions;

2. Puerto Rico; or
3. Canada.

This policy also applies to loss to, or accidents involving, **"your covered auto"** while being transported between their ports.

***TERMINATION***

**A. Cancellation.** This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:
   a. Returning this policy to us; or
   b. Giving us advance written notice of the date cancellation is to take effect.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
   a. At least 10 days notice:
      (1) If cancellation is for nonpayment of premium; or
      (2) If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or
   b. At least 20 days notice in all other cases.
3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:
   a. For nonpayment of premium; or
   b. If your driver's license or that of:
      (1) Any driver who lives with you; or
      (2) Any driver who customarily uses **"your covered auto"**;

      has been suspended or revoked. This must have occurred:
      (1) During the policy period; or
      (2) Since the last anniversary of the original effective date if the policy period is other than 1 year; or
   c. If the policy was obtained through material misrepresentation.

**B. Nonrenewal.** If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. If the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.
2. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination.** If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on **"your covered auto"**, any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions.**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.
2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.
3. The effective date of cancellation stated in the notice shall become the end of the policy period.

***TRANSFER OF YOUR INTEREST IN THIS POLICY***

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **"your covered auto"**.

**B.** Coverage will only be provided until the end of the policy period.

***TWO OR MORE AUTO POLICIES***

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

***PREMIUM***

The premium stated in the Declarations is the initial premium for this policy. On each renewal, continuation or anniversary of the effective date of this policy, the premium shall be computed by us in accordance with our manuals then in use.

***ENDORSEMENTS***

**THE FOLLOWING ENDORSEMENTS CHANGE THE POLICY. PLEASE READ THEM CAREFULLY.**

The following endorsement applies only if the declarations indicate a limit of liability for it.

***UNDERINSURED MOTORISTS COVERAGE***

PP 03 11 06 94

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

***INSURING AGREEMENT***

**A.** We will pay compensatory damages which an **"insured"** is legally entitled to recover from the owner or operator of an **"underinsured motor vehicle"** because of **"bodily injury"**:

1. Sustained by an **"insured"**; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **"underinsured motor vehicle"**.

We will pay under this coverage only if **1.** or **2.** below applies:

1. The limits of liability under any applicable bodily injury liability bonds or policies have been exhausted by payment of judgments or settlements; or
2. A tentative settlement has been made between an **"insured"** and the insurer of the **"underinsured motor vehicle"** and we:
   a. Have been given prompt written notice of such tentative settlement: and
   b. Advance payment to the **"insured"** in an amount equal to the tentative settlement within 30 days after receipt of notification.

B. **"Insured"** as used in this endorsement means:

1. You or any **"family member"**.
2. Any other person **"occupying" "your covered auto"**.
3. Any person for damages that person is entitled to recover because of **"bodily injury"** to which this coverage applies sustained by a person described in **1.** or **2.** above.

C. **"Underinsured motor vehicle"** means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the limit of liability for this coverage.

However, **"underinsured motor vehicle"** does not include any vehicle or equipment:

1. To which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **"your covered auto"** is principally garaged.
2. Owned by or furnished or available for the regular use of you or any **"family member"**.
3. Owned by any governmental unit or agency.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not upon public roads.
6. While located for use as a residence or premises.
7. Owned or operated by a person qualifying as a self-insurer under any applicable motor vehicle law.
8. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
   **a.** Denies coverage; or **b.** Is or becomes insolvent.

***EXCLUSIONS***

A. We do not provide Underinsured Motorists Coverage for **"bodily injury"** sustained:

1. By an **"insured"** while **"occupying"**, or when struck by, any motor vehicle owned by that **"insured"** which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.
2. By any **"family member"** while **"occupying"**, or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

B. We do not provide Underinsured Motorists Coverage for **"bodily injury"** sustained by any **"insured"**:

1. While **"occupying" "your covered auto"** when it is being used as a public or livery conveyance. This exclusion (**B.1.**) does not apply to a share-the-expense car pool.
2. Using a vehicle without a reasonable belief that that **"insured"** is entitled to do so.

C. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

D. We do not provide Underinsured Motorists Coverage for punitive or exemplary damages.

If the limit of liability shown in the Declarations for this coverage is a single limit applicable for each accident the following Single Limit of Liability provision applies.

***SINGLE LIMIT OF LIABILITY***

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one accident. This is the most we will pay regardless of the number of:

1. **"Insureds"**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

However, the limit of liability shall be reduced by all sums paid because of the **"bodily injury"** by or on behalf of persons or organizations who may be legally responsible. This includes all sums paid under Part **A** of this policy.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A**, Part **B** or Part **C** of this policy.

C. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

D. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law;

1. Workers' compensation law; or
2. Disability benefits law.

***SPLIT UNDERINSURED MOTORISTS LIMITS***

PP 04 02 04 86

If separate limits of liability for each person and each accident are shown in the Declarations for this coverage, Paragraph **A.** of the Single Limit of Liability provision in the Underinsured Motorists Coverage Endorsement above is replaced by the following:

***SPLIT LIMIT OF LIABILITY***

The limit of liability shown in the Declarations for each person for Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **"bodily injury"** sustained by any one person in any one accident. Subject to this limit

for each person, the limit of liability shown in the Declarations for each accident for Underinsured Motorists Coverage is our maximum limit of liability for all damages for **"bodily injury"** resulting from any one accident. This is the most we will pay regardless of the number of:

1. **"Insureds"**;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

***OTHER INSURANCE***

If there is other applicable insurance available under one or more policies or provisions of coverage:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.
2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing coverage on a primary basis.
3. If the coverage under this policy is provided:
   a. On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.
   b. On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

***ARBITRATION***

**A.** If we and an **"insured"** do not agree:

1. Whether that **"insured"** is legally entitled to recover damages; or
2. As to the amount of damages which are recoverable by that **"insured"**;

from the owner or operator of an **"underinsured motor vehicle"**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

1. Pay the expenses it incurs: and
2. Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the **"insured"** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

1. Whether the **"insured"** is legally entitled to recover damages; and
2. The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which **"your covered auto"** is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

***ADDITIONAL DUTIES***

A person seeking coverage under this endorsement must also promptly:

1. Send us copies of the legal papers if a suit is brought; and
2. Notify us in writing of a tentative settlement between the **"insured"** and the insurer of the **"underinsured motor vehicle"** and allow us 30 days to advance payment to that **"insured"** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **"underinsured motor vehicle"**.

***GENERAL PROVISIONS***

The following is added to the Our Right To Recover Payment provision in Part **F**:

***OUR RIGHT TO RECOVER PAYMENT***

Our rights do not apply under Paragraph **A.** with respect to Underinsured Motorists Coverage if we:

1. Have been given prompt written notice of a tentative settlement between an **"insured"** and the insurer of an **"underinsured motor vehicle"**, and
2. Fail to advance payment to the **"insured"** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **"insured"** in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the **"insured"** is entitled to recover under the provisions of Underinsured Motorists Coverage; and
2. We also have a right to recover the advanced payment.

The following endorsement applies to this policy if an employee of the U.S. Government uses an auto owned by you in the U.S. Government's business.

***FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS***
PP 03 01 08 86

The following are not **"insureds"** under Part **A**:

1. The United States of America or any of its agencies.
2. Any person with respect to **"bodily injury"** or **"property damage"** resulting from the operation of an auto by that person as an employee of the United States Government. This applies only if the provisions of Section 2679 of Title 28, United States Code as amended, require the Attorney

General of the United States to defend that person in any civil action which may be brought for the **"bodily injury"** or **"property damage"**.

The following endorsement applies to your policy only if the Declarations indicate a premium change for it.

***INCREASED LIMITS TRANSPORTATION EXPENSES COVERAGE***
PP 03 02 06 94

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by this endorsement.

