Our payment for loss will be reduced by any applicable deductible shown in the Schedule or in the Declarations. If loss to more than one **"your covered auto"** results from the same **"collision"**, only the highest applicable deductible will apply.

**B.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

**C.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

---

The following endorsement applies to this policy only if the form number PP 03 13, PP 03 13 A, PP 03 13 B or PP 03 13 C appears on the Declarations.

***COVERAGE FOR AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT AND TAPES, RECORDS, DISCS AND OTHER MEDIA***

PP 03 13 06 94

**NOTICE**

**The amount shown in the Declarations is not necessarily the amount you will receive at the time of loss or damage for the described property. PLEASE refer to the Limit of Liability provision below.**

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

Exclusion **4.** of Part **D** — Coverage For Damage To Your Auto does not apply to coverage provided by this endorsement.

***INSURING AGREEMENT***

We will pay, without application of a deductible, for direct and accidental loss to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound.

This coverage applies only if:

1. The equipment is permanently installed in **"your covered auto"**; or
2. The equipment is:
   a. Removable from a housing unit which is permanently installed in the auto;
   b. Designed to be solely operated by use of the power from the auto's electrical system; and
   c. In or upon **"your covered auto"** or any **"non-owned auto"**;

   at the time of the loss.

We will also pay, without application of a deductible, for direct and accidental loss to:

1. Any accessories used with such equipment; and
2. Tapes, records, discs or other media if they are:
   a. Your property or that of a **"family member"**; and
   b. In **"your covered auto"** at the time of the loss.

***EXCLUSION***

We will not pay, under this endorsement, for any electronic equipment that is:

1. Necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or
2. Both:
   a. An integral part of the same unit housing any sound reproducing equipment designed solely for the reproduction of sound if the sound reproducing equipment is permanently installed in **"your covered auto"**; and
   b. Permanently installed in the opening of the dash or console of **"your covered auto"**. This opening must be normally used by the manufacturer for the installation of a radio.

***LIMIT OF LIABILITY***

With respect to coverage under this endorsement, the Limit of Liability provision of Part **D** is replaced by the following:

1. Our limit of liability for the total of all losses to audio, visual or data electronic equipment and any accessories used with the equipment, as a result of any one occurrence shall be the lesser of the:
   a. Amount shown in the Declarations;
   b. Actual cash value of the stolen or damaged property; or
   c. Amount necessary to repair or replace the property with other property of like kind and quality.
2. Our limit of liability for the total of all losses to tapes, records, discs or other media, as a result of any one occurrence shall be the lesser of:
   a. $200;
   b. The actual cash value of the stolen or damaged property: or
   c. The amount necessary to repair or replace the property with other property of like kind and quality.

   If coverage for audio, visual or data electronic equipment and accessories used with the equipment is purchased, the limit of liability applicable for losses to tapes, records, discs or other media is in addition to the limit of liability applicable to audio, visual or data electronic equipment and any accessories used with that equipment.
3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.
4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

---

The following endorsement applies to your policy only if indicated on the Declarations.

***CUSTOMIZING EQUIPMENT COVERAGE***

PP 03 18 09 93

***SCHEDULE***

| Description of Vehicle(s) |
| --- |
| ***See Declarations*** |

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.** Exclusion **10.** of Part **D** — Coverage For Damage To Your Auto does not apply to coverage provided by this endorsement.

B. With respect to a vehicle for which the Declarations indicates that Customizing Equipment Coverage applies, we will pay for direct and accidental loss to custom furnishings or equipment including, but not limited to:
1. Special carpeting and insulation, furniture or bars;
2. Facilities for cooking and sleeping;
3. Height-extending roofs;
4. Custom murals, paintings, or other decals or graphics.

C. This coverage does not apply to furnishings or equipment that are excluded from coverage under Exclusions **4.**, **8.**, or **9.** of Part **D.**

---

The following endorsement applies to this policy if the lessor of an automobile is shown in the Declarations.

