## IMPORTANT NOTICES

G5013 08 94

### CONSUMER PROTECTION NOTICE

We may, as a part of our underwriting procedure for processing applications for insurance, or in updating or renewing it, order an investigative consumer report whereby information as to your character, general reputation, personal characteristics, and mode of living, whichever is applicable, is obtained through personal interviews with your neighbors, friends, or others with whom you are acquainted or who may have knowledge concerning any of these items of information to develop information. If such, consumer report is ordered, further information on the nature and scope of the investigation is available to you upon your written request.

G13577 01 01

### VERMONT CHANGES: PROPERTY/CASUALTY — CIVIL UNION

This endorsement is part of the policy to which it is attached and provides benefits under the policy for parties to a civil union. Vermont law requires that insurance policies offered to married persons and their families be made available to parties to a civil union and their families. In order to receive benefits in accordance with this endorsement, the civil union must be established in the state of Vermont according to Vermont law.

**It is understood that policy definitions and provisions designating:**

- **an insured**
- **named insured**
- **who is insured**
- **who is an insured**
- **who is a named insured**
- **covered person(s)**
- **you and/or your**
- **spouse**
- **family member**

and any other policy definitions and provisions designating an insured under this policy, are amended, wherever appearing, where terms denoting a marital relationship or family relationship arising out of a marriage are used, to include parties to a civil union and their families under Vermont law.

OneBeacon INSURANCE

# *Our Policy Regarding Your Privacy*

In order to provide the insurance products and services that respond to our customers' diverse needs,OneBeacon Insurance Group ("OneBeacon") collects certain personal information. OneBeacon does not disclose any nonpublic personal information to any affiliated or nonaffiliated third party for marketing purposes. At OneBeacon, maintaining the confidentiality of our customers' personal information is of the highest importance. OneBeacon's personal information-handling practices are governed by this privacy policy and are further regulated by law. This notice describes those practices and how they preserve your privacy in a way that permits OneBeacon to provide you with the products and service you demand.

### *Collection of Personal Information*

We get most of our information directly from you. The application you complete, as well as any additional information you provide, generally gives us most of the information we need to know. Sometimes we may contact you by phone or mail to obtain additional information. Depending on the nature of your insurance transaction, we may need additional information about you or other potential insureds from outside sources such as motor vehicle records, loss information reports, credit reports, court records or other public records. For property insurance, we may send someone to inspect your property and verify information about its value and condition, and a photo of the property may be taken.

We also may obtain information from third parties such as other insurance companies or consumer reporting agencies. A consumer report from such an agency may contain information as to credit worthiness and credit standing. If we order any kind of consumer report, upon request, we will tell you how to get a copy of the report. The agency preparing a consumer report for us may keep the information collected about you as permitted by law, and it may be disclosed to other persons.

### *Disclosure of Personal Information*

Information which has been collected about you will be contained in either our policy records or in your agent's files. We review it in evaluating your request for insurance coverage and in determining your rates. We will also use information in our policy records for purposes related to issuing and servicing insurance policies and settling claims. OneBeacon may disclose personal information to others in order to service, process or administer business such as underwriting and claims operations. In this context, OneBeacon may disclose **(i)** information we receive from you on applications and other forms, including information such as assets, income, and identifying information such as name, address and social security number; **(ii)** transaction information such as information about balances, payment history and parties to the transaction; and **(iii)** information from consumer reporting agencies such as a consumer's credit worthiness and credit history.

If coverage is declined or the charge for coverage is increased because of information contained in a consumer report, we will tell you as required by state law and the federal Fair Credit Reporting Act. We will also give you the name and address of the consumer reporting agency making the report.

### *Parties to Whom Information May be Disclosed*

OneBeacon will not disclose information about you to others without your written consent unless the disclosure is necessary to conduct our business. By law, OneBeacon is permitted to share information about you without prior permission under certain circumstances to certain persons and organizations such as:

- Your agent or broker.
- Parties who perform a business, professional or insurance function for our company, including our reinsurance companies.
- Claim adjusters, appraisers, investigators and attorneys who need the information to investigate, defend or settle a claim involving you.
- Insurance support organizations which are established to collect information for the purpose of detecting and preventing insurance crimes and fraudulent claims.
- Insurance regulatory agencies in connection with the regulation of our business.
- Law enforcement or other governmental authorities to protect our legal interest, or in cases of suspected fraud or illegal activities.
- Authorized persons as ordered by subpoena, warrant or other court order or as required by law.

- Lienholder, mortgagee, assignee, lessor, or other person shown on our records or our agent's as having a legal or beneficial interest in a policy of insurance.
- Parties acting in a fiduciary or representative capacity to you (attorneys, accountants and auditors).
- Insurance rate advisory organizations.
- Parties enforcing OneBeacon's rights in connection with the settlement of a debt, the transfer of interests or an audit.
- Parties administering transactions as requested or authorized by you.

