Redacted Exhibit 5

Jan 2003 letter to Laplante about Bank coverage

PAGE 1

**AIG** American International Companies®

Program Administrative Office
PO Box 44130
Jacksonville, FL 32231-4130

**IMPORTANT INFORMATION**

[redacted]

Form of Billing: Checking Account
Billing Amount: $5.95
Billing Mode: Monthly
Customer Service: 1-800-781-8379
Hours:
Mon – Fri. 7 a.m. - 10 p.m. eastern time
Sat. 7 a.m. - 3 p.m. eastern time

James P. Laplante
[redacted]

North Smithfield, RI 02896-9577

Dear James P. Laplante,

Congratulations and welcome to the American International Companies℠ customer family! We're delighted to enclose your new Accident Insurance Protector Plan Description of Coverage. Please take a few moments to look over your Description of Coverage (DOC) and information page located within the DOC. If your name and coverage amounts are not correct, please let us know immediately so that we can make the necessary changes.

You made a smart decision when you enrolled for this coverage. Motor vehicle accidents are a leading cause of death and injury in the United States and in fact, cause more than 50% of all accidental deaths.* In today's world we're all at risk, whether we're driving or riding in our cars or just walking on the street! By choosing this coverage you've taken a very important step to help protect yourself and your loved ones against the financial impact that can occur if you're injured or die as a result of an auto or pedestrian accident.

**Your insurance benefits: A summary.**

*You don't pay a cent for the first 30 days compliments of Sovereign Bank!* Unless you call to cancel the coverage during the initial 30 day no-cost period, your premium of $5.95 will be automatically deducted from your checking account each month.

*You're provided with valuable benefits for all covered motor vehicle and pedestrian accidents!* Your plan pays benefits if you are injured or die as a result of a motor vehicle or pedestrian/motor vehicle accident occurring on the street or highway *anywhere* in the U.S., the U.S. Territories, or Canada.

*Your coverage is already in effect!* Your coverage became effective on the effective date shown in the information page of the DOC.

* National Safety Council, *Injury Facts, 2001.*

*(over, please)*

Benefits and features of this valuable plan include*:

**$250,000 PERMANENT TOTAL DISABILITY BENEFIT.** This benefit is payable in a lump sum of $250,000 if you become totally and permanently disabled as defined in the attached Description of Coverage, as result of a covered accident and remain totally and permanently disabled continuously for 365 days. This benefit is available to customers between the ages of 18 and 69.

**$50,000 ACCIDENTAL DEATH BENEFIT.** This benefit is payable if you die from injuries resulting from a covered accident. This benefit pays $50,000 in cash to your beneficiary to help pay final expenses to assist your family through this difficult time.

*Your enclosed Description of Coverage sets out the complete details of these benefits, the limitations and applicable exclusions.

*Premium payments are easy!* You don't have to worry about missing a premium payment to keep this coverage in force. After your 30-day bonus period, your monthly premium of $5.95 will be deducted from your Sovereign Bank checking account. Unless you tell us otherwise, there are no insurance bills coming to your home or extra checks to write each month.

*We'll be here when you need us.* National Union Fire Insurance Company of Pittsburgh, Pa., a member of American International Companies®, and the underwriter of the Accident Insurance Protector Plan, has earned the highest rating, A++ (Superior), from A.M. Best Co. the nation's leading independent insurance industry analyst, for operating performance and financial strength. Should the time come to file a claim, just call us, and we'll assist you through every step.

**You can count on American International Companies.**

If you have any questions about your new insurance coverage or your premium billing, our experienced Customer Service Representatives are just a phone call away. The call is free; the service is free. They will be happy to help you in any way they can. In the meantime, congratulations, once again, for choosing the Accident Insurance Protector Plan. We appreciate the opportunity to provide you with this valuable coverage, and we look forward to serving you.

Sincerely,

Jonathan Yee
Senior Vice President of Consumer Marketing
Domestic Accident & Health

This Accident Insurance Coverage is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa., with its principal place of business in New York, NY. Insurance products are NOT insured by the F.D.I.C., are not deposits of any other government agency, are not deposits or other obligations of any bank, and are not guaranteed by any bank.

0210.056 - 13A

Exhibit 8 page 4

# Information Page

## Schedule of Benefits

| | |
|---|---|
| Policyholder: | Sovereign Bank |
| Master Policy Number: | [redacted] |
| Insured's Name. | James P. Laplante |
| Coverage: | Individual Coverage |
| Coverage Effective Date: | 01/01/2003 |

The Maximum Amounts are used to determine amounts payable under each Benefit. Actual amounts payable will not exceed the maximums, and may be less than the maximums under circumstances specified in this Description of Coverage.

## Cost of Coverage

Monthly Premium: $5.95

## Benefit Schedule

| Benefits | Maximum Amount |
|---|---|
| | Class I Insured |
| Accidental Death | $50,000 |
| Permanent Total Disability | $250,000* |
| Per Accident Maximum Amount | $250,000 |

*The Permanent Total Disability benefits do not apply to an Insured Person who is age 70 or older on the date of the accident.

**IMPORTANT**

This is a brief description of the coverage available under policy series C11695DBG.

If any conflict should arise between the contents of this Description of Coverage and the Master Policy 9540426, or if any point is not covered herein, the terms and conditions of the Master Policy will govern in all cases.

Underwritten by National Union Fire Insurance Company of Pittsburgh, Pa.
Executive Offices: 70 Pine Street, New York, NY 10270

P. 5

## Description of Coverage

This Description of Coverage describes blanket accident insurance coverage provided to Insured Persons of the policyholder named above (herein called the Policyholder) when those persons incur an Injury while participating in Covered Activities. (except as Limited by the Exclusions.)

## Eligibility

The persons eligible for coverage under the above referenced blanket accident insurance policy (herein called the Policy) issued to the Policyholder are: customers of Sovereign Bank.

## Covered Activities

The Insured Person will be covered during the following activities:

1) While driving or riding as a passenger in a Motor Vehicle. Any Injury sustained must be due to a collision, wrecking, or explosion of such Motor Vehicle. Such collision, wrecking, or explosion must cause physical damage to the Motor Vehicle and leave it in a different condition than before the accident.

