Ex Hibit 33
3/31/03 Beacon Letter PAge Redacted 10-15-07
Formerly EX 32

OneBeacon
INSURANCE

March 31, 2003

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

James LaPlante
[redacted]
Quechee, VT 05059

**RE: Subject: James LaPlante and Joseph LaPlante**
**Policy No.:** [redacted]
**Claim No.: 0B6-00908Z**

Dear Mr. LaPlante:

This letter responds to your request for coverage under your Personal Auto Policy in the above-referenced claim. As discussed below, CU York may be obligated to pay UM benefits to you and your father, Joseph LaPlante, under the terms of your Personal Auto Policy. CU York will investigate this claim under a reservation of rights as set forth below.

This claim arises out the following circumstances. On 2/23/03, you were driving, and your father was a passenger in, your pickup truck in Rhode Island, when the truck was forced off of the road by another car that pulled in front of it. No physical contact was made by the other car, but your truck hit a pole, causing extensive damage to the truck and trapping both you and your father inside. You were both taken to Rhode Island Hospital after being removed from the truck by the "jaws of life."

Policy No. [redacted] was issued to you for the policy period of 08/29/02-08/29/03. It includes Form G13007 09 95, which provides, in relevant part, that

**PERSONAL AUTO POLICY (PP 00 01 06 94)**

**DEFINITIONS**
D. **"Bodily injury"** means bodily harm, sickness or disease, including death that results.
**"Family member"** means a person related to you by blood, marriage or adoption who is a resident of your household.
G. **"Occupying"** means in, upon, getting in, on, out or off.
H. **"Property damage"** means physical injury to, destruction of, or loss of use of tangible property.
J. **"Your covered auto"** means:
1. Any vehicle shown in the Declarations.

**PART D - COVERAGE FOR DAMAGE TO YOUR AUTO**
**INSURING AGREEMENT**

OneBeacon Insurance Group P.O. Box 712 Foxborough, MA 02035-0712
t 866.370.2315 f 888.416.1165 www.onebeacon.com

A. We will pay for direct and accidental loss to **"your covered auto"** or any **"non-owned auto"**, including their equipment, minus any applicable deductible shown in the Declarations. If loss to more than one **"your covered auto"** or **"non-owned auto"** results from the same **"collision"**, only the highest applicable deductible will apply. We will pay for loss to **"your covered auto"** caused by:
   1. Other than **"collision"** only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.
   2. **"Collision"** only if the Declarations indicate that Collision Coverage is provided for that auto.

   If there is a loss to a **"non-owned auto"**, we will provide the broadest coverage applicable to any **"your covered auto"** shown in the Declarations.

B. **"Collision"** means the upset of **"your covered auto"** or a **"non-owned auto"** or their impact with another vehicle or object.

Policy No. [redacted] includes an Underinsured Motorists Coverage Endorsement (G13156 03 02), which provides, in relevant part, that

**Uninsured Motorists Coverage – Vermont**
G13156 03 02

**I. PART C – UNINSURED MOTORISTS COVERAGE**
Part C is replaced by the following:

**INSURING AGREEMENT**

A. We will pay compensatory damages which an **"insured"** is legally entitled to recover from the owner or operator of any **"uninsured motor vehicle"** because of:
   1. **"Bodily injury"** sustained by an "insured" and caused by an accident; and
   2. **"Property damage"** caused by an accident.

   The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **"uninsured motor vehicle"**.

B. **"Insured"** as used in this endorsement means:
   1. You or any **"family member"**.
   2. Any other person **"occupying"** **"your covered auto"**.
   3. Any person for damages that person is entitled to recover because of **"bodily injury"** to which this coverage applies sustained by a person described in **1.** or **2.** above.

C. **"Property damage"** as used in this endorsement means injury to or destruction of the property of an **"insured"**.

D. **"Uninsured motor vehicle"** means a land motor vehicle or trailer of any type:
   3. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:
      a. You or a **"family member"**;
      b. A vehicle which you or a **"family member"** are **"occupying"**;
      c. **"Your covered auto"**; or
      d. The property of an **"insured"**.

