Exhibit 35
Redacted 6-15-03
Formerly Ex 34
Cover letter sending policy to RI
Ex D
and indicating underinsured request

OneBeacon
INSURANCE

June 15, 2004

Mr. Michael Egan, Esquire
Mr. Christopher Healy, Esquire
1865 Post Road Suite 206,
Warwick, RI 02886

| | |
|---|---|
| **Claim Number:** | [redacted] BL03 |
| Claimant: | James LaPlante |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Underwriting Company: | York Insurance Company of Maine |
| Policy Number: | Y[redacted] |

Dear Mr Egan:
Pursuant to your request attached please find a copy of the policy under which your client has requested benefits for underinsured motorist coverage. I have attached a copy of the declarations sheet as well as all endorsements. As I indicated I am waiting for Mr. Joseph Laplante to provide the reports from his treating physician which will address his current medical status as well as his lost wage information. He has provided his initial records from the Rhode Island Hospital. I am aware that you have made demand for arbitration in this case. As you are aware there is a limited amount of coverage available for both the claim of the unrepresented passenger in this case and your client. I am hopeful that Mr. Joseph Laplante will be able to provide the medical reports from his physician within a few days and I will then be in a position to address both claims. I will be forwarding a check for the medical payments coverage for your client under separate cover. Should you have any questions or concerns please feel free to contact me.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676

RECEIVED
JUN 23 2004
SNE Foxboro Claims

cc: Mr. Joseph LaPlante