Ex. 36

OneBeacon
INSURANCE

Formerly Ex 37

7/9/2004 Letter on both UM & Liability

July 9, 2004

Mr. Joseph Laplante
[redacted]
Marlboro, MA 01752

**Claim Number:** **0B600908Z** BL03
Date of Loss: 02/23/2003
Insured: Corrina Brown
Underwriting Company: York Insurance Company of Maine
Policy Number: [redacted]

Dear Mr. Laplante:

It is our understanding that you are presenting a claim for injury under the above captioned Vermont Personal Auto Policy. This claim arises out of an automobile accident which took place on or about February 23, 2003. This accident occurred in Lincoln, RI and involved an unidentified motor vehicle, and there was no contact between the two vehicles. You were a passenger in the vehicle being operated by your son, James. It is our understanding that the unidentified motor vehicle was operating at a high rate of speed and entered the intersection against the red light. We understand your son swerved right to avoid contact with the unidentified vehicle and subsequently struck a pole. We also understand both you and your son sustained injuries in this accident.

You have indicated your desire to make claim for both Bodily Injury Liability coverage and Uninsured Motorist Bodily Injury Liability coverage. On behalf of York Insurance Company of Maine (hereinafter called OneBeacon) this will provide a current statement of position regarding coverage from OneBeacon under Policy Number [redacted] Policy Form number, G13007 09 95

In connection with OneBeacon's determination that the policy only provides coverage for this matter under the uninsured motorist portion of the policy, this letter will quote and/or paraphrase the policy language which, based upon the information presently available, appears relevant to the coverage issues. However, OneBeacon reserves its rights to rely upon all of the policy's provisions, whether or not specifically quoted and/or paraphrased in this letter.

> **Agreement**
> We will provide the insurance describe in this policy in return for the premium and compliance with all applicable provisions of this policy.

 Ex 38 p.2

**Definitions**

In this policy you and your refer to the *named insured* shown in the Declarations and the spouse if a resident of the same household. We, us and our refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. **Bodily Injury** means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. **Insured** means you and residents of your household who are:

a. Your relatives; or

b. Other persons under the age of 21 and in the care of any person named above........................

We attach a copy of the policy of insurance which applies to this accident. The policy carries a Single Limit of $300,000 for Bodily Injury Liability and a separate Single Limit of $300,000 for Uninsured Motorist Bodily Injury Liability.

Please refer to page 2 and 3,

**Part A – Liability Coverage**

**Insuring Agreement**

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident...........

**Single Limit of Liability**

**A.** The limit of liability shown in the declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1. "Insureds";**

**2.** Claims made;

**3.** Vehicles or premiums shown in the declarations; or

**4.** Vehicles involved in the auto accident.

**B.** We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damages liability. However, this position (B.) will not change our total limit of liability.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and;

1. Part B or Part C of this policy; or

2. Any underinsured Motorist coverage provided by this policy.

In addition please refer to page 5,

Ex 34 Page 3

**Part C- Uninsured Motorist Coverage**
**Insuring Agreement**

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and
2. Caused by an accident.....................

**Single Limit of Liability**

**A.** The limit of liability shown in the declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1. "Insureds";**
**2.** Claims made;
**3.** Vehicles or premiums shown in the declarations; or
**4.** Vehicles involved in the auto accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and;

1 Part **A** or Part **B** of this policy; or
2 Any Underinsured Motorist Coverage provided by this policy.

(Emphasis added.)

As you can see, the policy does not allow for duplicate payments to be made for both Bodily Injury Liability and Uninsured Motorist Coverage. The full limit of the Uninsured Motorist Coverage has been offered and we await information as to how you and your son wish to proceed with the disbursement of the $300,000. . We have received notice from your son that he is no longer represented by Attorney Michael Egan. It will be necessary that you come to an agreement with your son as to the fair and equitable distribution of the combined single limit of $300,000.00. You should be aware that there are liens on the file which must be satisfied.

OneBeacon fully reserves and retains all rights that it has under the terms of the policy and under the law. The above evaluation of coverage is not intended to be exhaustive, and there may be other terms and conditions of the OneBeacon policy which, although not specifically mentioned in this letter, may apply to this claim. Also, this evaluation is based upon the information that is presently available to OneBeacon. If you are aware of additional information that you believe may affect the coverage determination, please forward it immediately to the undersigned.

OneBeacon's actions in investigating, evaluating, and/or monitoring this matter should not be seen or construed as a waiver, estoppel or other relinquishment of OneBeacon's rights to limit or deny coverage, nor as an admission of any obligation under the OneBeacon policy.

For the reasons set out above, OneBeacon has determined that the OneBeacon policy provides a Single Limit of $300,000 for this matter. However, OneBeacon retains its rights to assert all grounds for denying coverage that are or may become relevant with regard to this matter, whether or not specifically identified in this letter. Again, the foregoing is not meant to be an exhaustive discussion of limitations of coverage on the specific contracts of insurance. By limiting policy references to those cited, OneBeacon does not waive any other policy provisions. The insurance policies, in their entirety, are incorporated by reference as if they had been stated in full and OneBeacon reserves the rights under the policies and applicable law to cite additional policy provisions as may be appropriate Please note that you similarly retain all of your rights under the OneBeacon policy. You are not, in any way, being asked to waive or relinquish any of your rights under the policy or under the law.

Additionally, you asked which Department of Insurance could provide you with assistance in this matter. We have attached the information on the State of Vermont Department of Banking, Insurance, Securities & Health Care Administration.

**Consumer Help & Information**
**Insurance Division**
STATE OF VERMONT
Department of Banking, Insurance, Securities
& Health Care Administration
89 Main St. Drawer 20, Montpelier, VT 05620-3101
802-828-3301

Where to Direct Your Inquiry: For help with all types of insurance OTHER than health: The Insurance Division's Consumer Assistance Section works to resolve complaints from the public in one-on-one fashion. When warranted, staff will contact insurers to help resolve consumer problems or disputes. The Division can provide guidance of various types to consumers, including information about insurance rates and products on the marketplace. To contact the Consumer Section:

You can call the toll-free Consumer Help Line: 1-800-964-1784
Or, you can use e-mail E-Mail Consumer Assistance.
Or, you can send a letter by mail to:

Insurance Division - Consumer Assistance
BISHCA
89 Main St. Drawer 20
Montpelier, VT 05620-3101

Making a Complaint: Before you make a complaint, it would be a good idea to call the **Consumer Help Line (1-800-964-1784)** to discuss your problem and determine whether a formal complaint or some other intervention would best solve your problem. We find that a large number of complaints arise out of misunderstandings which may be cleared up without taking the time and trouble to file a formal complaint. Most companies are very cooperative about resolving consumer

problems. To file a complaint, you can call and request a complaint form by U.S. mail, or you can download one from the web site. When you file a complaint it's very important to attach copies of any related documentation that you have (such as a copy of a claim, a claim denial or proof of payment.) However, if you don't have all the documents involved, don't let that stop you from asking for help. In some cases we can obtain records directly from insurance companies.

If you have any questions or comments in response to the foregoing, please do not hesitate to contact the undersigned.

Sincerely,

**Kathleen Ahearn**
(866) 370-2315 x8676

CC: Mr. James LaPlante
[redacted]
Quechee, VT 05059