**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante**, | : | |
| Plaintiff | : | |
| v. | : | C.A. 07-0062ML |
| **York Insurance Company of Maine**: | | |
| Defendant | : | |

**Plaintiff's Objection to Defendant's Partial Summary Motion on Limits of Liability.**

Now comes the Plaintiff and objects to the Motion of the Defendant for A Partial Summary Judgment As To Its Limit of Liability to the Plaintiff, and partially objects to some of Defendant's Undisputed Facts, and suggests corrections thereto..

Plaintiff further relies upon its attached Memorandum of Law in opposition to the Defendant's Motion, Plaintiff's List of Disputed Facts; and includes as further opposition his own Memorandum of Law in Support of its Motion For a Partial Summary Judgment, his Undisputed Facts, and the affidavits and exhibits of James Laplante and Joseph Laplante previously submitted.

Plaintiff
James P. Laplante
By His Attorney
/s/Keven A. McKenna
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**Certification of Notice**

I, the undersigned, hereby certify that on the 15th day of October, 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengsten, Carroll, Kelly & Murphy,

Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system.

/s/ Keven A McKenna