**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante,** | : | |
| Plaintiff | : | |
| v. | : | 07-0062ML |
| **York Insurance Company of Maine** | : | |
| Defendant | : | |

**Second Affidavit of Joseph Laplante in Opposition to Factual Averments of the Defendant.**

Now comes Joseph Laplante, being duly sworn, and hereby sayeth, and deposes as follows:

1. My name is Joseph Laplante.
2. From the summer of 2001 through the fall of 2003 I lived in North Smithfield with my wife Susan, and my son, James P. Laplante and his fiancée' and companion, Corrina Brown. The house was a former duplex. My wife and I lived on one side in one duplex, and James and Corrina lived on the other side in the other duplex.
3. I am familiar with the history of the F378 Ford Pick Truck since I often traveled in that truck with my son from our residence in North Smithfield, R.I. in 2001,2002, and 2003. Attached is a copy of his original registration of the F378 Ford in Vermont, which I received from him, and a copy of the Auto Insurance Card of C.U. York Insurance Company which he received from insuring that vehicle in Vermont before he moved to North Smithfield, R.I. in August of 2001. My son James Laplante worked from the North Smithfield, R.I. duplex in 2001and 2002 and in the winter of 2003 prior to the accident. In 2001 and 2002 he sometimes worked overnight at out of state locations, in Delaware, New Jersey, and Massachusetts.

4. In 2001, 2002, and 2003 his fiancée, Corrina, and James Laplante lived in their duplex in North Smithfield, and she maintained her employment with Pizza Chef in Vermont. Corrina Brown would either commute to and from Vermont for a work stay, , or stay the entire work week in Vermont. Attached is a photograph of Corrina's car and James's car in front of her North Smithfield house in 2002. Also attached is a photograph of my son James Laplante and Corrina Brown on the couch in 2002 in her North Smithfield house.

5. My wife and I, and James and Corrina, lived together in North Smithfield, and shared the payment of expenses with them during that time; and James and I worked together to improve the house. The house was originally designed as a duplex, as can be seen in the photo of the house attached to James' Affidavit in *Exhibit 4*

6. I observe James Laplante rebuilding his 1978 Ford F378 Truck in the back yard of North Smithfield, R.I., as set forth in the photographs attached to his Affidavit, Exhibits 9, 10, and 11.

7. I observed the motor vehicles owned by James Laplante and Corrina Brown being parked on the property at North Smithfield, R.I. during the time I lived there, as set forth in the photographs attached to James' Affidavit, Exhibits 5 and 6.

8. The 1978 rebuilt Ford 378 Ford pick up which was originally registered and insured in Vermont in 2001. It is the same vehicle which I observed him rebuilding in the summer and fall of 2002 in the backyard of our residences in North Smithfield, Rhode Island. After he rebuilt the Ford 378 Pick up truck, he then reinsured the Ford Pick Up with York Insurance Company of Maine. That is the vehicle in which we had a hit and run accident on February 23, 2003.

**By the Plaintiff**

Joseph Laplante

**State of Rhode Island and Providence Plantations**
**County of Providence**

On the 15th$^{rd}$ day of October, 2007 in Providence, Rhode Island, before me, did personally appear Joseph Laplante, known to me to be the party executing the above deposition and affidavit, being duly sworn, did swear that each of the above averments were true to the best of his personal knowledge and observations, and he acknowledged that such deposition was his free act and deed.

Notary Public; Keven A.McKenna
My Term expires on 8/9/09

**Certification of Notice**

I, the undersigned, hereby certify that on the 15th day of October. 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengston, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system and by direct email, rbengstson@CKMlaw.com.

/s/Keven A.McKenna

!! WHEN VALIDATED BELOW, THIS IS YOUR VERMONT REGISTRATION CERTIFICATE !!

**DEPARTMENT USE ONLY - DO NOT WRITE IN SHADED AREA**

☐ 231 ______ ☐ 225 ______ ☐ 452 ______
☐ 232 ______ ☐ 227 ______ ☐ 453 ☐ 454
☐ 233 ______ ☐ 455 ______ ☐ 465

OLD #1
NEW #1 6500
#2

☐ TEMP PLATE DATE
☐ IN LIEU PLATE
☐ 2 YR Registration ☐ WP ☐ LP

490 ☐ C or ☐ P

REG TYPE 27
PLATE TYPE N
INDEX #
EXP Year Month 01 / 07

08/31/08 88 01 013 ATP597.B $88.00

**1A TRANSACTION TYPE** ATP
☒ (421) NEW VT REGISTRATION (NEW PLATES)
☐ (431) TRANSFER VT PLATE NO. 597 EXP.
☐ (475) RENEWAL VT PLATE NO.
☐ IRP TAX & TITLE ONLY
☐ WEIGHT CHANGE ONLY

