**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**James P. Laplante**, :
Plaintiff :
v. : C.A. 07-0062ML
**York Insurance Company of Maine**:
Defendant :

**Plaintiff's Objection to Defendant's Motion to Strike His Memorandum**

Now comes the Plaintiff and objects to the Motion of the Defendant to strike his memorandum of law in support of his motion for a summary judgment, for the reasons set forth in the attached memorandum.

Plaintiff
James P. Laplante
By His Attorney
/s/Keven A. McKenna
Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**Certification of Notice**

I, the undersigned, hereby certify that on the 15th day of October 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system.

/s/ Keven A.McKenna