UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 07-62 ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
ITS OBJECTION TO THE PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant York Insurance Company of Maine hereby moves for a 14 day extension of time within which to file its objection and supporting documents in connection with the plaintiff's Motion for Partial Summary Judgment. York seeks the additional time, which is just beyond the October 26, 2007 date of the scheduled hearing on the plaintiff's Motion to File Memorandum Out of Time so that York can be certain which of the versions of the plaintiff's documents it is responding to.

The current due date is October 17, 2007 and this is York's first request for an extension to respond to the plaintiff's Motion for Partial Summary Judgment. York requests an extension to October 31, 2007.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on the 16th day of October, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert Keven A. McKenna, Esq., *kevenm@mckennalaw.cc* will receive notice through the ECF system.

/s/ C. Russell Bengtson