**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**James P. Laplante**, :
Plaintiff :
v. : C.A. 07-0062ML
**York Insurance Company of Maine**:
Defendant :

**Plaintiff's Agreement to Defendant's Request For Additional Time**

Now comes the Plaintiff, in the above entitled matter, and indicates that he has no objection to the Request of the Defendant For An Extension of Time To File Its Objection and Reply Memorandum in Opposition To Plaintiff's Motion and Memorandum for A Partial Summary Judgment On the Issue of the Extend of Liability. The issue has a complicated fact pattern and more time for the Defendant would serve the interests of justice.

Plaintiff
James P. Laplante
By His Attorney
/s/Keven A. McKenna
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**Certification of Notice**

I, the undersigned, hereby certify that on the 16th day of October, 2007, a true copy of the within document was filed electronically, and is available for viewing and downloading from the ECF system; and that C.Russell Bengston, the Attorney for York Insurance Company of Maine, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903 will receive notice through the ECF system.

/s/ Keven A McKenna