# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE<br>Plaintiff<br><br>v.<br><br>YORK INSURANCE COMPANY<br>OF MAINE<br>Defendant | ) | C.A. No. 07-62 ML |

## NOTICE OF APPEARANCE

**Please enter my appearance as Plaintiff, PRO SE, in the above-captioned action**

**THE PLAINTIFF,**
**JAMES P. LAPLANTE**

**James P. Laplante**
**125 Shute Road**
**Hartland, Vermont 05048**
**P.O. Box 909**
**Quechee, Vermont 05059**
**TEL: (802)-436-1723**