RECEIVED

DEC 18 2007

Property of U.S. District Court
District of Rhode Island

**JAMES P. LAPLANTE**
**P.O. Box 909**
**Quechee,. Vermont 05059**

TEL: (802)-436-1723

December 18, 2007

Kevin A. McKenna, Esq.
Attorney at Law
23 Acorn Street
Providence, Rhode Island 02903

*Re:* *James P. Laplante v. York Insurance Company,* C.A. No. 07-62 ML

Dear Attorney McKenna:

Please be advised that effective today, December 18, 2007, you are discharged as my attorney of record in the above referenced case. Please assemble the files of my case and I will arrange to have them picked up at your office.

Very truly yours,

James P. Laplante