**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JAMES P. LAPLANTE**<br>**Plaintiff**<br><br>**v.**<br><br>**YORK INSURANCE COMPANY OF MAINE**<br>**Defendant** | **C.A. No. 07-62 ML** |

# MOTION FOR RECONSIDERATION OF DENIAL OF PLAINTIFF'S MOTION TO FILE MEMORANDUM OUT OF TIME *NUNC PRO TUNC*

**Now comes the Plaintiff, James P. LaPlante, and hereby moves this Honorable Court to reconsider the denial by Chief Judge Mary M. Lisi of the Plaintiff's Motion to File Memorandum Out of Time *Nunc Pro Tunc* entered on October 26, 2007.**

**As reasons therefore, the Plaintiff states that , because of extenuating circumstances effecting the Plaintiff's counsel which are outlined in the accompanying Affidavits, it would be inequitable and unjust to allow the order to stand against the Plaintiff. As discussed and sworn to in the accompanying Affidavits, the Plaintiff would be seriously prejudiced and harmed if the Order remains allowed and the Plaintiff relies upon the Affidavits of James P. Laplante and Joseph Laplante , and Exhibits attached hereto, in support of this motion for reconsideration.**

**WHEREFORE, the Plaintiff, James P. Laplante respectfully requests this**

**Honorable Court to allow the Motion for Reconsideration allowing the Plaintiff's Memorandum to be filed out of time, *Nunc Pro Tunc.***

**THE PLAINTIFF,**
**JAMES P. LAPLANTE, *PRO SE***

**James P. Laplante**
**125 Shute Road**
**Hartland, Vermont 05048**
**And P.O. Box 969**
**Quechee, Vermont 05059**

**TEL:( 802)-436-1723**

**CERTIFICATE OF NOTICE**

**I, the undersigned, hereby certify that on the 18th day of December, 2007, a true copy of the within document was served in hand upon C. Russell Bengston, the Attorney for York Insurance Company of Maine, at Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R. I. 02903 .**

**James P. Laplante**