# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JAMES P. LAPLANTE**<br>**Plaintiff**<br><br>**v.**<br><br>**YORK INSURANCE COMPANY OF MAINE**<br>**Defendant** | ) | **C.A. No. 07-62 ML** |

**AFFIDAVIT OF JOSEPH LAPLANTE IN SUPPORT OF MOTION FOR RECONSIDERATION OF DENIAL OF PLAINTIFF'S MOTION TO FILE MEMORANDUM OUT OF TIME *NUNC PRO TUNC***

**I, JOSEPH LAPLANTE., being duly sworn and hereby sayeth, upon oath and upon personal knowledge, and deposes as follows:**

1. **I am a private person and the father of the Plaintiff, James Laplante. I reside at 175 Flanders Road, Westborough, Massachusetts 01581.**
2. **I was in constant contact with the Plaintiff's former counsel, Kevin A. McKenna, Esq., regarding the above-captioned action. I had the opportunity to observe first-hand the actions and conversations described herein.**
3. **On July 24, 2007 through July 25, 2007, Kevin McKenna was hospitalized at the Miriam Hospital in Providence, Rhode Island with a heart condition.**
4. **On July 25, 2007, Kevin McKenna was released from the hospital at noon and thereafter attended the Electronic Filing Seminar at the Federal Courthouse in**

**Providence, Rhode Island, in order to learn the mechanics of filing the documents in the above-captioned case electronically, as required.**

**5. On July 25, 2007, Kevin McKenna was not feeling well and his powers of concentration seemed to be impeded due to his concern over his heart problems, therefore, he did not fully comprehend the information imparted at the seminar regarding the method of electronic filing.**

**6. On Monday, July 30, 2007, his mother, Rita A. McKenna, passed away at the South Kingston Nursing and Rehabilitation Center. (See Exhibit "A" – Death Certificate).**

**7. On Thursday, August 2, 2007 a wake was held for his mother at the Gaffney-Dolan Funeral Home in Westerly, Rhode Island, which he attended.**

**8. On Friday, August 3, 2007, a funeral was held at the Church of the Immaculate Conception, Westerly, Rhode Island, which he attended. (See Exhibit "B" – Obituary Notice.)**

**9. Upon information and belief, on Monday, August 6, and Wednesday, August 8 2007, Kevin McKenna again went to the Miriam Hospital for tests ordered by his cardiologist, Dr. George Hanna.**

**10. Upon information and belief, on Thursday, August 9, 2007, more heart tests were administered to Kevin McKenna under the direction of Dr. Cordente at Our Lady of Fatima Hospital.**

**11. Upon information and belief, on August 30, 2007, Kevin McKenna returned to the Miriam Hospital for consultations with his cardiologist, Dr. George Hanna.**

**12. Upon information and belief, during the months of September and October,2007, Kevin McKenna was required to have several blood tests taken and other medical**

**appointments.**

**13. Upon information and belief Kevin McKenna is presently on heart medications.**

**14. On October 26, 2007, Kevin McKenna attempted to explain these facts to the Court at the hearing on October 26, 2007, but was denied that opportunity and told to "Have a seat, Mr. McKenna". ([illegible]).**

**15. Upon information and belief, Kevin McKenna did not intentionally "take advantage of the situation and then file a different document after the time expired" as stated by the Court at the hearing. I was present at the hearing.**

**16. Upon information and belief, Kevin McKenna did have severe technological inadequacies as he indicated in Court at the hearing and during the entire preparation time of the Plaintiff's document, he was emotionally and medically handicapped due to the circumstances described above.**

**17. I respectfully suggest that the Defendant Insurance Company would not be prejudiced by the allowance of this Motion for Reconsideration and also suggest, that the Defendant Insurance Company should not be allowed to benefit due to the extenuating circumstances described above, which severely punishes and prejudices the Plaintiff.**

**SIGNED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF DECEMBER, 2007.**

Joseph Laplante

**JOSEPH LAPLANTE**