# Memorial Obituary

**Entered Into Eternal Rest**
**July ~~27~~, 2007**
30

## Rita A. McKenna

**She is survived by five children, Keven A. McKenna of Providence, Marylen McKenna of South Glastonbury, Conn., Gregory W. McKenna of Providence, Ward G. McKenna of Exeter, and Roberta Palmer of Westerly; 12 grandchildren; eight great-grandchildren; and numerous nieces and nephews.**

**Visiting hours are 4 to 7 p.m. Thursday in Gaffney-Dolan Funeral Home, 59 Spruce St., Westerly. A Mass of Christian Burial will be celebrated at 10 a.m. Friday in the Church of the Immaculate Conception, 111 High Street, Westerly. Burial will be in St. Michael Cemetery.**

**Donations may be made to the Chorus of Westerly, High Street, Westerly, RI 02891.**

**Gaffney-Dolan Funeral Home**

59 Spruce Street
Westerly, RI 02891
(401) 596-2648