UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-62ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |
| | : | |

DEFENDANT'S PROPOSED DISCOVERY PLAN

In response to the Court's Notice of February 1, 2008, the defendant proposes the following Plan of Discovery:

1. The plaintiff shall make his Initial Disclosure within ten (10) days;

2. The defendant shall make its Initial Disclosure ten (10) days following the plaintiff's disclosure;

3. The defendant may propound additional Interrogatories, an additional Request for Production and Request for Admissions depending upon the plaintiff's Initial Disclosure;

4. The defendant proposes the following depositions: James Laplante, Joseph Laplante, Corinna Brown, Louann Noreau, Det. Kenneth Smith, Kevin McKenna, Esq., Rule 30(b)(6) deposition of A.T. Cross Company, Rule 30(b)(6) deposition of Blackstone Auto Towing and the Rule 30(b)(6) deposition of the Department of Public Works for the Town of Lincoln;

5. All pre-trial discovery shall be completed by May 9, 2008;

6. Dispositive motions and Pre-trial Memoranda shall be filed by June 9, 2008.

7. The case shall be ready for trial on or after June 9, 2008;

8. Mediation shall be conducted by a Magistrate Judge.

YORK INSURANCE COMPANY OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on February 19, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that a copy has been mailed to James P. Laplante, 125 Shute Road, Hartland, VT 05048.

/s/C. Russell Bengtson