UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**ENTRY OF APPERANCE**

I, David E. Maglio, hereby enter my appearance as counsel for the plaintiff, James P. LaPlante, in the above-referenced matter.

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that on the 22nd day of February, 2008, I caused a true copy of the *Entry of Appearance* to be electronically mailed via ECF/CMF to:

C. Russell, Bengston, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

/s/ David E. Maglio, Esq.

h:\clients\laplante\york\pleadings\entry of appearance