UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
VS. : C.A. NO. 07-0062/ML
:
YORK INSURANCE COMPANY :
OF MAINE :

**STIPULATION**

By agreement of the parties, the time that the plaintiff, James P. Laplante, has to answer or otherwise respond to the defendant, York Insurance Company of Maine's, requests for production of documents and interrogatories propounded to the plaintiff dated February 29, 2008, is extended up to and including April 30, 2008.

YORK INSURANCE COMPANY
OF MAINE

By its Attorney,

CARROLL, KELLY & MURPHY

C. Russell Bengtson, Esq., #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 Fax

Dated: 3/18/08

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES,
P.C.

David E. Maglio, # 3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 Fax

Dated: 3/19/08

**CERTIFICATION**

I hereby certify that an exact copy of the within document was filed by CM/ECF to the following individuals on the ~~19th~~ 20th day of March, 2008:

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

[signature]

H:\clients\Laplante\York Ins. Co.\pleadings\stipulation.doc