UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR EXPERT DISCLOSURES**

Plaintiff, James P. Laplante, with the assent and agreement of the defendant, York Insurance Company of Maine, hereby move for a 30-day extension of the following deadlines:

1. Plaintiff's expert disclosures from Friday, March 28, 2008 to Monday, April 28, 2008.

2. Defendant's expert disclosures from Monday, April 28, 2008 to Friday, May 29, 2008.

At this time, the parties are not seeking an extension of any other deadlines contained in the Court's Pretrial Order dated February 22, 2008.

In support of this motion, all parties agree that the requested additional time is required in order to complete discovery and for plaintiff's counsel to properly prepare for the upcoming April 22, 2008 settlement conference. This is the plaintiff's first request for an enlargement of time on the issue of expert disclosures.

**Conclusion**

For the foregoing reasons, James P. Laplante requests that his assented-to motion for an extension of time be granted.

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.

David E. Maglio, #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that on the 25th day of March, 2008, I caused a true copy of the Plaintiff's Assented-to Motion to Extend the Expert Disclosures Deadlines to be electronically mailed via ECF/CMF to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

/s/ David E. Maglio, Esq.

h:\clients\laplante\york\pleadings\Plaintiff's Assented-to Motion to Extend the Expert Disclosures Deadlines