UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 07-62 ML |
| YORK INSURANCE COMPANY OF MAINE | : | |

**DEFENDANT'S MOTION TO SEVER AND STAY DISCOVERY AS TO BAD FAITH CLAIM, COUNT IV**

Defendant, York Insurance Company of Maine ("York") hereby moves for an Order of this court pursuant to Fed. R. Civ. P. Rule 21, severing for purposes of trial and discovery the plaintiff's bad faith claim, Count IV of the plaintiff's Complaint, from his breach of contract/coverage claims, Counts I, II and III. Defendant further requests that any discovery as to the bad faith claim be stayed pending the outcome of the plaintiff's breach of contract/coverage claims. In support of this motion, the court is respectfully referred to the memorandum of law filed contemporaneously herewith.

YORK INSURANCE COMPANY
OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

**GRANTED**
**Mary M. Lisi**
**U.S.D.J.** 3/25/08

CERTIFICATION

I hereby certify that on March 11, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that David E. Maglio, dmaglio@magliolaw.com, dgiang@magliolaw.com will receive notice through the ECF system.

/s/ C. Russell Bengtson