UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY | : | |
| OF MAINE | : | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR EXPERT DISCLOSURES, DISCOVERY DEADLINE AND DISPOSITIVE MOTIONS FILING DEADLINE**

Plaintiff James P. Laplante hereby moves for a 30-day extension of the following deadlines:

1. Plaintiff's expert disclosures from Monday, April 28, 2008 to Wednesday, May 28, 2008.

2. Defendant's expert disclosures from Wednesday, May 28, 2008 to Friday, June 27, 2008.

3. Discovery closure date to be extended from Monday, June 9, 2008 to Wednesday, July 9, 2008.

4. The deadline for filing dispositive motions to be moved from Wednesday, July 9, 2008 to Monday, August 11, 2008.

The plaintiff is not seeking an extension of the Monday, September 8, 2008 deadline for filing pre-trial memoranda.

In support of this motion, the plaintiff states that during the last month plaintiff's counsel was preparing for a week long trial before this Court that began on Monday April 7, 2008 and ended on Friday, April 11, 2008. During the week of April 14, 2008, plaintiff's counsel was court excused for a family vacation during the school vacation

week. Due to this schedule of events and since the April 22, 2008 settlement conference before Magistrate Robert Lovegreen was unsuccessful, plaintiff's counsel requires the additional time to obtain the necessary expert information from the plaintiff's treating medical providers, several of whom are out of state in Massachusetts and Vermont.

This is the plaintiff's second request for an enlargement of time on the issue of expert disclosures and first request on the remaining deadlines. The first request was assented to by the defendant.

**Conclusion**

For the foregoing reasons, James P. Laplante requests that his motion for an extension of time on expert disclosures, discovery deadlines and dispositive motions filing deadline be granted.

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

/s/ David E. Maglio, Esq.
David E. Maglio, #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

## CERTIFICATION

I hereby certify that on the 29th day of April, 2008, I caused a true copy of the Plaintiff's Motion to Extend Deadlines to be electronically mailed via ECF/CMF to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

/s/ David E. Maglio, Esq.

h:\clients\laplante\york\pleadings\Plaintiff's Motion to Extend the Expert Disclosures Deadlines