UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**AFFIDAVIT OF COMPLIANCE**

I, the undersigned attorney for the plaintiff, James P. Laplante, in the above entitled matter, after first being duly sworn, make affidavit and say that on or about July 10, 2008, no less than ten (10) days before the trial of the within action, which is not presently scheduled in 2008, and pursuant to R.I.G.L. § 9-19-27, I caused to be sent to C. Russell Bengtson, Esq., Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, Rhode Island, 20903, attorneys for the defendant, by certified mail, return receipt requested, a copy of the attached Notice of Intention and supporting documentation. Attached hereto and made a part hereof is the return receipt for said mailing.

David E. Maglio, #3459
DAVID E. MAGLIO & ASSOCIATES, P.C.
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008.

Dana A. Gianquitti, Notary Public
My Commission Expires: 02/27/10

h:\clients\laplante\york\pleadings\aff compliance life tabe