UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
VS. : C.A. NO. 07-0062/ML
:
YORK INSURANCE COMPANY :
OF MAINE :

**NOTICE OF INTENTION TO OFFER LIFE TABLES INTO EVIDENCE PURSUANT TO R.I.G.L. § 9-19-38**

PLEASE TAKE NOTICE that the plaintiff shall offer the attached Life Table into evidence at the trial of the above-captioned matter.

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio, #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that on the 10th day of July, 2008, I caused a true copy of the *Notice of Intention to Offer Life Table Into Evidence at Trial* to be mailed via certified mail, return receipt requested, to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

h:\clients\laplante\york\pleadings\notice of intention life table

# TITLE 9
# COURTS and CIVIL PROCEDURE–PROCEDURE GENERALLY

## CHAPTER 9-19
## Evidence

### SECTION 9-19-38

**§ 9-19-38 Proof of life or work life expectancy.** – (a) In any proceeding commenced in any court, commission, or agency, when the life or work life expectancy of a person shall be at issue or when it is necessary to establish the expectancy of continued life or work life expectancy of any person from any period of the person's life, whether he or she is living at the time or not, the most recent issue of "The United States Abridged Life Tables" (United States Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics) or Tables of Work Life Expectancies as published in "Work Life Estimates: Effects of Race and Education" (United States department of labor, bureau of labor statistics) shall be admissible in evidence as competent evidence of such matter. The admissibility of evidence provided for in this section shall not be deemed to render inadmissible evidence as to the health, constitution, habits, or occupation of the person or any other evidence otherwise admissible under the laws of this state.

(b) The life and work life expectancy tables may be evidenced by an official publication of the tables or by a copy of the tables as published in a compiler's note under this section in the general laws of Rhode Island. The tables as published in the general laws of Rhode Island shall be sufficient proof of life and work life expectancy without further foundation or authentication; provided, however, that written notice of the intention to offer the life or work life expectancy tables as evidence, together with a copy of the tables, has been given to the opposing party or parties, or to his or her or their attorneys, by mailing it by certified mail, return receipt requested, not less than ten (10) days before the introduction of the tables into evidence, and that an affidavit of the notice and the return receipt are filed with the clerk of the court immediately after the receipt has been returned.

National Vital Statistics Reports
From the CENTERS FOR DISEASE CONTROL AND PREVENTION
National Center for Health Statistics
National Vital Statistics System

Volume 47, Number 13 December 24, 1998

RECEIVED
JAN 18 2000
RI STATE LAW LIBRARY
FEDERAL DEPOSITORY DOCUMENT

# United States Abridged Life Tables, 1996

by Robert N. Anderson, Ph.D., Division of Vital Statistics

## Abstract

The life tables in this report are current abridged life tables for the United States based on age-specific death rates in 1996. The data used to prepare these abridged life tables are 1996 final mortality statistics and July 1, 1996, population estimates. Presented are tables showing life expectancy and survivorship by age, race, and sex. In 1996 the overall expectation of life at birth was 76.1 years, an increase of 0.3 years compared with life expectancy in 1995. Life expectancy increased from 1995 to 1996 for each of the four race-sex groups for which life expectancy is reported. Life expectancy increased for white males by 0.5 year (from 73.4 to 73.9), for black males by 0.9 year (from 65.2 to 66.1), for white females by 0.1 year (from 79.6 to 79.7), and for black females by 0.3 year (from 73.9 to 74.2).

## Introduction

Death rates for a specific period may be summarized by the life table method to obtain measures of comparative longevity. There are two types of life tables—the generation or cohort life table and the current life table.

The generation life table provides a "longitudinal" perspective in that it follows the mortality experience of a particular cohort, all persons born in the year 1900, for example, from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the generation life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete generation life table requires data over many years. It is not feasible to construct generation life tables entirely on the basis of actual data for cohorts born in this century (1). It is necessary to project data for the incomplete period for cohorts whose life spans are not yet complete (2).

The better-known current life table may, in contrast, be characterized as "cross-sectional." Unlike the generation life table, the current life table does not represent the mortality experience of an actual cohort. Rather, the current life table considers a hypothetical cohort and assumes that it is subject to the age-specific death rates observed for an actual population during a particular period. Thus, for example, a current life table for 1996 assumes a hypothetical cohort subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 1996. The current life table may thus be characterized as rendering a "snapshot" of current mortality experience, and shows the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report the term "life table" refers only to the current life table and not to the generation life table.

