UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**AFFIDAVIT OF COMPLIANCE**

I, the undersigned attorney for the plaintiff, James Laplante, in the above entitled matter, after first being duly sworn, make affidavit and say that on or about July 21, 2008, no less than ten (10) days before the trial of the within action, which is not presently scheduled, and pursuant to R.I.G.L. § 9-19-27, I caused to be sent to C. Russell Bengtson, Esq., Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, Rhode Island, attorney for the defendant, York Insurance Company of Maine, by certified mail, return receipt requested, a copy of the attached Notice of Intention and supporting services and billing affidavit. Attached hereto and made a part hereof is the return receipt for said mailing.

David E. Maglio, #3459
The Owen Building
DAVID E. MAGLIO & ASSOCIATES, P.C.
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979
dmaglio@magliolaw.com

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN to before me this 15th day of August, 2008.

Notary Public
My Commission Expires: 02/27/10

h:\clients\laplante\york\pleadings\aff compliance Lincoln rescue

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**NOTICE OF INTENTION TO OFFER LIFE TABLES INTO EVIDENCE PURSUANT TO R.I.G.L. § 9-19-38**

PLEASE TAKE NOTICE that the plaintiff shall offer the attached Rescue Report and Bill into evidence at the trial of the above-captioned matter.

JAMES P. LAPLANTE

By his Attorneys,

DAVID E. MAGLIO & ASSOCIATES, P.C.

David E. Maglio, #3459
The Owen Building
101 Dyer Street, Second Floor
Providence, RI 02903
(401) 831-5400
(401) 831-7979 (FAX)
dmaglio@magliolaw.com

**CERTIFICATION**

I hereby certify that on the 21st day of July, 2008, I caused a true copy of the *Notice of Intention to Offer Rescue Report and Bill Into Evidence at Trial* to be mailed via certified mail, return receipt requested, to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

h:\clients\laplante\york\pleadings\notice of intention rescue report and bill

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-0062/ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |

**AFFIDAVIT PURSUANT TO SECTION 9-19-27 (A) OF THE RHODE ISLAND GENERAL LAWS ENTITLED "EVIDENCE OF CHARGES FOR MEDICAL AND HOSPITAL SERVICES"**

**RE: James Laplante**

Now comes, John McCaughey, under oath and deposes and states:

1. That I am Chief of the Town of Lincoln, Rhode Island Rescue and I serve as the Keeper of the Records.

2. That on February 23, 2003, the Town of Lincoln Rescue responded to an automobile accident at the intersection of Routes 116 and 123 in the Town of Lincoln, State of Rhode Island and treated James Laplante and transported him to Rhode Island Hospital for certain injuries he sustained as a result of this automobile accident.

3. That the report which is attached describes the services that the Town of Lincoln Rescue rendered to James Laplante along with the diagnosis, prognosis and opinions of his condition.

4. That in my opinion the proximate cause of the injuries described in the attached records was the incident set forth in paragraph No. 2 above.

5. That the fair and reasonable charge of rendering such service is set forth in an itemized billing which is attached hereto and made a part hereof, totaling $320.00.

6. That I know the above facts to be true and state the same to be true of my own personal knowledge.

John McCaughey
Chief, Town of Lincoln Rescue

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to under penalties of perjury this 16th day of July, 2008.

~~Notary Public~~
~~My commission expires:~~

Patricia M. Germani
Notary Public
My Comm Expires ~~7-12-08~~ 6-4-12

Rhode Island EMS Ambulance Run Report - Part 2

| SERVICE NAME | UNIT ID # | INCIDENT # | TODAY'S DATE |
|---|---|---|---|
| LINCOLN RESCUE 2 | 5304-02 | 03-0460A | 022303 |

| INCIDENT LOCATION | HOSPITAL DESTINATION |
|---|---|
| RT. 116 @ RT. 123 | RHODE ISLAND HOSPITAL |

| PATIENT LAST NAME | FIRST | M.I. | PHONE | AGE | DATE OF BIRTH | GENDER |
|---|---|---|---|---|---|---|
| LAPLANTE | JAMES | | — | 33 | 090471 | M |

| STREET ADDRESS | | |
|---|---|---|
| 17 DOUGLAS PIKE | | |
| CITY | STATE | ZIP CODE |
| NORTH SMITHFIELD | RI | 02896 |

**CHIEF COMPLAINT** MVA CAR POLE

**PAST MEDICAL HISTORY** ○ MI ○ CHF ○ COPD ○ ↑BP ○ DIABETES ○ CANCER ● NONE KNOWN ○ OTHER ______

**CURRENT MEDICATIONS** ● NONE KNOWN

**ALLERGIES (MEDS)** ● NONE KNOWN

**NARRATIVE** 33 YOW ♂ TRAPPED IN CAB OF TRUCK. TRUCK WRAPPED AROUND A POLE, PT C/A C/O PAIN TO (L) LEG PT TRAPPED C̄ (L) LEG BETWEEN DOOR + (L) FENDER. FEMUR CLOSED FX MID SHAFT ? (L) TIBIA FIB FX. (L) FOOT TRAPPED C̄ FLOOR WRAPPED AROUND FOOT, RT LEG TRAPPED UNDER STEERING WHEEL @ FEMUR + PELVIS, RT FOOT TRAPPED UNDER STEERING COLUM, STEERING COLOM ON RT HAND SIDE OF TRUCK START 1 LINE IN TRUCK PT WOULD NOT KEEP $O_2$ ON. COVER C̄ BLANKET. HAD TO MOVE PT ON PASS SIDE 1ST, TO MOVE TRUCK AWAY FROM POLE TO GAIN ACCESS TO DRIVER ● Narrative 1 of 2

