UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| VS. | : | C.A. NO. 07-62ML |
| | : | |
| YORK INSURANCE COMPANY OF MAINE | : | |
| | : | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME FOR EXPERT DISCLOSURES AND FILING OF PRETRIAL MEMORANDA

Defendant hereby moves for an extension of the following deadlines:

1. Defendant's expert disclosures extended to September 26, 2008.

2. Filing of Pre-trial Memoranda be extended from September 30, 2008 to October 15, 2008.

In support of this motion defendant states that its expert inspected the plaintiff's motor vehicle on September 10, 2008.

YORK INSURANCE COMPANY OF MAINE
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/C. Russell Bengtson

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on the 11th day of September, 2008 a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that David E. Maglio, Esq., dmaglio@magliolaw.com will receive notice through the ECF system

/s/C. Russell Bengtson____________