***INCREASED LIMITS TRANSPORTATION EXPENSES COVERAGE***

When there is a loss to a **"your covered auto"** described in the Declarations for which a specific premium charge indicates that Increased Limits Transportation Expenses Coverage is afforded, or to a **"non-owned auto"**:

Coverage for Transportation Expenses Coverage provided under Part **D** of this policy is increased to $30 per day up to a maximum of $900.

The following endorsement applies only if the Declarations indicate a premium charge and limit of liability for it.

***TOWING AND LABOR COSTS COVERAGE***
PP 03 03 04 86

***SCHEDULE***

| Description of Your Covered Auto | Limit of Towing and Labor Costs Coverage | Premium |
|---|---|---|
| ***See Declarations*** | | |

We will pay towing and labor costs incurred each time **"your covered auto"** or any **"non-owned auto"** is disabled, up to the amount shown in the schedule or in the Declarations as applicable to that vehicle. If a **"non-owned auto"** is disabled, we will provide the broadest towing and labor costs coverage applicable to any **"your covered auto"** shown in the Schedule or in the Declarations. We will only pay for labor performed at the place of disablement.

The following endorsement applies to this policy.

***LOSS PAYABLE CLAUSE***
PP 03 05 08 86

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of **"your covered auto."** However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

The following endorsement applies to this policy if a 6-position code starting with the letter **"E"** appears on the Declarations.

***EXTENDED NON-OWNED COVERAGE FOR NAMED INDIVIDUAL***
PP 03 06 06 94

**SCHEDULE PP 03 06**

**Name of Individual** is indicated on the Declarations opposite the description of the coverage by a 6-position code as follows:

**1st position:** **"E"** code letter.

**2nd and 3rd position:** A 2-digit file number referring to an operator or non-operator listed in the Declarations.

**4th, 5th and 6th positions:** Code letters consisting of **"y's"** or **"n's"**.

With respect to the individual and coverages listed in the Schedule or in the Declarations, the provisions of the policy apply unless modified by this endorsement.

I. **Part A — LIABILITY COVERAGE**

Part **A** is amended as follows with respect to the individual named in the Schedule PP 03 06:

Exclusions **A.5., A.7., B.2.** and **B.3.** do not apply.

II. **Part B — MEDICAL PAYMENTS COVERAGE**

Part **B** is amended as follows if a premium is shown in the Declarations for Medical Payments Coverage with respect to the individual named in the Schedule PP 03 06:

A. Exclusions **5.** and **6.** do not apply.

B. The last sentence of Exclusion **8.** is replaced by the following:

This exclusion **(8.)** does not apply to **"bodily injury"** sustained while **"occupying"** a:

1. Private passenger auto, pickup or van; or
2. **"Trailer"** used with a vehicle described in **1.** above.

III. This endorsement does not afford coverage under Part **A** or Part **B** of the policy for any accident involving a vehicle owned by the individual named in the Schedule, by a member of the same household, or any accident involving a temporary substitute vehicle for such owned vehicle.

The following endorsement applies to this policy if the limit of liability for Coverage for Damage to Your Auto is stated as a specific dollar amount rather than actual cash value.

***COVERAGE FOR DAMAGE TO YOUR AUTO***
***(Maximum Limit of Liability)***
PP 03 08 06 94

***NOTICE***

**The amount shown in the Declarations is not necessarily the amount you will receive at the time of loss or damage for the described property. PLEASE refer to the Limit of Liability provision below.**

With respect to the Coverage(s) shown as applicable to a vehicle described in the Declarations, the Limit of Liability provision in Part **D** is replaced by the following:

***LIMIT OF LIABILITY***

**A.** Our limit of liability for loss will be the lesser of the:

1. Amount shown in the Declarations;
2. Actual cash value of the stolen or damaged property; or
3. Amount necessary to repair or replace the property with other property of like kind and quality.