***ADDITIONAL INSURED — LESSOR***
PP 03 19 08 86

Any liability and any required no-fault coverages afforded by this policy for **"your leased auto"** also apply to the lessor named in the Declarations as an additional insured. This insurance is subject to the following additional provisions:

1. We will pay damages for which the lessor becomes legally responsible only if the damages arise out of acts or omissions of:
   (a) you or any **"family member"**; or
   (b) Any other person except the lessor or any employee or agent of the lessor using **"your leased auto"**.
2. **"Your leased auto"** means:
   (a) an auto shown in the Declarations which you lease for a continuous period of at least six months under a written agreement which requires you to provide primary insurance for the lessor; and
   (b) any substitute or replacement auto furnished by the lessor named in the Declarations.
3. If we terminate this policy, notice will also be mailed to the lessor.
4. The lessor is not responsible for payment of premiums.
5. The designation of the lessor as an additional insured shall not operate to increase our limits of liability.

---

The following endorsement applies to your policy.

***MEXICO COVERAGE***
PP 03 21 06 94

***WARNING***

**AUTO ACCIDENTS IN MEXICO ARE SUBJECT TO THE LAWS OF MEXICO, NOT THE LAWS OF THE UNITED STATES. UNDER MEXICAN LAW, AUTO ACCIDENTS ARE CONSIDERED A CRIMINAL OFFENSE AS WELL AS A CIVIL MATTER.**

**THE COVERAGE WE PROVIDE YOU BY THIS ENDORSEMENT DOES NOT MEET MEXICAN AUTO INSURANCE REQUIREMENTS.**

**YOU ARE REQUIRED TO PURCHASE LIABILITY INSURANCE THROUGH A LICENSED MEXICAN INSURANCE COMPANY FOR THIS ENDORSEMENT TO APPLY.**

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

***I. DEFINITIONS***

The Definitions Section is amended as follows:

**"Your covered auto"** means:
1. Any vehicle shown in the Declarations.
2. Any of the following types of vehicles on the date you become the owner:
   a. A private passenger auto; or
   b. A pickup or van that:
      (1) Has a gross Vehicle Weight of less than 10,000 lbs.; and
      (2) Is not used for the delivery or transportation of goods and materials unless such use is:
         (a) Incidental to your **"business"** of installing, maintaining or repairing furnishings or equipment; or
         (b) For farming or ranching.

   This provision applies only if:
   a. You acquire the vehicle during the policy period;
   b. You ask us to insure the vehicle within 30 days after you become the owner; and
   c. The vehicle is principally garaged and used in the United States.

   If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto.

   If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.
3. Any **"trailer"** you own.

***II. COVERAGE***

All Liability, Medical Payment, Uninsured Motorists, Damage to Your Auto and No-Fault coverage afforded to an **"insured"** under this policy is extended to accidents occurring in Mexico within 25 miles of the United States border. This extension of coverage only applies while an **"insured"** seeking coverage under this endorsement is in Mexico on a trip of 10 days or less.

Our duty to defend under Liability Coverage will only apply if:
1. The original suit for damages is brought in the United States; and
2. The suit does not involve a Mexican citizen or resident.

***III. ADDITIONAL EXCLUSIONS***

A. We do not provide coverage to any **"insured"**:
1. If liability insurance from a licensed Mexican Insurance Company is not in force at the time of loss;
2. While **"occupying"** an auto other than **"your covered auto"**; and
3. Who is a citizen or resident of Mexico. This exclusion **(A.3.)** does not apply to loss payable under Damage to

Your Auto Coverage if the accident arises out of the operation of **"your covered auto"** by a Mexican citizen or resident.

B. We will not pay under Damage to Your Auto Coverage for auto repairs made in Mexico unless **"your covered auto"** cannot be driven in its damaged condition.

***IV. SPECIAL CONDITIONS***

A. **OTHER INSURANCE.** The insurance we provide by this endorsement will be excess over any other collectible insurance

B. **LOSSES PAYABLE UNDER DAMAGE TO YOUR AUTO COVERAGE.** We will pay losses under Damage to Your Auto Coverage in the United States, not in Mexico. If **"your covered auto"** must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such loss at the nearest United States point where the repairs can be made.

---

The following endorsement applies to your policy if form number PP 03 34 09 93 appears on the policy declarations.

***JOINT OWNERSHIP COVERAGE***

PP 03 34 09 93

The provisions of the policy apply unless modified by this endorsement.