***Right of Access to Personal Information***

You have the right to know what kind of information we keep in our files about you, to have reasonable access to it and to receive a copy. Write to us if you have questions about the information. Provide your complete name, address, type of policy and policy number that was issued or applied for with us. Mail your request to: Privacy Administrator, Post Office Box 9177, Boston, MA, 02205-9177. Certain types of information generally collected when evaluating claims or possible lawsuits need not be disclosed to you.

Within thirty (30) business days of receipt of your request, we will inform you in writing of the nature and substance of retrievable recorded personal information about you in our files. You may review this information in person or receive a copy by mail. We will also identify the person or organization to which we have disclosed this information within the past two (2) years. In addition, you will be given the name and address of any consumer reporting agency which prepared a report about you so that you can contact them for a copy.

After you have reviewed the personal information about you in our file, you can write to us if you believe it should be corrected, amended or deleted. We will consider your request, and within thirty (30) days either change the information or tell you that we did not and state the reason. If we do not make changes, you will have the right to insert in our file a concise statement containing what you believe to be the correct, relevant or fair information, and explaining which information on file you believe to be improper. We will notify persons designated by you to whom we have previously disclosed the information of the change or your statement. Subsequent disclosures we make also will include your statement.

***Confidentiality and Security of Personal Information***

Our company maintains appropriate standards and procedures to prevent unauthorized access to your information. OneBeacon limits employee access to personally identifiable information to those with a business reason for knowing such information. We educate our employees so that they will understand the importance of confidentiality of personal information and take appropriate measures to enforce privacy responsibilities.

***Treatment of Personal Information of Former Customers***

OneBeacon follows this personal information privacy policy even when a customer relationship no longer exists.

If you have additional questions about the privacy of your personal information or about your insurance needs in general, please contact your agent.

Effective July 1, 2001

G98165 06 01

G13036 08 95

## *NOTICE OF AVAILABILITY OF DISCOUNTS*

OneBeacon INSURANCE

**The Vermont Insurance Department requires us to notify you that many insurance carriers offer discounts on some or all of their insurance products to qualifying individuals. Discounts are commonly available for senior citizens, for good drivers, for good students, for persons who have completed approved driver education courses, for combined policies, for smoke alarms, for anti-lock braking systems, for multi-car policies and for individuals who have had no recent history of loss. You should inquire of your agent, broker or your insurance company representative about discounts for which you may be eligible. The offering of a discount may not result in lower costs. You should always compare prices and coverage to make sure you are comparing similar products.**

Archive copy 7/24/07

Exhibit 7

G20280/ 09 95

**AUTOMOBILE INSURANCE IDENTIFICATION CARD(S)**

OneBeacon INSURANCE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

**VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD**
**VALID IN THE U.S. AND CANADA**

COMPANY NUMBER | COMPANY
CU YORK INSURANCE COMPANY

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
[redacted] F | 08-29-2002 | 08-29-2003

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
1994 | JEEP CHE | [redacted]

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLAN
[redacted]
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

**VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD**
**VALID IN THE U.S. AND CANADA**

COMPANY NUMBER | COMPANY
CU YORK INSURANCE COMPANY

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
[redacted] F | 08-29-2002 | 08-29-2003

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
1995 | SUBARU I | [redacted]

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLAN
[redacted]
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

**VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD**
**VALID IN THE U.S. AND CANADA**

COMPANY NUMBER | COMPANY
CU YORK INSURANCE COMPANY

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
[redacted] F | 08-29-2002 | 08-29-2003

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
1988 | WILDERNE | [redacted]

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLAN
[redacted]
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

G20280 09

**AUTOMOBILE INSURANCE IDENTIFICATION CARD(S)**

OneBeacon INSURANCE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD
VALID IN THE U.S. AND CANADA

COMPANY NUMBER | COMPANY
CU YORK INSURANCE COMPANY

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
YMZ263796 F 08-29-2002 08-29-2003

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
1985 FORD ECO [redacted]

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLAN
[redacted]
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COMPANY NUMBER | COMPANY
XXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
XXXXXXXXX X XXXXXXXXXX XXXXXXXXXX

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
XXXX XXXXXXXX XXXXXXXXXXXXXXXXXXXXX

AGENCY/COMPANY ISSUING CARD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

INSURED
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE

PLEASE DETACH THIS CARD AND KEEP IT IN YOUR VEHICLE FOR INSURANCE IDENTIFICATION PURPOSES.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COMPANY NUMBER | COMPANY
XXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE
XXXXXXXXX X XXXXXXXXXX XXXXXXXXXX

YEAR | MAKE/MODEL | VEHICLE INDENTIFICATION NUMBER
XXXX XXXXXXXX XXXXXXXXXXXXXXXXXXXXX

AGENCY/COMPANY ISSUING CARD
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

INSURED
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW
SEE IMPORTANT NOTICE ON REVERSE SIDE