2) While standing or walking as a pedestrian on an open public street or highway. Any Injury sustained must be due to being struck by a Motor Vehicle while a pedestrian.

## Right to Examine

A Description of Coverage is issued to each Insured which can be returned to the Company for any reason within 30 days after it is received. Any premium paid will be refunded, and the coverage will be treated as if it were never effective.

## Insured's Effective and Termination Dates

**EFFECTIVE DATE.** Your coverage under the Policy begins on the latest of: (1) the Policy Effective Date; (2) the date for which the first premium for Your coverage is paid when due; (3) if individual enrollment is required, the date following the date Your enrollment is received by the Company; or, (4) the Coverage Effective Date specified in the Schedule of Benefits.

**TERMINATION DATE.** Your coverage under the Policy ends on the earliest of: (1) the date the Policy is terminated (2) the premium due date if premiums are not paid when due; (3) the date You request, in writing, that coverage be terminated; or (4) the date the Insured ceases to be a member of an eligible class under the master policy.

Termination of coverage will not affect a claim for a covered loss that occurred while Your coverage was in force under the Policy.

## Benefits

**ACCIDENTAL DEATH BENEFIT.** If an Insured Person suffers an Injury that results in death within 90 days of the date of the accident that caused the Injury, the Company will pay 100% of the Maximum Amount.

**PERMANENT TOTAL DISABILITY BENEFIT.** If, as a result of an Injury, the Insured is rendered Permanently Totally Disabled within 90 days of the accident that caused the Injury, the Company will pay 100% of the Maximum Amount at the end of 12 consecutive months of such Permanent Total Disability. This benefit is available up to age 70 only.

The Company reserves the right, at the end of the 12 consecutive months of Permanent Total Disability to determine, on the basis of all the facts and circumstances, that the Insured is Permanently Totally Disabled, including, but not limited to, requiring an independent medical examination provided at the expense of the Company.

Permanently Totally Disabled/Permanent Total Disability -

1. Means that the Insured has suffered a Permanent Total Loss of Use of:
   a. both hands or feet; or
   b. one hand and one foot; or
   c. sight in both eyes; or
   d. hearing in both ears; or
   e. the ability to speak;
2. the Insured is permanently unable to perform the material and substantial duties of any occupation for which he or she is qualified by reason of education, experience or training; and
3. the Insured is under the continuous care of a Physician unless the Insured has reached his or her maximum point of recovery.

Permanent Total Loss of Use - means complete, permanent and irreversible loss of functional, normal, or characteristic use of the specified body part(s). "Hand" means the loss of use at or above the knuckle of at least four fingers of the same hand or three fingers and the thumb of the same hand. "Foot" means the loss of use of the foot at or above the ankle joint. "Sight" means the remaining vision in both eyes must be no better than 20/200 using a corrective aid or device. "Hearing" means total deafness of both ears which cannot be corrected by any aid or device. "Ability to speak" means the total lack of capability to speak without the aid of mechanical devices

The final determination as to whether a loss is a Permanent Total Loss of Use will be made through use of the most current edition of the "Guides to the Evaluation of Permanent Impairment" published by the American Medical Association. (In the event the referenced guide ceases to be published, the Company will select another appropriate measurement of impairment values.) The determination must be made by a Physician. The Company has a right, at its own expense, to have the determination verified by a Physician of the Company's choice.

## Limitations

**LIMITATION ON BENEFIT PAYMENTS.** If an Insured Person suffers one or more losses from the same accident for which benefits are payable for that Insured Person under one or more Benefits provided by the Policy, the maximum amount payable for all benefits combined will not exceed the Per Accident Maximum Amount specified in the Benefit Schedule.

## Definitions

**IMMEDIATE FAMILY MEMBER**
- For the purpose of the definition of a Physician, it means a person who is related to the Insured Person in any of the following ways: spouse, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister), or child (includes legally adopted or stepchild).

**INJURY** – means bodily injury: (1) which is sustained as a direct result of an unintended, unanticipated accident that is external to the body and that occurs while the injured person's coverage under the Policy is in force; (2) which occurs while such person is participating in a Covered Activity; and (3) which directly (independent of sickness, disease, mental incapacity, bodily infirmity, or any other cause) causes a covered loss.

**INSURED** – means a person: (1) who is a member of an eligible class of persons as described in the Eligibility section of this Description of Coverage; (2) for whom premium has been paid when due; and (3) while covered under the Policy; and (4) who has enrolled for coverage under the Policy, if required.

**INSURED PERSON** – means an Insured.

**MOTOR VEHICLE** – means a motorized, pleasure, automobile-type vehicle or motorcycle, including a truck of three-quarter tons or less, which is not licensed to carry passengers for hire. Motor Vehicle does not include boats, All Terrain Vehicles, or snowmobiles.

**PHYSICIAN** – means a licensed practitioner of the healing arts acting within the scope of his or her license who is not: 1) You; 2) an Immediate Family Member; or 3) retained by the Policyholder.

**YOU, YOUR** – means the Insured.

## Claims

**NOTICE OF CLAIM.** Notice of claim must be given to the Company within 20 days after an Insured Person's loss, or as soon thereafter as reasonably possible. All claims should be reported to the Company at the following phone number or by writing to the following address:

American International Companies® 800-551-0824
Accident & Health Claims Division 302-761-3700
P.O. Box 15701
Wilmington, DE 19850-5701

The policy number and any applicable documentation and details describing the nature of the loss should be included with any notification of claim.

**CLAIM FORMS.** Upon receipt of notice of claim, the Company will provide You with the necessary claim forms for completion. If such forms are not sent within 15 days after the giving of notice, the claimant will be deemed to have met the proof of loss requirements upon submitting, within the time fixed in the Proofs of Loss provision, written proof covering the occurrence, the character and the extent of the loss for which claim is made. The proof of loss should include the Insured Person's name, the Policyholder's name and the Policy number.