**Exclusions**

A. We do not provide Uninsured Motorists Coverage for **"property damage"** or **"bodily injury"** sustained by any **"insured"**:
   4. For the first $150 of the amount of each claim for **"property damage"** as the result of any one accident. However, this Exclusion (A.4.) does not apply to:
      a. Direct damage to **"your covered auto"** if there is a valid and collectible physical damage coverage applicable to that damage under this or any other policy; or
      b. indirect damage to any property of the **"insured"**.
   6. For **"property damage"** in excess of $10,000 arising out of any one claim as a result of any one

Exhibit 9 3/31/03 Bragow Letter p3

accident.

**B.** This coverage shall not apply:

1. To **"property damage"** for which the **"*insured*"** has been compensated by other property or physical damage insurance, including any physical damage insurance under this policy.

**OTHER INSURANCE**

If there is other applicable insurance similar to the insurance provided under this Part of the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance similar to the insurance provided under this part of the policy.

The UM Endorsement states that CU York will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of any "uninsured motor vehicle" because of "bodily injury" sustained by an "insured" and caused by an accident and "property damage" caused by an accident. It further states that the owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

The UM Endorsement defines "insured" as including: you; and any other person "occupying" "your covered auto." The Endorsement defines "your covered auto" as any auto listed in the Declarations and it defines "occupying" as means in, upon, getting in, on, out or off. Since the truck that you were driving at the time of the accident is listed in the Declarations, it qualifies as "your covered auto." In addition, since both you and your father were "occupying" the truck at the time of the accident, you both qualify as "insureds" under the UM Endorsement.

The Endorsement defines "uninsured motor vehicle" as a land motor vehicle which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits "your covered auto." In this claim, there was no physical contact between your truck and the car that allegedly forced you off of the road. Therefore, CU York reserves its rights to deny UM benefits under the UM Endorsement if it is determined that the car that forced your truck off of the road does not qualify as a "uninsured motor vehicle."

This claim asserts "bodily injury" and "property damage" caused by an accident because both James and Joseph were injured and James' truck was damaged when it went off the road and hit a pole. Therefore, CU York may be obligated to pay UM benefits under the UM Endorsement to you and your father for "bodily injury" and "property damage."

Exclusion A.4. states that CU York does not provide UM Coverage for the first $150 of the amount of each claim for "property damage" as the result of any one accident. However, Exclusion A.4. does not apply to direct damage to "your covered auto" if there is a valid and collectible physical damage coverage applicable to that damage under this or any other policy. Thus, Exclusion A.4. will apply to this claim unless your Personal Auto Policy includes collision coverage for your truck.

Exclusion A.6. states that that CU York does not provide UM Coverage for "property damage" in excess of $10,000 arising out of any one claim as a result of any

EX 33 PAGE 4 Beam Letter 3/31/03

one accident. Thus, CU York reserves its right to deny UM benefits under the UM Endorsement for "property damage" in excess of $10,000.

Exclusion B.1. states that the UM Coverage shall not apply to "property damage" for which the "insured" has been compensated by other property or physical damage insurance, including any physical damage insurance under this policy. Therefore, CU York reserves its rights to deny UM benefits under the UM Endorsement if there is coverage available under Collision Coverage of your Personal Auto Policy.

The "Other Insurance" section of the UM Endorsement states that if there is other applicable insurance similar to the insurance provided under this Part of the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Thus, CU York reserves its right to share costs with any other insurance that provides UM coverage for this claim.

The foregoing in no way constitutes, nor should it be construed as a waiver or relinquishment by CU York of any and all other defenses available to it under the terms and conditions of the above-referenced policy of insurance and neither anything in this document nor any action of CU York is to be construed as a waiver of any known or unknown defenses. Additionally, the foregoing in no way restricts or limits CU York from relying upon and asserting other grounds that are now available or may become available to it in the future.

If you have any questions or comments regarding this matter, please do not hesitate to contact me.

Very truly yours,

Carl Kallenberg

CC: Ford Insurance Company
Sunset Farm
Woodstock, VT 05091