**1B VEHICLE TYPE**
☐ PLEASURE CAR (19)
☒ TRUCK/TRUCK TRACTOR (27)
☐ OFF-HWY TRACTOR (24)
☐ TRAILER (26,25,06)
☐ MOTORCYCLE (18)
☐ MUNICIPAL (15) 5K
☐ JITNEY/RENTAL (37)
☐ ALL TERRAIN (02)
☐ AGRICULTURE (01) *FARM USE ONLY*
☐ STREET ROD (56) (STROD)
☐ SPECIAL PURPOSE TRUCK (20)
☐ STATE (22)
☐ ANTIQUE (03) (AN)
☐ VOLUNTEER (28)
☐ MOPED (17) PK
☐ WEIGHT PERMIT (21)
☐ FORKLIFT (11)
☐ WELL DRILLER (11)
☐ EXHIBITION (09) (EX)
☐ MOTOR HOME (19)
☐ SCHOOL BUS (19)
☐ MOTOR BUS (04,05)
☐ FARM TRACTOR (45)
☐ LOGGING TRUCK (08)

**1C PLATE TYPE**
☐ DISABLED PLATE
☐ VANITY
☐ FIRE FIGHTER (40)
☐ NAT'L GUARD (41)
☐ AMATEUR RADIO OPR (42)
☐ PEARL HARBOR (44)
☐ CONSERVATION PLATE (48)
☐ OTHER: ______
☐ POW (23)
☐ PURPLE HEART (47)
☐ EMS (46)
☐ VIETNAM VETERANS (50)
☐ VERMONT VETERANS (49)

**2**
MAKE (a): Ford
MODEL (b): F378 P/U
MODEL YEAR (c): 1978
BODY TYPE (d): Pickup
MILEAGE (NO TENTHS) (e): 75,000 ☒ MILES ☐ KILOMETERS ☐ HOURS
COLOR (f): Silver
SERIAL NUMBER (VIN) (g): F375ECA1115
NO. OF CYL. (h): 8
VEHICLE IS (CHECK ONE) (i): ☐ NEW ☒ USED ☐ REBUILT
FUEL TYPE (CHECK ONE) (j): ☒ GAS ☐ DIESEL ☐ ELECTRIC ☐ PROPANE ☐ OTHER

**3A TRACTOR/TRUCK (Includes pick-up) AGRICULTURE VEHICLE**
EMPTY WEIGHT (a): 5200
WEIGHT OF TRUCK & LOAD (b): 6000
BRAKE TYPE (e): ☐ AIR ☒ HYD ☐ OTHER
# OF AXLES (c): 2
TIRE SIZE (d): 16.5

**3B TRAILER**
EMPTY WEIGHT (a)
WEIGHT OF TRAILER & LOAD IS (c)
LENGTH (FT) x WIDTH (FT) (b)
☐ 1499 lbs OR LESS
☐ 1500 lbs OR MORE

**3C MOTORCYCLE/ MOPED**
# WHEELS (a)
ENGINE SIZE (b)

**3D BUS/JITNEY RENTAL**
EMPTY WEIGHT (a)
# OF PASSENGERS (b)
LOADED WEIGHT (c)

**4A**
☒ OWNER ☐ LESSEE (a)
NAME (b): JAMES P LAPLANTE
SEX (c): ☒ M ☐ F
OWNER/LESSEE MAILING ADDRESS (STREET, RD., OR BOX #) (d): MAIN ST P.O. 909
TOWN/CITY: QUECHEE STATE: VT ZIP CODE: 05059
LEGAL RESIDENCE (STREET, TOWN, STATE) (e): SAME
DATE OF BIRTH (mm/dd/yyyy) (b): 09/04/1971
INDICATE OLD NAME BELOW, IF NAME HAS CHANGED SINCE LAST VT DMV TRANSACTION. (i)
VERMONT DRIVER LICENSE NO. (j): 21873870

☒ CO-OWNER ☐ LESSOR (k)
NAME (l): Corinna M Brown
SEX (m): ☐ M ☒ F
CO-OWNER/LESSOR MAILING ADDRESS (STREET, RD., OR BOX #) (n): MAIN ST. P.O. 909
TOWN/CITY: QUECHEE STATE: VT ZIP CODE: 05059
LEGAL RESIDENCE (STREET, TOWN, STATE) (o): SAME
DATE OF BIRTH (mm/dd/yyyy) (r): 01/10/1966
INDICATE OLD NAME BELOW, IF NAME HAS CHANGED SINCE LAST VT DMV TRANSACTION. (s)
VERMONT DRIVER LICENSE NUMBER (t): 71176720

**4B** IF MORE THAN ONE OWNER MUST INDICATE RIGHTS OF SURVIVORSHIP (CHECK ONE BELOW) (u)
☐ HUSBAND & WIFE ☒ JOINT TENANTS ☐ TENANTS IN COMMON ☐ PARTNERS

**When you transfer ownership of this vehicle, the registration expires. Please do not submit an application for transfer of your plates until after your old vehicle has changed ownership, otherwise, the application will be returned to you.**

**NOTICE OF TRANSFER OF OWNERSHIP**

## DO NOT GIVE THIS REGISTRATION CERTIFICATE TO PURCHASER OF VEHICLE

Ownership of this vehicle has been transferred by me on ______

to ______
(NAME OF NEW OWNER)

______
(ADDRESS OF NEW OWNER)

and I further certify that the plate(s) have been removed from the vehicle described above and will be returned to the Department of Motor Vehicles within 5 days of this notice, or I will return only the certificate and make application for transfer of registration within 24 hours to another unregistered motor vehicle of the same type owned by me.