## Data and methods

The data used to prepare the abridged U.S. life tables for 1996 are final mortality statistics for 1996 and the July 1, 1996, population estimates by age, race, and sex prepared by the U.S. Bureau of the Census. Life tables can be classified in two ways according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table, on the other hand, typically contains data by 5- or 10-year age intervals. The abridged U.S. life tables are constructed by reference to a "standard" table (see Technical notes).

*Expectation of life*—The most frequently used life table statistic is life expectancy ($^{o}e_x$), which is the average number of years of life remaining for persons who have attained a given age ($x$). Life expectancy and other life table values at specified ages in 1996 are shown

**Acknowledgments**

This report was prepared in the Division of Vital Statistics under the general direction of Harry M. Rosenberg, Chief of the Mortality Statistics Branch. Jaleh Mousavi and Gail A. Parr provided computer programming support. Registration Methods staff and the Data Acquisition and Evaluation Branch provided consultation to State vital statistics offices regarding collection of the death certificate data on which this report is based. This report was edited by Demarius V. Miller, typeset by Jacqueline M. Davis, and graphics produced by Jarmila Ogburn of the Publications Branch, Division of Data Services.

Table 3. Expectation of life at single years of age, by race and sex: United States, 1996

| Age | All races | | | White | | | All other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | | | Black | | |
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 0 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 72.6 | 68.9 | 76.1 | 70.2 | 66.1 | 74.2 |
| 1 | 75.7 | 72.6 | 78.6 | 76.3 | 73.4 | 79.1 | 72.5 | 68.8 | 76.0 | 70.3 | 66.2 | 74.2 |
| 2 | 74.7 | 71.7 | 77.6 | 75.3 | 72.4 | 78.1 | 71.6 | 67.8 | 75.0 | 69.3 | 65.2 | 73.2 |
| 3 | 73.7 | 70.7 | 76.7 | 74.3 | 71.4 | 77.1 | 70.6 | 66.9 | 74.1 | 68.4 | 64.3 | 72.3 |
| 4 | 72.8 | 69.7 | 75.7 | 73.4 | 70.5 | 76.2 | 69.6 | 65.9 | 73.1 | 67.4 | 63.3 | 71.3 |
| 5 | 71.8 | 68.8 | 74.7 | 72.4 | 69.5 | 75.2 | 68.7 | 64.9 | 72.1 | 66.5 | 62.4 | 70.3 |
| 6 | 70.8 | 67.8 | 73.7 | 71.4 | 68.5 | 74.2 | 67.7 | 64.0 | 71.2 | 65.5 | 61.4 | 69.4 |
| 7 | 69.8 | 66.8 | 72.7 | 70.4 | 67.5 | 73.2 | 66.7 | 63.0 | 70.2 | 64.5 | 60.4 | 68.4 |
| 8 | 68.8 | 65.8 | 71.7 | 69.4 | 66.5 | 72.2 | 65.7 | 62.0 | 69.2 | 63.5 | 59.4 | 67.4 |