FOR DEPARTMENT/SERVICE USE

● ALS ○ Airway ○ Defib ○ CPR ● Collar
○ BLS ● IV ○ MAST ● OXY ○ EKG
○ Miles ______ ● Other MSO4

| TIME | P | R | B/P | RHYTHM | TREATMENT | RESPONSE/COMMENTS |
|---|---|---|---|---|---|---|
| 08:25 | 28 | | 140/90 | | $O_2$ IMMOBILIZATION | |
| 09:00 | 28 | | 140/80 | | SPLINT (L) LEG | |
| | | | | IV | X 2 RT FOREARM | PER DR. THOMAS LEMKE |
| | | | | 08:35 | 4MG MSO4 IN VEHICLE | 09:00 4MG MSO4 IN RESCUE |

| ET INTUBATIONS | | IV THERAPY | | | |
|---|---|---|---|---|---|
| TUBE SIZE | # OF ATTEMPTS | CATHETER SIZE | # OF ATTEMPTS | INFUSION RATE | # OF LINES |
| | | 14 + 16 | 2 | WO | 2 |

**REFUSAL OF SERVICE/TREATMENT**

This is to certify that I am refusing treatment/transport. I have been informed of the risk(s) involved, and hereby release the ambulance service, its attendants, its affiliates, the consulting physician, and the consulting hospital from all responsibility which may result from this action.

Patient Signature ______ Date/Time ______ Witness Signature ______ Date/Time ______

Ronald R. Gagne 2/23/03
Signature of Person Completing Report Date/Time

CM #1 CAPT RONALD GAGNE ● DRV
CM #2 PAUL ST. PIERRE DIC ●

[signature]
Signature of Person Receiving Patient Date/Time

CM #3 DIC DRV

FAMILY NOTIFICATION FORM LEFT? (Y) (N)

SERVICE COPY

1448261

**Supplementary Report**

PLANIC, ...

FILE No. 03-0460 A

DATE 2-23-03

PAGE 2 OF 2

CUT OFF ROOF + PULL DOOR TO BEGIN ACCESS TOOK 1 HR + 10 MIN TO FINISH EXTRICATING FROM ENTRAPMENT, MOVE TO TRUCK, SPLINTED (L) LEG WHILE STILL IN TRUCK. VS, LS - CLEAR ABD, SOFT NON-TENDER. PELVIS STABLE, PT. HAS LAC OF BACK HEAD + NECK PAIN. FROM SHOULDER TO GROIN CLEAR EXCEPT FOR LAC TO MIDDLE FING (L) HAND. RT LEG Ø INJURIES, (L) LEG FEMUR FX, PATELLA LAC, MID CALF AVULSION SIZE OF PALM OF HAND, (L) LAT MALLEOLUS LAC 6 CM LONG. (+) CAP REFILL BUT UNABLE TO PALP PULSE. SPLINT (L) LEG TO RIGHT APPLIED PRESSURE + START 2ND IV. 14 G LAC W.O. ORDER FOR MSO4 4MG IN TRUCK 4 MG IN ROUTE. ORDER BY DR. THOMAS LEMKE Ø Δ IN PT STATUS IN ROUTE - PT FATHER ALSO TAKEN TO RI.

Capt Ronald F Gagne Jr

Signature

# STATEMENT

PLEASE MAKE CHECK PAYABLE TO

FROM:

TOWN OF LINCOLN RESCUE
C/O HMBS, 190 PUTNAM AVE
JOHNSTON RI 02919
(401) 231-0042

FOR QUESTIONS ABOUT THIS BILL, CALL 401-231-0042

RESPONSIBLE PARTY NAME

JAMES LAPLANTE
17 DOUGLAS PIKE
NO SMITHFIELD RI 02896

☐ PLEASE CHANGE ADDRESS IF INCORRECT

CLOSING DATE: 04/01/03

ACCOUNT NUMBER: 7740

TOTAL ACCOUNT BALANCE: 320.00

DUE FROM PATIENT: 320.00

CHARGES OR PAYMENTS MADE AFTER CLOSING DATE WILL APPEAR ON NEXT STATEMENT.

AMOUNT ENCLOSED

DETACH THIS STUB AND RETURN WITH PAYMENT

| DATE | DESCRIPTION OF TRANSACTION | CHARGES | RECEIPTS | BALANCE | INS |
|---|---|---|---|---|---|
| 02/23/03 | RESCUE SERVICE 0314 | 250.00 | .00 | 250.00 | |
| 02/23/03 | OXYGEN-AMBULANCE (INCL. S 0314 | 40.00 | .00 | 40.00 | |
| 02/23/03 | IV SUPPLIES 0314 | 30.00 | .00 | 30.00 | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL ACCOUNT BALANCE | INSURANCE PENDING | DUE FROM PATIENT |
|---|---|---|---|---|---|---|---|
| .00 | 320.00 | .00 | .00 | .00 | 320.00 | .00 | 320.00 |

CLOSING DATE: 04/01/03 ACCOUNT NUMBER: 7740 NR-MVA

LAST PAYMENT DATE:

Rescue

3 $320.00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. Russell Bengtson, Esq.
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) Mary Ann Liasecki
C. Date of Delivery 7-22-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 0220 0004 6334 0723

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7007 0220 0004 6334 0723

7007 0220 0004 6334 0723

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provide*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

C. Russell Bengtson, Esq.

| | |
|---|---|
| Postage | $ .59 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.49 |

Postmark Here 7/21/08 dag

Sent To C. Russell Bengtson, Esq.
Street, Apt. No.; or PO Box No. One Turks Head Place, Suite 400
City, State, ZIP+4 Providence, RI 02903

PS Form 3800, August 2006 See Reverse for In