***I. DEFINITIONS***

The Definitions Section is amended as follows:

A. For the purpose of the coverage provided by this endorsement, **"you"** and **"your"** refer to two or more:

1. Individuals, other than husband and wife, residing in the same household; or
2. **"Non-resident relative"**;

who jointly own:

1. A private passenger auto; or
2. a pickup or van that:
   a. Has a Gross Vehicle Weight of less than 10,000 lbs.; and
   b. Is not used for the delivery or transportation of goods and materials unless such use is:
      (1) Incidental to your **"business"** of installing, maintaining, or repairing furnishings or equipment; or
      (2) for farming or ranching.

B. The definition of **"your covered auto"** is replaced by the following:

**"Your covered auto" means:**

1. Any vehicle shown in the Declarations.
2. Any of the following types of vehicles on the date you become the owner:
   a. A private passenger auto; or
   b. A pickup or van that:
      (1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and
      (2) Is not used for the delivery or transportation of goods and materials unless such use is:
         (a) Incidental to your **"business"** of installing, maintaining or repairing furnishings or equipment; or
         (b) For farming or ranching.

   This provision (**2.**) applies only if:
   a. You acquire the vehicle during the policy period;
   b. You as us to insure it within 30 days after you become the owner; and
   c. With respect to a pickup or van, no other insurance policy provides coverage for that vehicle.

   If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if you wish to add or continue Coverage For Damage To Your Auto.

   If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.
3. Any **"trailer"** you own.
4. Any auto or **"trailer"** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:
   a. Breakdown; b. Repair;
   c. Servicing; d. Loss; or
   e. Destruction.

   This provision (**4.**) does not apply to Coverage For Damage to Your Auto.

C. The following definition is added:

**"Non-resident relatives"** means two or more persons related by blood, marriage or adoption who reside in separate households. This includes a ward or foster child.

***II. PART A — LIABILITY COVERAGE***

The following exclusion is added to Part **A**:

We do not provide Liability Coverage for the ownership, maintenance or use of any vehicle, other than **"your covered auto"** by any:

1. **"Non-resident relative"**; or
2. **"Family member"** of a **"non-resident relative."**

---

The following endorsement applies to your policy only if the Declarations indicate a premium charge for it.

***AUTO LOAN/LEASE COVERAGE***

PP 03 35 09 93

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

| Description of Your Covered Auto(s) | Other than Collision Additional Premium | Collision Additional Premium |
|---|---|---|
| ***See Declarations*** | | |

In the event of a covered total loss to a **"your covered auto"** shown in the Declarations for which a specific premium charge indicates that Auto Loan/Lease Coverage applies we will pay any unpaid amount due on the lease or loan for **"your covered auto"** less:

1. the amount paid under Part **D** of the policy; and

2. any:
   a. overdue lease/loan payments at the time of the loss;
   b. financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;
   c. security deposits not refunded by a lessor;
   d. costs for extended warranties, Credit Life insurance, Health, Accident or Disability insurance purchased with the loan or lease; and
   e. carry-over balances from previous loans or leases.

The following endorsement applies to this policy if form number G13031 (Ed. 8-95) appears on the Declarations Page and a premium is charged.

***AUTO SECURITY PLUS ENDORSEMENT***

G13031 · 08 95

With respect to the coverages provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

1. **TRANSPORTATION EXPENSES**

We will pay, without application of a deductible, as an additional amount to any limit now shown on the Declarations Page or included in the policy for:

A. Temporary transportation expenses incurred by you in the event of a loss to **"your covered auto"** up to $30 per day, to a maximum of $900; or

B. For rental of a temporary substitute vehicle of like make and model for a maximum of 30 days or $3,000. We will pay for such expenses if the loss is caused by:
   1. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   2. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for that auto.

   If the loss is caused by a total theft of **"your covered auto"** or a **"non-owned auto"**, we will pay only expenses incurred during the period:
   1. Beginning 48 hours after the theft; and
   2. Ending when **"your covered auto"** or the **"non-owned auto"** is returned to use or we pay for its loss.