**PROOF OF LOSS.** Written proof of loss must be furnished to the Company within 90 days after the date of the loss. If the loss is one for which the Policy requires continuing eligibility for periodic benefit payments, subsequent written proofs of eligibility must be furnished at such intervals as the Company may reasonably require. Failure to furnish proof within the time required neither invalidates nor reduces any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

**PAYMENT OF CLAIMS.** Claim payments, except death claims, will be made to the Insured Person (or on the Insured Person's behalf, if applicable) who suffered the loss. If the Insured Person dies before all payments due have been made, the amount still payable will be paid to the designated beneficiary. Death claims will be made to the designated beneficiary.

If any payee is a minor or is not competent to give a valid release for the payment, the payment will be made to the legal guardian of the payee's property.

If the payee has no legal guardian for his or her property, a payment not exceeding $1,000 may be made, at the Company's option, to any relative by blood or connection by marriage of the payee who, in the Company's opinion, has assumed the custody and support of the minor or responsibility for the incompetent person's affairs.

Any payment the Company makes in good faith fully discharges the Company's liability to the extent of the payment made.

An Insured over the age of majority and legally competent may change his or her beneficiary designation at any time, unless an irrevocable designation has been made, without the consent of the designated beneficiary(ies), by providing the Company with a written request for change. When the request is received, whether the insured is then living or not, the change of beneficiary will relate back to and take effect as of the date of execution of the written request, but without prejudice to the Company on account of any payment made by it prior to receipt of the request.

If there is no designated beneficiary or no designated beneficiary is living after the Insured's death, the benefits will be paid, in equal shares, to the survivors in the first surviving class of those that follow: the Insured's (1) spouse; (2) children;(3) parents; or (4) brothers and sisters. If no class has a survivor, the beneficiary is the Insured's estate.

**TIME OF PAYMENT OF CLAIMS.** Benefits payable under the Policy for any loss other than loss for which the Policy provides any periodic payment will be paid immediately upon the Company's receipt of due written proof of the loss. Subject to the Company's receipt of written proof of loss, all accrued benefits for loss for which the Policy provides periodic payment will be paid at the expiration of each month during the continuance of the period for which the Company is liable and any balance remaining unpaid upon termination of liability will be paid immediately upon receipt of such proof.

## General Provisions

**ENTIRE CONTRACT; CHANGES.** The Policy, the Master Application copy of which will be attached to the Policy at issue; the individual enrollment forms, if any, and any attached papers make up the entire contract between the Policyholder and the Company. In the absence of fraud, all statements made by the Policyholder or any Insured Person will be considered representations and not warranties. No written statement made by an Insured Person will be used in any contest unless a copy of the statement is furnished to the Insured Person or his or her beneficiary or personal representative.

No change in the Policy will be valid until approved by an officer of the Company. The approval must be noted on or attached to the Policy. No agent may change the Policy or waive any of its provisions.

**INCONTESTABILITY.** After an Insured Person has been insured under the Polic for two year(s) during his or her lifetime, no statement made by the Insure Person, except a fraudulent one, will be used to contest a claim under th Policy. The Company may only contest coverage if the mis-statement is mad in a written instrument signed by the Insured Person and a copy is given t the Policyholder, the Insured Person or the beneficiary.

**PHYSICAL EXAMINATION AND AUTOPSY.** The Company at its own expense ha the right and opportunity to examine the person of any individual whose loss i the basis of claim under the Policy when and as often as it may reasonabl require during the pendency of the claim and to make an autopsy in case o death where it is not forbidden by law.

**LEGAL ACTIONS.** No action at law or in equity may be brought to recover on th Policy prior to the expiration of 60 days after written proof of loss has bee furnished in accordance with the requirements of the Policy. No such actio may be brought after the expiration of 3 years after the time written proof o loss is required to be furnished.

**WORKERS' COMPENSATION.** The Policy is not in lieu of and does not affect an requirements for coverage by any Workers' Compensation Act or similar law.

**ASSIGNMENT.** An Insured may assign all of his or her rights, privileges, an benefits under the Policy without the consent of his or her designate beneficiary, unless an irrevocable designation has been made. The Compan is not bound by an assignment until the Company receives and files a signe copy. The Company is not responsible for the validity of assignments. Th assignee only takes such rights as the assignor possessed and such right are subject to state and federal laws and the terms of the Policy.

P7

## ;eneral Exclusions

o coverage shall be provided under the Policy and no payment shall be ade for any loss resulting in whole or in part from, or contributed to by, or as natural and probable consequence of any of the following excluded risks.

) suicide or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury or autoeroticism;

) sickness, or disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from any of these;

) the Insured Person's commission of or attempt to commit a felony;

) infections of any kind regardless of how contracted, except bacterial infections that are directly caused by botulism, ptomaine poisoning or an accidental cut or wound independent and in the absence of any underlying sickness, disease or condition, including but not limited to diabetes;

) declared or undeclared war, or any act of declared or undeclared war, except if specifically provided by the Policy;

) participation in any team sport or any other athletic activity;

) full-time active duty in the armed forces, National Guard or organized reserve corps of any country or international authority. (Unearned premium for any period for which the Insured Person is not covered due to his or her active duty status will be refunded) (Loss caused while on short-term National Guard or reserve duty for regularly scheduled training purposes is not excluded).

) travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the Insured Person is:
   a. riding as a passenger in any aircraft not intended or licensed for the transportation of passengers; or
   b. performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft; or
   c. riding as a passenger in an aircraft owned, leased or operated by the Policyholder or the Insured Person's employer;

) the Insured Person being under the influence of intoxicants;

0) the Insured Person being under the influence of drugs unless taken under the advice of and as specified by a Physician;

1) the medical or surgical treatment of sickness, disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from the treatment;

2) stroke or cerebrovascular accident or event; cardiovascular accident or event; myocardial infarction or heart attack; coronary thrombosis; aneurysm;

3) any condition for which the Insured Person is entitled to benefits under any Workers' Compensation Act or similar law;

4) the Insured Person riding in or driving any type of Motor Vehicle as part of a speed contest or scheduled race, including testing such vehicle on a track, speedway or proving ground; or

5) any loss incurred while outside the United States, its Territories, or Canada.