Signature ______
(MUST AGREE WITH NAME SHOWN IN SECTION 4a)

**When validated, this certificate will be returned to you and must remain in the vehicle.**

The Department of Motor Vehicles must be notified in writing, within 30 days, of changes in your mailing address, legal name or legal residence.

When you receive registration plate(s) and/or sticker(s), verify that the expiration month matches the expiration month on this registration certificate, and that the plate numbers match the plate number on this certificate. If these do not match, notify the Department of Motor Vehicles immediately.

When transferring your registration, complete the transfer section of this certificate and attach to a completed application for new vehicle registration. All applications will be returned if not completed properly, or if payment is insufficient. If purchase and use tax credit is being requested, credit will be based on the amount actually received from the person whose name appears on the certificate above.

**9 DO NOT SEND CASH - DO NOT WRITE IN SHADED AREA**

| | | | |
|---|---|---|---|
| A - REGISTRATION | | 1 | 42 |
| B - TAX | | 2 | 45 |
| C - TITLE $10.00 PLUS $5.00 PER LOAN | | 3 | |
| D - TRANSFER $10.00 | | 4 | |
| CLEAN AIR FEE $1.00 ANNUALLY | | 72 | 1 |
| E - 1st CLASS MAIL $1.00 (NEW PLATE ONLY) | | 5 | |
| MISC | | 10 | |
| OTHER | | | |
| F - FUEL USER | | 31 | ✓ |
| G - TOTAL FEES (U.S. FUNDS ONLY) | | | 88 |
| RETURN # | RATER EU | RF | 43 |

To be considered for a refund of your registration/renewal fees, application must be made within 30 days of issuance. To be considered for a refund of registration fee ONLY, this certificate and plate(s) or sticker(s) must be returned and **must not have been attached to your vehicle**. To be considered for a refund on a renewal, the certificate and stickers must be returned and stickers must not have been attached to your vehicle. No refund will be issued if a temporary plate has been issued or a transfer of registration is in process. A fee of $5.00 will be deducted for administrative purposes. For all other refund requests contact 1-(802)-828-2000.

**Vehicles not displaying a valid Vermont inspection sticker must be inspected within 15 days of registration.**
**You must present an insurance card to the inspection station to show proof of insurance or the vehicle cannot be inspected.**

**VERMONT AUTOMOBILE INSURANCE IDENTIFICATION CARD**

**VALID IN THE U.S. AND CANADA**

COMPANY NUMBER

COMPANY
CU YORK INSURANCE COMPANY

POLICY NUMBER
YMZ263796 F

EFFECTIVE DATE
08-29-2001

EXPIRATION DATE
08-29-2002

YEAR
1978

MAKE/MODEL
FORD F37

VEHICLE INDENTIFICATION NUMBER
F37SECA1115

AGENCY/COMPANY ISSUING CARD
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091

INSURED
CORRINA BROWN
JAMES S LAPLAN
PO BOX 909
QUECHEE VT 05059

COVERAGE MEETS MINIMUM LIABILITY INSURANCE PRESCRIBED BY LAW

SEE IMPORTANT NOTICE ON REVERSE SIDE

VERMONT AGENCY OF TRANSPORTATION • DEPT. OF MOTOR VEHICLES
120 STATE STREET • MONTPELIER, VT 05603-0001

P

REGISTRATION CERTIFICATE
TRUCK

| MAKE | MODEL | IDENTIFICATION NUMBER | | |
|---|---|---|---|---|
| FORD | TK | F37SECA1115 | | |

| YEAR | BODY | COLOR | FUEL | REGISTERED WGT |
|---|---|---|---|---|
| 78 | PK | SIL | GAS | 6000 |

| MISCELLANEOUS | BRAKE TYPE | TITLE | UNLADEN WGT |
|---|---|---|---|
| 16.5 | HYD | | 5200 |

EXPIRES
LAST DAY OF
JUL 02

RECEIPT LINE VALIDATES THIS CERTIFICATE
JUL-23-01 OV-0185 ATP597 TRK 43.00

LAPLANTE,JAMES,P
BROWN,CORINNA,M
PO BOX 909
QUECHEE VT 05059

NORTH SMITHFIELD R.I. - 2002
SUBARU OF JAMES LAPLANTE
JEEP OF CORRINA BROWN



CORRINA BROWN AND JAMES LAPLANTE
AT HER HOUSE IN NORTH SMITHFIELD RI. IN 2002