| 9 | 67.8 | 64.8 | 70.8 | 68.4 | 65.5 | 71.2 | 64.7 | 61.0 | 68.2 | 62.5 | 58.4 | 66.4 |
| 10 | 66.9 | 63.8 | 69.8 | 67.4 | 64.5 | 70.2 | 63.8 | 60.0 | 67.2 | 61.6 | 57.5 | 65.4 |
| 11 | 65.9 | 62.9 | 68.8 | 66.4 | 63.5 | 69.2 | 62.8 | 59.0 | 66.2 | 60.6 | 56.5 | 64.4 |
| 12 | 64.9 | 61.9 | 67.8 | 65.5 | 62.6 | 68.3 | 61.8 | 58.1 | 65.2 | 59.6 | 55.5 | 63.4 |
| 13 | 63.9 | 60.9 | 66.8 | 64.5 | 61.6 | 67.3 | 60.8 | 57.1 | 64.3 | 58.6 | 54.5 | 62.5 |
| 14 | 62.9 | 59.9 | 65.8 | 63.5 | 60.6 | 66.3 | 59.8 | 56.1 | 63.3 | 57.6 | 53.5 | 61.5 |
| 15 | 61.9 | 58.9 | 64.8 | 62.5 | 59.6 | 65.3 | 58.9 | 55.1 | 62.3 | 56.7 | 52.6 | 60.5 |
| 16 | 61.0 | 58.0 | 63.8 | 61.5 | 58.7 | 64.3 | 57.9 | 54.2 | 61.3 | 55.7 | 51.6 | 59.5 |
| 17 | 60.0 | 57.0 | 62.9 | 60.6 | 57.7 | 63.3 | 56.9 | 53.3 | 60.3 | 54.8 | 50.7 | 58.6 |
| 18 | 59.1 | 56.1 | 61.9 | 59.6 | 56.8 | 62.4 | 56.0 | 52.4 | 59.4 | 53.8 | 49.8 | 57.6 |
| 19 | 58.1 | 55.2 | 60.9 | 58.7 | 55.8 | 61.4 | 55.1 | 51.5 | 58.4 | 52.9 | 48.9 | 56.6 |
| 20 | 57.2 | 54.2 | 60.0 | 57.7 | 54.9 | 60.4 | 54.2 | 50.6 | 57.4 | 52.0 | 48.0 | 55.7 |
| 21 | 56.2 | 53.3 | 59.0 | 56.8 | 54.0 | 59.5 | 53.2 | 49.7 | 56.5 | 51.1 | 47.2 | 54.7 |
| 22 | 55.3 | 52.4 | 58.0 | 55.8 | 53.0 | 58.5 | 52.3 | 48.8 | 55.5 | 50.2 | 46.3 | 53.7 |
| 23 | 54.3 | 51.5 | 57.0 | 54.9 | 52.1 | 57.5 | 51.4 | 47.9 | 54.5 | 49.3 | 45.4 | 52.8 |
| 24 | 53.4 | 50.6 | 56.1 | 53.9 | 51.2 | 56.5 | 50.5 | 47.0 | 53.6 | 48.3 | 44.6 | 51.8 |
| 25 | 52.4 | 49.6 | 55.1 | 53.0 | 50.2 | 55.6 | 49.5 | 46.1 | 52.6 | 47.4 | 43.7 | 50.9 |
| 26 | 51.5 | 48.7 | 54.1 | 52.0 | 49.3 | 54.6 | 48.6 | 45.3 | 51.7 | 46.5 | 42.8 | 49.9 |
| 27 | 50.6 | 47.8 | 53.2 | 51.1 | 48.4 | 53.6 | 47.7 | 44.4 | 50.7 | 45.6 | 42.0 | 49.0 |
| 28 | 49.6 | 46.9 | 52.2 | 50.1 | 47.4 | 52.6 | 46.8 | 43.5 | 49.8 | 44.7 | 41.1 | 48.0 |
| 29 | 48.7 | 45.9 | 51.2 | 49.2 | 46.5 | 51.7 | 45.9 | 42.6 | 48.8 | 43.8 | 40.2 | 47.1 |
| 30 | 47.7 | 45.0 | 50.3 | 48.2 | 45.6 | 50.7 | 45.0 | 41.7 | 47.9 | 42.9 | 39.4 | 46.2 |
| 31 | 46.8 | 44.1 | 49.3 | 47.3 | 44.6 | 49.7 | 44.0 | 40.8 | 46.9 | 42.0 | 38.5 | 45.2 |
| 32 | 45.8 | 43.2 | 48.3 | 46.3 | 43.7 | 48.8 | 43.1 | 39.9 | 46.0 | 41.1 | 37.6 | 44.3 |
| 33 | 44.9 | 42.2 | 47.4 | 45.4 | 42.8 | 47.8 | 42.2 | 39.1 | 45.1 | 40.3 | 36.8 | 43.4 |
| 34 | 44.0 | 41.3 | 46.4 | 44.4 | 41.9 | 46.8 | 41.3 | 38.2 | 44.1 | 39.4 | 36.0 | 42.5 |
| 35 | 43.0 | 40.4 | 45.5 | 43.5 | 40.9 | 45.9 | 40.5 | 37.3 | 43.2 | 38.5 | 35.1 | 41.6 |
| 36 | 42.1 | 39.5 | 44.5 | 42.5 | 40.0 | 44.9 | 39.6 | 36.5 | 42.3 | 37.6 | 34.3 | 40.7 |