C. **Rental Car Loss of Use Coverage**

   We will pay for a maximum of 30 days, or $3,000, as an additional amount to any other insurance for:
   1. Loss of use expenses for which you become legally responsible in the event of loss to a **"non-owned auto"**. We will pay for loss of use expenses if the loss is caused by:
      a. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for any **"your covered auto"**.
      b. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for any **"your covered auto"**.

   If the loss is caused by other than theft of a **"your covered auto"** or a **"non-owned auto"**, we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

   Our payment will be limited to that period of time reasonably required to repair or replace the **"your covered auto"** or the **"non-owned auto"**.

2. **USE OF ORIGINAL EQUIPMENT MANUFACTURERS PARTS**

We guarantee the use of original equipment manufacturers parts for any direct or accidental loss to **"your covered auto"** caused by:

A. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

B. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for that auto.

This coverage applies to **"your covered auto"** until it is five model years old and older. This agreement shall be taken into consideration when determining our Limit of Liability in Part D—Coverage for Damage to Your Auto.

3. **TOWING AND LABOR COSTS COVERAGE**

We will pay towing and labor costs incurred each time **"your covered auto"** or any **"non-owned auto"** is disabled up to an additional $50 per disablement to any amount shown in the Declarations as applicable to that vehicle. If a **"non-owned auto"** is disabled, we will provide the broadest towing and labor costs coverage applicable to any **"your covered auto"** shown in the Declarations. We will only pay for labor performed at the place of disablement.

4. **AUTO LOAN/LEASE COVERAGE**

In the event of a covered total loss to a new vehicle (a new vehicle for this coverage is one that has not been previously owned, leased or titled under the motor vehicle laws of any state) **"your covered auto"** shown in the Declarations we will pay any unpaid amount due on the lease or loan for **"your covered auto"** less:

1. The amount paid under Part D of the policy; and
2. Any:
   a. Overdue lease/loan payments at the time of the loss;
   b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;
   c. Security deposits not refunded by a lessor;
   d. Costs for extended warranties, Credit Life insurance, Health, Accident or Disability insurance purchased with the loan or lease; and
   e. Carry-over balances from previous loans or leases.

Any deductible applied under Part D of this policy shall not be recoverable under the loan/lease provisions of this endorsement.

This coverage shall be excess over any other applicable loan/lease coverage.

5. **PART A—LIABILITY COVERAGE**

Supplementary Payments items 1 and 4 are amended as follows:

In addition to our limit of liability, we will pay on behalf of an **"insured"**:

1. Up to $500 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **"bodily injury"** or **"property damage"** covered under this policy.

4. Up to $250 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

6. **TRAVEL EXPENSE COVERAGE**

We will also pay up to a maximum of $500 each occurrence for additional travel expense not covered by Transportation Expenses incurred by you. This applies only in the event of covered loss to **"your covered auto"** or any **"non-owned auto"**. We will pay only additional transportation expenses incurred during the period:

1. Beginning immediately after the loss; and
2. Ending when **"your covered auto"** or any **"non-owned auto"** is returned to use or we pay for its loss.

This coverage applies only if the loss occurs more than 100 miles from your address shown on the declarations page or your place of alternate garaging.

7. **LOCK AND KEY SERVICE**

We will pay up to a maximum of $100 each occurrence for **"your covered auto"** if you are locked out of your vehicle, have frozen locks or have lost your keys and require professional help.

8. **AUTO THEFT REWARD**

We will pay up to a $2,000 reward in the event of a covered loss, for information leading to the arrest and conviction of anyone stealing **"your covered auto"**. A reward will not be paid to you or any **"family member"** or any public official while performing their duty.

9. **AIR BAG ACCIDENTAL DEPLOYMENT**

We will pay to replace an airbag in **"your covered auto"** that accidentally deploys without the vehicle being involved in an accident.

---

**In Witness Whereof**, we have caused this policy to be executed and attested and if required by state law, this policy shall not be valid unless countersigned by our authorized agent.

Dennis Smith, Secretary

Michael J. McSally, President

Countersigned ______________________ (Authorized Agent)

Agency At: ______________________

---

POLICY NUMBER: [redacted] PO
AGENT NUMBER: 4412004-00 RN

***ARCHIVE COPY***

TERM: 08-29-2002 to 08-29-2003
PROCESS DATE: 07-09-2002