EXHIBIT 9
PAGE 8

**AIG** **American International Companies®**

Program Administrative Office
PO Box 44130
Jacksonville, FL 32231-4130

**IMPORTANT INFORMATION**
Policy No[redacted]
Form of Billing: Checking Account
Billing Amount: $9.95
Billing Mode: Monthly
Customer Service: 1-800-781-8379
Hours:
Mon – Fri. 7 a.m. - 10 p.m. eastern time
Sat. 7 a.m. - 3 p.m. eastern time

[redacted]
North Smithfield, RI 02896-9577

Dear James P. Laplante,

Congratulations and welcome to the American International Companies® customer family! We're delighted to enclose your new Accident Insurance Protector Plan Description of Coverage. Please take a few moments to look over your Description of Coverage (DOC) and information page located within the DOC. If your name and coverage amounts are not correct, please let us know immediately so that we can make the necessary changes.

You made a smart decision when you enrolled for this coverage. Motor vehicle accidents are a leading cause of death and injury in the United States and in fact, cause more than 50% of all accidental deaths.* In today's world we're all at risk, whether we're driving or riding in our cars or just walking on the street! By choosing this coverage you've taken a very important step to help protect yourself and your loved ones against the financial impact that can occur if you're injured or die as a result of an auto or pedestrian accident.

**Your insurance benefits: A summary.**

*You don't pay a cent for the first 60 days compliments of Sovereign Bank!* Unless you call to cancel the coverage during the initial 60 day no-cost period, your premium of $9.95 will be automatically deducted from your checking account each month.

*You're provided with valuable benefits for all covered motor vehicle and pedestrian accidents!* Your plan pays benefits if you are injured or die as a result of a motor vehicle or pedestrian/motor vehicle accident occurring on the street or highway *anywhere* in the U.S., the U.S. Territories, or Canada.

*Your coverage is already in effect!* Your coverage became effective on the effective date shown in the information page of the DOC.

* National Safety Council, *Injury Facts, 2001.*

*(over, please)*

Exhibit 8
pg

**$1,000,000 EXCESS ACCIDENT MEDICAL EXPENSE BENEFIT.** This benefit is payable if you incur medical expenses as a result of a covered accident that are not covered by any other insurance. This benefit pays up to $1,000,000 for each covered accident subject to the $50,000 out-of-pocket deductible.

**$100,000 LUMP SUM HOSPITAL BENEFIT.** This is payable if you are hospitalized for more than 60 consecutive days for injuries that resulted from a covered accident. This benefit pays one lump sum of $100,000 regardless of any other insurance you may have.

**$100,000 FAMILY LEAVE BENEFIT.** This benefit is payable if you're injured as a result of a covered accident and your spouse (or other adult immediate family member) has to take an unpaid leave of absence or resigns from his or her full-time job to help care for you. This benefit pays 50% of the caregiver's regular salary, up to $8,333.33 a month, for up to 12 full months.

**$10,000 ACCIDENTAL DEATH BENEFIT.** This benefit is payable if you die from injuries resulting from a covered accident. This benefit pays $10,000 in cash to your beneficiary to help pay final expenses to assist your family through this difficult time.

*Your enclosed Description of Coverage sets out the complete details of these benefits, the limitations and applicable exclusions.

*Premium payments are easy!* You don't have to worry about missing a premium payment to keep this coverage in force. After your 60- day bonus period, your monthly premium of $9.95 will be deducted from your Sovereign Bank checking account. Unless you tell us otherwise, there are no insurance bills coming to your home or extra checks to write each month.

*We'll be here when you need us.* National Union Fire Insurance Company of Pittsburgh, Pa., a member of American International Companies*, and the underwriter of the Accident Insurance Protector Plan, has earned the highest rating, A++ (Superior), from A.M. Best Co.; the nation's leading independent insurance industry analyst, for operating performance and financial strength. Should the time come to file a claim, just call us and we'll assist you through every step.

**You can count on American International Companies***

If you have any questions about your new insurance coverage or your premium billing, our experienced Customer Service Representatives are just a phone call away. The call is free; the service is free. They will be happy to help you in any way they can. In the meantime, congratulations once again for choosing the Accident Insurance Protector Plan. We appreciate the opportunity to provide you with this valuable coverage, and we look forward to serving you.

Sincerely,

Jonathan Yee

Jonathan Yee
Senior Vice President of Consumer Marketing
Domestic Accident & Health

This Accident Insurance Coverage is underwritten by National Union Fire Insurance Company of Pittsburgh, Pa., with its principal place of business in New York, NY. Insurance products are NOT insured by F.D.I.C., are not deposits or any other government agency, are not deposits of other obligations of any bank, and are not guaranteed by any bank.

0207.023 Plan 1A

Exhibit 8 page 18

# BLANKET ACCIDENT INSURANCE FOR SOVEREIGN BANK

## POLICY NUMBER: [redacted]

## DESCRIPTION OF COVERAGE

AIG American International Companies

Insurance Provided by Members of American International Group, Inc.

National Union Fire Insurance Company of Pittsburgh, Pa.

Executive Offices: 70 Pine Street, New York, NY 10270

(herein referred to as the Company)

PLEASE READ THIS DESCRIPTION OF COVERAGE CAREFULLY

The Policy, described by this Description of Coverage, provides ACCIDENT-ONLY coverage.
It does NOT provide basic hospital, basic medical, major medical or sickness coverage.

The Policy provides limited benefits which are supplemental and are not intended to cover all medical expenses.
The Policy does not provide automobile liability insurance coverage.

# Information Page

## Schedule of Benefits

Policyholder: Sovereign Bank

Master Policy Number: [redacted]

Insured's Name: James P. Laplante

Coverage: Individual Coverage

Coverage Effective Date: 01/01/2003

The Maximum Amounts are used to determine amounts payable under each Benefit. Actual amounts payable will not exceed the maximums, and may be less than the maximums under circumstances specified in this Description of Coverage.

## Cost of Coverage

Monthly Premiums: $9.95

## Benefit Schedule

| Benefits | Maximum Amount |
|---|---|
| | Class I Insured |
| Accidental Death | $10,000* |
| Accidental Medical Expense Benefit | $1,000,000* |
| Deductible per accident | $50,000 |
| Family Leave Benefit | |
| Benefit Percentage | 50% |
| Maximum Monthly Benefit | $8,333.33* |
| Maximum Number of Months | 12 |
| In-Hospital Indemnity | |
| Single Payment Benefit | $100,000* |
| Per Accident Maximum Amount | $1,000,000* |

*The Maximum Amount Payable specified above for an Insured Person who is age 70 or older on the date of an accident for which benefits are payable will be reduced by 50%.