| 37 | 41.2 | 38.6 | 43.6 | 41.6 | 39.1 | 43.9 | 38.7 | 35.6 | 41.4 | 36.8 | 33.4 | 39.8 |
| 38 | 40.3 | 37.7 | 42.6 | 40.7 | 38.2 | 43.0 | 37.8 | 34.8 | 40.5 | 35.9 | 32.6 | 38.9 |
| 39 | 39.3 | 36.8 | 41.7 | 39.7 | 37.3 | 42.0 | 36.9 | 33.9 | 39.6 | 35.1 | 31.8 | 38.0 |
| 40 | 38.4 | 35.9 | 40.7 | 38.8 | 36.4 | 41.1 | 36.1 | 33.1 | 38.7 | 34.2 | 31.0 | 37.1 |
| 41 | 37.5 | 35.0 | 39.8 | 37.9 | 35.5 | 40.1 | 35.2 | 32.3 | 37.8 | 33.4 | 30.2 | 36.2 |
| 42 | 36.6 | 34.1 | 38.9 | 37.0 | 34.6 | 39.2 | 34.3 | 31.4 | 36.9 | 32.6 | 29.4 | 35.3 |
| 43 | 35.7 | 33.3 | 37.9 | 36.1 | 33.7 | 38.2 | 33.5 | 30.6 | 36.0 | 31.7 | 28.6 | 34.5 |
| 44 | 34.8 | 32.4 | 37.0 | 35.1 | 32.8 | 37.3 | 32.6 | 29.8 | 35.1 | 30.9 | 27.8 | 33.6 |
| 45 | 33.9 | 31.5 | 36.1 | 34.2 | 31.9 | 36.4 | 31.8 | 29.0 | 34.2 | 30.1 | 27.1 | 32.8 |
| 46 | 33.0 | 30.6 | 35.1 | 33.3 | 31.0 | 35.4 | 31.0 | 28.2 | 33.3 | 29.3 | 26.3 | 31.9 |
| 47 | 32.1 | 29.8 | 34.2 | 32.4 | 30.1 | 34.5 | 30.1 | 27.4 | 32.5 | 28.5 | 25.6 | 31.0 |
| 48 | 31.2 | 28.9 | 33.3 | 31.5 | 29.2 | 33.6 | 29.3 | 26.6 | 31.6 | 27.7 | 24.8 | 30.2 |
| 49 | 30.3 | 28.0 | 32.4 | 30.6 | 28.4 | 32.7 | 28.5 | 25.9 | 30.7 | 26.9 | 24.1 | 29.4 |
| 50 | 29.5 | 27.2 | 31.5 | 29.7 | 27.5 | 31.7 | 27.7 | 25.1 | 29.9 | 26.2 | 23.4 | 28.5 |
| 51 | 28.6 | 26.3 | 30.6 | 28.9 | 26.6 | 30.8 | 26.9 | 24.3 | 29.0 | 25.4 | 22.7 | 27.7 |
| 52 | 27.7 | 25.5 | 29.7 | 28.0 | 25.8 | 29.9 | 26.1 | 23.6 | 28.2 | 24.6 | 21.9 | 26.9 |
| 53 | 26.9 | 24.7 | 28.8 | 27.1 | 25.0 | 29.1 | 25.3 | 22.8 | 27.4 | 23.9 | 21.3 | 26.1 |
| 54 | 26.0 | 23.9 | 28.0 | 26.3 | 24.1 | 28.2 | 24.5 | 22.1 | 26.5 | 23.1 | 20.6 | 25.3 |
| 55 | 25.2 | 23.1 | 27.1 | 25.4 | 23.3 | 27.3 | 23.8 | 21.4 | 25.7 | 22.4 | 19.9 | 24.5 |
| 56 | 24.4 | 22.3 | 26.2 | 24.6 | 22.5 | 26.4 | 23.0 | 20.7 | 24.9 | 21.7 | 19.2 | 23.7 |
| 57 | 23.6 | 21.5 | 25.4 | 23.8 | 21.7 | 25.6 | 22.3 | 20.0 | 24.1 | 21.0 | 18.6 | 23.0 |
| 58 | 22.8 | 20.7 | 24.5 | 22.9 | 20.9 | 24.7 | 21.5 | 19.3 | 23.3 | 20.3 | 17.9 | 22.2 |
| 59 | 22.0 | 20.0 | 23.7 | 22.1 | 20.1 | 23.9 | 20.8 | 18.6 | 22.5 | 19.6 | 17.3 | 21.4 |
| 60 | 21.2 | 19.2 | 22.9 | 21.4 | 19.4 | 23.0 | 20.1 | 18.0 | 21.8 | 18.9 | 16.7 | 20.7 |
| 61 | 20.4 | 18.5 | 22.1 | 20.6 | 18.6 | 22.2 | 19.4 | 17.3 | 21.0 | 18.3 | 16.1 | 20.0 |
| 62 | 19.7 | 17.8 | 21.3 | 19.8 | 17.9 | 21.4 | 18.7 | 16.7 | 20.3 | 17.6 | 15.6 | 19.3 |
| 63 | 19.0 | 17.1 | 20.5 | 19.1 | 17.2 | 20.6 | 18.0 | 16.1 | 19.6 | 17.0 | 15.0 | 18.6 |
| 64 | 18.2 | 16.4 | 19.7 | 18.3 | 16.5 | 19.8 | 17.4 | 15.5 | 18.8 | 16.4 | 14.5 | 17.9 |