**IMPORTANT**

This is a brief description of the coverage available under policy series C11695DBG.

*If any conflict should arise between the contents of this Description of Coverage and the Master Policy 9540426, or if any point is not covered herein, the terms and conditions of the Master Policy will govern in all cases.*

Underwritten by National Union Fire Insurance Company of Pittsburgh, Pa.
Executive Offices: 70 Pine Street, New York, NY 10270

## Description of Coverage

This Description of Coverage describes blanket accident insurance coverage provided to Insured Persons of the policyholder named above (herein called the Policyholder) when those persons incur an Injury while participating in Covered Activities. (except *as Limited by the Exclusions.)*

## Eligibility

The persons eligible for coverage under the above referenced blanket accident insurance policy (herein called the Policy) issued to the Policyholder are: customers of Sovereign Bank.

## Covered Activities

The Insured Person will be covered during the following activities: 1) While driving or riding as a passenger in a Motor Vehicle. Any Injury sustained must be due to a collision, wrecking, or explosion of such Motor Vehicle. Such collision, wrecking, or explosion must cause physical damage to the Motor Vehicle and leave it in a different condition than before the accident. 2) While standing or walking as a pedestrian on an open public street or highway. Any Injury sustained must be due to being struck by a Motor Vehicle while a pedestrian.

## Right to Examine

A Description of Coverage is issued to each Insured which can be returned to the Company for any reason within 60 days after it is received. Any premium paid will be refunded, and the coverage will be treated as if it were never effective.

## Insured's Effective and Termination Dates

**EFFECTIVE DATE.** Your coverage under the Policy begins on the latest of: (1) the Policy Effective Date; (2) the date for which the first premium for Your coverage is paid when due; (3) If individual enrollment is required, the date following the date Your enrollment is received by the Company; or, (4) the Coverage Effective Date specified in the Schedule of Benefits.

**TERMINATION DATE.** Your coverage under the Policy ends on the earliest of:(1) the date the Policy is terminated (2) the premium due date if premiums are not paid when due; (3) the date You request, in writing, that coverage be terminated; or (4) the date the Insured ceases to be a member of an eligible class under the master policy.

Termination of coverage will not affect a claim for a covered loss that occurred while Your coverage was in force under the Policy.

## Benefits

**ACCIDENTAL DEATH BENEFIT.** If an Insured Person suffers an injury that results in death within 90 days of the date of the accident that caused the Injury, the Company will pay 100% of the Maximum Amount.

**ACCIDENT MEDICAL EXPENSE BENEFIT.** Subject to the Limitation Due to Multiple Insurance Coverage, listed in the Limitations Section, If an Insured Person suffers an Injury that, within 30 days of the date of the accident that caused the Injury, requires the Insured Person to be treated by a Physician, the Company will pay the Usual and Customary Charges incurred for Medically Necessary Covered Accident Medical Services received due to that Injury, up to the Maximum Amount for all Injuries caused by the same accident. This benefit is payable only for such charges incurred after the deductible specified in the Benefit Schedule has been met and within 52 weeks after the date of the accident causing the Injury.

**FAMILY LEAVE BENEFIT.** If an Insured Person is Disabled due to an Injury within 90 days of the date of the accident that caused the Injury, and if the Disability due to that Injury continues for a period of 30 consecutive days such that an Immediate Family Member takes a leave of absence or resigns from his or her Full-Time Employment to care for the Insured Person, the

## Benefits (cont'd)

Company will pay a monthly benefit. The amount of the monthly benefit will be determined by multiplying 1/12th of the Annual Earnings of that Immediate Family Member by the Benefit Percentage shown for the Family Leave Benefit in the Benefit Schedule, up to the Maximum Monthly Benefit specified for the Family Leave Benefit in the Benefit Schedule. The benefit is payable monthly as long as the Insured Person remains continuously Disabled due to that Injury, but ceases on the earliest of: (1) the date the Insured Person ceases to be Disabled due to that Injury; (2) the date the Insured Person dies; (3) the date the Immediate Family Member ceases to spend 30 hours per week to provide Continuous Care to the Disabled Insured Person for any reason; (4) the date the Immediate Family Member returns to Full-Time Employment; or (5) the date the benefit has been paid for the Maximum Number of Months specified for the Family Leave Benefit in the Benefit Schedule. The Company will pay benefits calculated at a rate of 1/30th of the monthly benefit for each day for which the Company is liable when the Insured Person is Disabled for less than a full month. Only one benefit is provided for any one month of Disability, regardless of the number of Injuries causing the Disability.

**IN-HOSPITAL INDEMNITY SINGLE PAYMENT BENEFIT.** If an Insured Person suffers an Injury that, within 90 days of the date of the accident that caused the Injury, requires him or her to be confined in a Hospital as an Inpatient, the Company will pay a benefit after 60 consecutive Day(s) of Confinement due to that Injury. No benefit is provided if the Insured Person is confined for less than 60 consecutive Medically Necessary Days of Confinement. The amount of the benefit is equal to 100% of the Single Payment Maximum Amount shown for the In-Hospital Indemnity Single Payment Benefit in the Benefit Schedule. Only one benefit is provided for any one accident per Insured Person regardless of the number of Injuries for which the confinement is required or the number of times the Insured Person must be confined due to Injuries resulting from the same accident.

## Limitations

**LIMITATION ON BENEFIT PAYMENTS.** If an Insured Person suffers one or more losses from the same accident for which benefits are payable for that Insured Person under one or more Benefits provided by the Policy, the maximum amount payable for all benefits combined will not exceed the Per Accident Maximum Amount specified in the Benefit Schedule.