| 65 | 17.5 | 15.7 | 19.0 | 17.6 | 15.8 | 19.1 | 16.7 | 14.9 | 18.1 | 15.8 | 13.9 | 17.2 |
| 66 | 16.8 | 15.1 | 18.2 | 16.9 | 15.2 | 18.3 | 16.1 | 14.3 | 17.4 | 15.2 | 13.4 | 16.6 |
| 67 | 16.1 | 14.4 | 17.5 | 16.2 | 14.5 | 17.5 | 15.4 | 13.7 | 16.7 | 14.6 | 12.8 | 15.9 |
| 68 | 15.4 | 13.8 | 16.7 | 15.5 | 13.9 | 16.8 | 14.8 | 13.1 | 16.0 | 13.9 | 12.2 | 15.2 |
| 69 | 14.8 | 13.2 | 16.0 | 14.8 | 13.2 | 16.1 | 14.2 | 12.6 | 15.3 | 13.4 | 11.7 | 14.6 |
| 70 | 14.1 | 12.6 | 15.3 | 14.2 | 12.6 | 15.4 | 13.6 | 12.0 | 14.7 | 12.8 | 11.2 | 13.9 |
| 71 | 13.5 | 12.0 | 14.6 | 13.5 | 12.0 | 14.6 | 13.0 | 11.5 | 14.1 | 12.3 | 10.7 | 13.4 |
| 72 | 12.9 | 11.4 | 13.9 | 12.9 | 11.4 | 14.0 | 12.5 | 11.0 | 13.4 | 11.7 | 10.2 | 12.8 |
| 73 | 12.3 | 10.9 | 13.2 | 12.3 | 10.9 | 13.3 | 11.9 | 10.6 | 12.9 | 11.3 | 9.8 | 12.2 |
| 74 | 11.7 | 10.3 | 12.6 | 11.7 | 10.3 | 12.6 | 11.4 | 10.1 | 12.3 | 10.8 | 9.4 | 11.7 |
| 75 | 11.1 | 9.8 | 12.0 | 11.1 | 9.8 | 12.0 | 10.9 | 9.7 | 11.7 | 10.3 | 9.0 | 11.2 |
| 76 | 10.5 | 9.3 | 11.3 | 10.5 | 9.3 | 11.3 | 10.4 | 9.2 | 11.1 | 9.8 | 8.6 | 10.6 |
| 77 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.5 | 9.4 | 8.2 | 10.1 |
| 78 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.0 | 8.9 | 7.7 | 9.5 |
| 79 | 8.9 | 7.8 | 9.5 | 8.9 | 7.8 | 9.5 | 8.9 | 7.9 | 9.4 | 8.4 | 7.3 | 9.0 |
| 80 | 8.4 | 7.3 | 8.9 | 8.3 | 7.3 | 8.9 | 8.4 | 7.5 | 8.9 | 8.0 | 7.0 | 8.5 |
| 81 | 7.9 | 6.9 | 8.4 | 7.8 | 6.9 | 8.4 | 7.9 | 7.1 | 8.4 | 7.5 | 6.6 | 8.0 |
| 82 | 7.4 | 6.5 | 7.8 | 7.3 | 6.4 | 7.8 | 7.5 | 6.7 | 7.9 | 7.1 | 6.2 | 7.5 |
| 83 | 6.9 | 6.1 | 7.3 | 6.9 | 6.0 | 7.3 | 7.1 | 6.4 | 7.4 | 6.7 | 5.9 | 7.1 |
| 84 | 6.5 | 5.7 | 6.8 | 6.4 | 5.7 | 6.8 | 6.7 | 6.1 | 7.0 | 6.3 | 5.6 | 6.6 |
| 85 | 6.1 | 5.4 | 6.4 | 6.0 | 5.3 | 6.3 | 6.3 | 5.7 | 6.6 | 6.0 | 5.3 | 6.2 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 11/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0004 6334 0693

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7007 0220 0004 6334 0693

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

C. Russell Bengtson, Esq. OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .42 | Postmark Here |
| Certified Fee | 2.70 | |
| Return Receipt Fee (Endorsement Required) | 2.20 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: C. Russell Bengtson Esq. CC&M
Street, Apt. No.; or PO Box No.: One Turks Head Pl. Suite 400
City, State, ZIP+4: Providence, RI 02903

PS Form 3800, August 2006 See Reverse for Instructions