**LIMITATION DUE TO MULTIPLE INSURANCE COVERAGE.** If an Insured Person suffers one or more losses from the same accident for which amounts are payable under the Accident Medical Expense Benefit of the Policy (herein referred to as This Plan) and the Insured Person has healthcare coverage under one or more other Plans, This Plan is an excess plan for Accident Medical Expense Benefits. The benefits of This Plan for any Allowable Expenses under This Plan will be reduced when the sum of: (1). the amount, if any, of the Accident Medical Expense Benefit Deductible (the Deductible) that would be applied to those Allowable Expenses under This Plan in absence of this provision; and (2). the benefits that would be payable for those Allowable Expenses under This Plan in the absence of this provision; and (3). the benefits that would be payable for those Allowable Expenses under the other Plans in the absence of provisions with a purpose like that of a coordination or excess benefits provision, whether or not claim is made; exceeds the amount of those Allowable Expenses. In that case, first This Plan's benefits, and next (if necessary) the applied amount of this Plan's Deductible, will be reduced so that This Plan's benefits and applied Deductible amount and the other Plans' benefits do not total more than the amount of those Allowable Expenses.

## Definitions

**ALLOWABLE EXPENSE** - as used in the Limitation Due to Multiple Insurance Coverage provision, means a necessary, reasonable and customary item of expense for health care when the item of expense is covered at least in part by the Policy and is covered at least in part by one or more other Plans covering the Insured Person. When a Plan provides benefits in the form of services, the reasonable cash value of each service rendered is both an Allowable Expense and a benefit paid, if the reasonable cash value had been charged as the cost for the service and such expense would have been covered at least in part by the Policy.

**AMBULATORY MEDICAL CENTER** - means a licensed facility providing ambulatory, surgical, or medical treatment, other than a Hospital, clinic or Physician's office

**ANNUAL EARNINGS** - means base annual salary for the last 12 months of employment immediately preceding resignation or leave of absence to provide Continuous Care for an Insured Person exclusive of overtime, bonuses, tips, commissions and special compensation.

**CONTINUOUS CARE** - means activities related to the physical life, health and safety of the Disabled Insured Person which may include, but are not limited to: assisting with (1) bathing; (2) dressing (3) toileting; (4) transferring (moving in and out of bed, chair or wheelchair); (5) eating; (6) preparation of meals and (7) transportation to and from doctor appointments.

**COVERED ACCIDENT MEDICAL SERVICE(S)** - means any of the following services:

1. Hospital semi-private room and board (or room and board in an intensive care unit; Hospital ancillary services (including, but not limited to, use of the operating room or emergency room); use of an Ambulatory Medical Center;
2. services of a Physician or a registered nurse (R.N.);
3. ambulance service to or from a Hospital;
4. laboratory tests;
5. radiological procedures;
6. anesthetics and the administration of anesthetics;
7. blood, blood products, and artificial blood products, and the transfusion thereof;
8. physical therapy and occupational therapy;
9. rental of Durable Medical Equipment;
10. artificial limbs, artificial eyes, or other prosthetic appliances; or
11. medicines or drugs administered by a Physician or that can be obtained only with a Physician's written prescription.

**DAYS OF CONFINEMENT / CONFINEMENT** - means a day of Hospital confinement as an Inpatient.

**DEDUCTIBLE** - means the amount of Usual and Customary Charges for Medically Necessary Covered Accident Medical Services that must be incurred by the Insured Person due to Injuries resulting from an accident before Accident Medical Expense benefits become payable due to Injuries resulting from that accident. The amount of the Deductible is the Deductible Amount shown in the Benefit Schedule. Accident Medical Expense benefits are not payable for charges applied to the Deductible.

**DISABLED/DISABILITY** - means that the Insured Person: (1) is unable to perform the material and substantial duties of any occupation for which he or she is qualified by reason of education, experience or training; (2) requires the Continuous Care of the Immediate Family Member; and (3) requires the continuous care of a Physician unless the Insured Person has reached his or her maximum point of recovery.

**DURABLE MEDICAL EQUIPMENT** - refers to equipment of a type that is designed primarily for use, and used primarily, by people who are injured (for example, a wheelchair or a hospital bed). It does not include items commonly used by people who are not injured, even if the items can be used in the treatment of Injury or can be used for rehabilitation or improvement of health (for example, a stationary bicycle or a spa).

**FULL-TIME EMPLOYMENT** - means actively working, for wage or profit, for one employer for at least 30 hours per week.

**HOSPITAL**
- For the purposes of the Accident Medical Expense Benefit means a facility which: (1) is operated according to law for the care and treatment of injured people; (2) has organized facilities for diagnosis and surgery on its premises or in facilities available to it on a prearranged basis; (3) has 24 hour nursing service by registered nurses (R.N.'s); and (4) is supervised by one or more Physicians. A Hospital does not include: (1) a nursing, convalescent or geriatric unit of a hospital when a patient is confined mainly to receive nursing care; or (2) a facility that is, other than incidentally, a rest home, nursing home, convalescent home or home for the aged; nor does it include any ward room, wing, or other section of the hospital that is used for such purposes or (3) any military or veterans hospital or soldiers home or

## Definitions (cont'd)

any hospital contracted for or operated by any national government or government agency for the treatment of members or ex-members of the armed forces.

- For the purposes of the In-Hospital Indemnity Single Payment Benefit means a facility which: (1) is operated according to law for the care and treatment o injured and sick people; (2) has organized facilities for diagnosis and surgery o its premises or in facilities available to it on a prearranged basis; (3) has 24 hou nursing service by registered nurses (R.N.'s); and (4) is supervised by one o more Physicians. A Hospital does not include: (1) a nursing, convalescent o geriatric unit of a hospital when a patient is confined mainly to receive nursin care; or (2) a facility which is, other than incidentally, a rest home, nursin home, convalescent home or home for the aged; nor does it include any war room, wing, or other section of the hospital that is used for such purposes.

**IMMEDIATE FAMILY MEMBER**
- For the purpose of the definition of a Physician, it means a person who i related to the Insured Person in any of the following ways: spouse brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law father-in-law, parent (includes stepparent), brother or sister (include stepbrother or stepsister), or child (includes legally adopted or stepchild).

- For the purposes of the Family Leave benefit, means the Insured Person' spouse, mother, father, sibling or children who are at least 18 years of age, an who: (1) worked full-time during the 365 day period immediately prior to the tim such immediate family member took a leave of absence or resigned to care fo the Disabled Insured Person; (2) worked for at least 12 consecutive month prior to the date of the accident which caused the Insured Person to b Disabled; (3) took a leave of absence or resigned from his or her Full-Tim Employment within 90 days of the date of the Insured Person's accident tha caused the Injury; and (4) spends at least 30 hours per week to provid Continuous Care for the Disabled Insured Person.

**INJURY** - means bodily injury: (1) which is sustained as a direct result of a unintended, unanticipated accident that is external to the body and that occur while the injured person's coverage under the Policy is in force; (2) which occur while such person is participating in a Covered Activity; and (3) which directl (independent of sickness, disease, mental incapacity, bodily infirmity, or an other cause) causes a covered loss.

**INPATIENT** - means a person: (1) who is confined in a Hospital as a registere bed patient; and (2) for whom at least one day's room and board is charged b the Hospital unless the Insured Person is confined as an Inpatient in an military, veterans or other government supported or sponsored Hospital fo which a charge for room and board is not made.

**INSURED** - means a person: (1) who is a member of an eligible class of person as described in the Eligibility section of this Description of Coverage; (2) fo whom premium has been paid when due; and (3) while covered under th Policy; and (4) who has enrolled for coverage under the Policy, if required.

**INSURED PERSON** - means an Insured.

**MEDICALLY NECESSARY**
- For the purpose of the Accident Medical Expense Benefit, it means that a Covered Accident Medical Service is: (1) essential for diagnosis, treatment o care of the Injury for which it is prescribed or performed; (2) meets generall accepted standards of medical practice; and (3) is ordered by a Physician an performed under his or her care supervision or order.

- For the purpose of the Confinement as an In-patient in a Hospital: (1) essentia for the diagnosis, treatment and care of the Injury; (2) in accordance wit generally accepted standards of medical practice; and (3) ordered by a Physician.

**MOTOR VEHICLE** - means, a motorized pleasure automobile-type vehicle o motorcycle, including a truck of three-quarter tons or less, which is not license to carry passengers for hire. Motor Vehicle does not include boats, All Terrai Vehicles, or snowmobiles.

**PHYSICIAN** - means a licensed practitioner of the healing arts acting within th scope of his or her license who is not: 1) You; 2) an Immediate Family Member or 3) retained by the Policyholder.

**PLAN** - as used in the Limitation Due to Multiple Insurance Coverage provision means any of the following group, group-type (such as, but not limited to franchise or blanket), family or individual coverages which provide benefits o services for, or because of, health care: (1) insurance policies; (2) subscribe contracts; (3) uninsured arrangements; (4) coverage through healt maintenance organizations and other prepayment, group practice and individua practice plans; (5) medical benefits coverage in automobile "no-fault" an traditional automobile "fault" type contracts; and (6) coverage under a

EX 8 p 14

## Definitions (cont'd)

governmental plan or coverage required or provided by law; but not including: (a) a state plan under Medicaid (Title XIX, Grants to States for Medical Assistance Programs, of the United States Social Security Act, as amended from time to time); or (b) a plan or law when, by law, its benefits are in excess of those of any private insurance plan or other non-governmental plan.

**Usual and Customary Charge(s)** - means a charge that: (1) is made for a Covered Accident Medical Service; (2) does not exceed the usual level of charges for similar treatment, services or supplies in the locality where the expense is incurred (for a Hospital room and board charge, other than for a Medically Necessary stay in an intensive care unit, does not exceed the Hospital's most common charge for semi-private room and board); and (3) does not include charges that would not have been made if no insurance existed.

**You, Your** - means the Insured.

## Claims

**Notice of Claim.** Notice of claim must be given to the Company within 20 days after an Insured Person's loss, or as soon thereafter as reasonably possible. All claims should be reported to the Company at the following phone number or by writing to the following address:

American International Companies® 800-551-0824
Accident & Health Claims Division 302-761-3700
P.O. Box 15701
Wilmington, DE 19850-5701

The policy number and any applicable documentation and details describing the nature of the loss should be included with any notification of claim.

**Claim Forms.** Upon receipt of notice of claim, the Company will provide You with the necessary claim forms for completion. If such forms are not sent within 15 days after the giving of notice, the claimant will be deemed to have met the proof of loss requirements upon submitting, within the time fixed in the Proofs of Loss provision, written proof covering the occurrence, the character and the extent of the loss for which claim is made. The proof of loss should include the Insured Person's name, the Policyholder's name and the Policy number.

**Proof of Loss.** Written proof of loss must be furnished to the Company within 90 days after the date of the loss. If the loss is one for which the Policy requires continuing eligibility for periodic benefit payments, subsequent written proofs of eligibility must be furnished at such intervals as the Company may reasonably require. Failure to furnish proof within the time required neither invalidates nor reduces any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required.

**Payment of Claims.** Claim payments, except death claims, will be made to the Insured Person (or on the Insured Person's behalf, if applicable) who suffered the loss. If the Insured Person dies before all payments due have been made, the amount still payable will be paid to the designated beneficiary. Death claims will be made to the designated beneficiary.

If any payee is a minor or is not competent to give a valid release for the payment, the payment will be made to the legal guardian of the payee's property. If the payee has no legal guardian for his or her property, a payment not exceeding $1,000 may be made, at the Company's option, to any relative by blood or connection by marriage of the payee who, in the Company's opinion, has assumed the custody and support of the minor or responsibility for the incompetent person's affairs.

## Claims (cont'd)

Any payment the Company makes in good faith fully discharges the Company's liability to the extent of the payment made.

An Insured over the age of majority and legally competent may change his or her beneficiary designation at any time, unless an irrevocable designation has been made, without the consent of the designated beneficiary(ies), by

providing the Company with a written request for change. When the request is received, whether the Insured is then living or not, the change of beneficiary will relate back to and take effect as of the date of execution of the written request, but without prejudice to the Company on account of any payment made by it prior to receipt of the request.

If there is no designated beneficiary or no designated beneficiary is living after the Insured's death, the benefits will be paid, in equal shares, to the survivors in the first surviving class of those that follow: the Insured's (1) spouse; (2) children; (3) parents; or (4) brothers and sisters. If no class has a survivor, the beneficiary is the Insured's estate.

**Time of Payment of Claims.** Benefits payable under the Policy for any loss other than loss for which the Policy provides any periodic payment will be paid immediately upon the Company's receipt of due written proof of the loss. Subject to the Company's receipt of written proof of loss, all accrued benefits for loss for which the Policy provides periodic payment will be paid at the expiration of each month during the continuance of the period for which the Company is liable and any balance remaining unpaid upon termination of liability will be paid immediately upon receipt of such proof.

## General Provisions

**Entire Contract; Changes.** The Policy, the Master Application copy of which will be attached to the Policy at issue; the individual enrollment forms, if any, and any attached papers make up the entire contract between the Policyholder and the Company. In the absence of fraud, all statements made by the Policyholder or any Insured Person will be considered representations and not warranties. No written statement made by an Insured Person will be used in any contest unless a copy of the statement is furnished to the Insured Person or his or her beneficiary or personal representative.

No change in the Policy will be valid until approved by an officer of the Company. The approval must be noted on or attached to the Policy. No agent may change the Policy or waive any of its provisions.

**Incontestability.** After an Insured Person has been insured under the Policy for two year(s) during his or her lifetime, no statement made by the Insured Person, except a fraudulent one, will be used to contest a claim under the Policy. The Company may only contest coverage if the mis-statement is made in a written instrument signed by the Insured Person and a copy is given to the Policyholder, the Insured Person or the beneficiary.

**Physical Examination and Autopsy.** The Company at its own expense has the right and opportunity to examine the person of any individual whose loss is the basis of claim under the Policy when and as often as it may reasonably require during the pendency of the claim and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions.** No action at law or in equity may be brought to recover on the Policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of the Policy. No such action may be brought after the expiration of 3 years after the time written proof of loss is required to be furnished.

**Workers' Compensation.** The Policy is not in lieu of and does not affect any requirements for coverage by any Workers' Compensation Act or similar law.

Ex 8 p 15

## General Provisions (cont'd)

ASSIGNMENT. An Insured may assign all of his or her rights, privileges, and benefits under the Policy without the consent of his or her designated beneficiary, unless an irrevocable designation has been made. The Company is not bound by an assignment until the Company receives and files a signed copy. The Company is not responsible for the validity of assignments. The assignee only takes such rights as the assignor possessed and such rights are subject to state and federal laws and the terms of the Policy.

## General Exclusions

No coverage shall be provided under the Policy and no payment shall be made for any loss resulting in whole or in part from, or contributed to by, or as a natural and probable consequence of any of the following excluded risks.

(1.) suicide or any attempt at suicide or intentionally self-inflicted injury or any attempt at intentionally self-inflicted injury or autoeroticism;

(2.) sickness, or disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from any of these;

(3.) the Insured Person's commission of or attempt to commit a felony;

(4.) infections of any kind regardless of how contracted, except bacterial infections that are directly caused by botulism, ptomaine poisoning or an accidental cut or wound independent and in the absence of any underlying sickness, disease or condition, including but not limited to diabetes;

(5.) declared or undeclared war, or any act of declared or undeclared war, except if specifically provided by the Policy;

(6.) participation in any team sport or any other athletic activity;

(7.) full-time active duty in the armed forces, National Guard or organized reserve corps of any country or international authority. (Unearned premium for any period for which the Insured Person is not covered due to his or her active duty status will be refunded) (Loss caused while on short-term National Guard or reserve duty for regularly scheduled training purposes is not excluded).

(8.) travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the Insured Person is:

   a. riding as a passenger in any aircraft not intended or licensed for the transportation of passengers; or
   b. performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft; or
   c. riding as a passenger in an aircraft owned, leased or operated by the Policyholder or the Insured Person's employer;

(9.) the Insured Person being under the influence of intoxicants;

(10.) the Insured Person being under the influence of drugs unless taken under the advice of and as specified by a Physician;

(11.) the medical or surgical treatment of sickness, disease, mental incapacity or bodily infirmity whether the loss results directly or indirectly from the treatment;

(12.) stroke or cerebrovascular accident or event; cardiovascular accident or event; myocardial infarction or heart attack; coronary thrombosis; aneurysm;

(13.) any condition for which the Insured Person is entitled to benefits under any Workers' Compensation Act or similar law;

(14.) the Insured Person riding in or driving any type of Motor Vehicle as part of a speed contest or scheduled race, including testing such vehicle on a track, speedway or proving ground; or

(15.) any loss incurred while outside the United States, its Territories or Canada.

## Accident Medical Expense Exclusions

In addition to the General Exclusions, Accident Medical Expense benefits are not payable for, and Usual and Customary Charges for Covered Accident Medical Service do not include, and benefits are not payable with respect to, any expense for or resulting from any of the following:

(1) repair or replacement of existing artificial limbs, artificial eyes, or other prosthetic appliances or rental of existing Durable Medical Equipment unless for the purpose of modifying the item because Injury has caused further impairment in the underlying bodily condition;

(2) new or repair or replacement of dentures, bridges, dental implants, dental bands or braces or other dental appliances, crowns, caps, inlays or onlays, fillings, or any treatment of the teeth or gums;

(3) new hearing aids or hearing examinations unless Injury has caused impairment of hearing; or repair or replacement of existing hearing aids unless for the purpose of modifying the item because Injury has caused further impairment of hearing;

(4) new eye glasses or contact lenses or eye examinations related to the correction of vision or related to the fitting of glasses or contact lenses, unless Injury has caused impairment of sight; or repair or replacement of existing eyeglasses or contact lenses unless for the purpose of modifying the item because Injury has caused further impairment of sight;

(5) rental of Durable Medical Equipment where the total rental expense exceeds the usual purchase expense for similar equipment in the locality where the expense is incurred (but if, in the Company's sole judgment, Accident Medical Expense benefits for rental of Durable Medical Equipment are expected to exceed the usual purchase expense for similar equipment in the locality where the expense is incurred, the Company may, but is not required to, choose to consider such purchase as a Usual and Customary Covered Accident Medical Expense in lieu of such rental expense); or

(6) personal comfort or convenience items, such as but not limited to Hospital telephone charges, television rental, or guest meals.